1

2

3

4

## U.S. DISTRICT COURT

## FOR THE

## DISTRICT OF OREGON

Portland Division

5    Mandeep Singh and N.S (kid daughter of          Case No.: 3:24-cv-1323-AR
     Singh as friend of court)                       *(to be filled in by the Clerk's Office)*
6

7               Plaintiffs,

8        v.

9    Microsoft Corporation, Intel Corporation,       DEMAND FOR JURY TRIAL
     National Security Agency, Satya Nadella,
10   Patrick Gelsinger, Haerim Won, Leeann
     Choi
11

12              Defendants.

13

14

15          ## FIRST AMENDED COMPLAINT FOR A CIVIL CASE

16                        ## DEMAND FOR JURY TRIAL

17   **I.    The Parties to This Complaint**

18       **A. The plaintiff(s)**

19

20       Provide the information below for each plaintiff named in the complaint.  Attach
         additional pages if needed.

21

22       Name:                 Mandeep Singh
         Mail Address:
23       Street Address:       7325 NE IMBRIE DR, STE 145
         City and County:      Hillsboro, Washington County
24       State and Zip Code:   OR 97124
         Telephone:            +1-408-569-5214 (USA)  +91-75898-82319 (INDIA)
25       E-mail Address:       mandeep.stanford@gmail.com
                               (correspondence through email requested)
26

27       Singh's kid daughter is friend of court.
         -Singh is Bachelors in Electronics and Communication – First with Distinction
28       Division – Thapar University 2007.

---

First Amended Complaint                                           Page **1** of 125

1   -Singh is Master of Science in Electrical Engineering, Analog Mixed Signal
    Design – GPA 3.92 – San Jose State University 2011.

2   -Singh is Artificial Intelligence certified from Stanford University – GPA 3.5-

3   June 2020 – amid suffering from abuse trauma and court cases started by
    Microsoft employee.

4   -Singh was full time CAD Engineer/Design Automation Engineer at Intel
    Corporation from July 2011 to Oct 2019 and Staff CAD R&D Engineer/EDA

5   Tools Software Engineer from Feb 2023 to Oct 2023.

6   -Singh is Founder and Inventor of cooking robot since June 2020 – US patents
    pending. Korean International Search Authority on Patentability granted all

7   claims in the patent as inventive steps. No earnings in this role as robot is not
    complete yet primarily because no investor showed interest and Singh had to find

8   job to put food on the table that is why applied at NSA, Intel Corporation and at
    many other places.

9   -Singh is petitioner of SCOTUS case 21-739. (Singh v. Won, 595 U.S. ___, 21-

10  739 (2022))

11

12  **B. The Defendant(s)**

13

14  Provide the information below for each defendant named in the complaint,
    whether the defendant is an   individual, a government agency, an organization,

15  or a corporation.  For an individual defendant, include the person's job or title (if
    known).  Attach additional pages if needed.

16

17  **Defendant No. 1**
    Name:                 Microsoft Corporation

18  Street Address:       One Microsoft Way

19  City and County:      Redmond, King County
    State and Zip Code:   Washington 98052

20  Telephone:            425-706-4400
    E-mail Address:       _____

21

22
    **Defendant No. 2**

23  Name:                 Intel Corporation
    Street Address:       2200 Mission College Blvd

24  City and County:      Santa Clara

25  State and Zip Code:   California 95052
    Telephone:            408-765-8080

26  E-mail Address:       _____

27

28  **Defendant No. 3**

Name:                NSA (National Security Agency)
Street Address:      9800 Savage Rd.
City and County:     Fort George G. Meade
State and Zip Code:  Maryland 20755
Telephone:           301-688-6311
E-mail Address:      _____

**Defendant No. 4**
Name:                Mr. Satya Nadella
Job or Title (if known): CEO of Microsoft Corporation
Street Address:      One Microsoft Way
City and County:     Redmond, King County
State and Zip Code:  Washington 98052
Telephone:           _____
E-mail Address:      _____


**Defendant No. 5**
Name:                Patrick Gelsinger
Job or Title (if known): Retired CEO of Intel Corporation – last known address is as
                     below
Street Address:      2200 Mission College Blvd
City and County:     Santa Clara
State and Zip Code:  California 95052
Telephone:           _____
E-mail Address:      _____


**Defendant No. 6**
Name:                Haerim Won AKA Christy Haerim Won
Job or Title (if known): Don't know – last known address to serve court papers is below
Street Address:      15120 NE 40th Street, Building 122
City and County:     Redmond
State and Zip Code:  Washington 98052
Telephone:            425-505-3577
E-mail Address:       cwon@microsoft.com

**Defendant No. 7**
Name:                Leeann Choi
Job or Title (if known): Don't know – last known address to serve court papers is below.
Street Address:      4800 Sand Point Way NE
City and County:     Seattle
State and Zip Code:  Washington 98105
Telephone:           _____
E-mail Address:      _____

1

2    **II.    Basis for Jurisdiction**

3    Federal courts are courts of limited jurisdiction (limited power). Generally, only two
4    types of cases can be heard in federal court: cases involving a federal question and
     cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case
5    arising under the United States Constitution or federal laws or treaties is    a    federal
     question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a
6    citizen of   another State or nation and the amount at stake is more than $75,000 is a
7    diversity of citizenship case. In a diversity of citizenship case, no defendant may be a
     citizen of the same State as any plaintiff.

8
     What is the basis for federal court jurisdiction? (check all that apply)
9

10       ☑ **Federal question**          ☑ **Diversity of citizenship**

11

12   Fill out the paragraphs in this section that apply to this case.

13
     **A. If the Basis for Jurisdiction Is a Federal Question**
14       List the specific federal statutes, federal treaties, and/or provisions of the United
         States Constitution that are at issue in this case.
15

16
        1.  H.R. 7178-CHIPS for America Act 116th Congress (2019-2020). – Chips for
17          America Act is federal act and hence pursuant to 28 U.S.C. § 1331, this court
            has original jurisdiction under federal question jurisdiction.
18

19      2.  410 Antitrust - The Sherman Antitrust Act and The Clayton Antitrust Act.
            Coercion and harassment of Singh while Microsoft allocates Intel Corporation
20          workers (domestic) to monopolize **foreign** semiconductor technology (TSMC
            – Taiwan Semiconductor Manufacturing Company Limited). Transparently
21          against Chips for America Act. Microsoft stalked and made advances on Intel
22          Corporation engineers. – U.S. Code: Title 15

23              a.  **Section 4 Recovery** - From Michigan Law Review, Employee
                    Standing Under Section 4 of the Clayton Act, 81 MICH. L. REV. 1846
24                  (1983).
25                  Available at: https://repository.law.umich.edu/mlr/vol81/iss8/7

26

27

28

1

2

3

4

> 1. Clayton Act, ch. 323, § 4, 38 Stat. 730, 731 (1914) (current version at 15 U.S.C. § 15 (Supp. V 1981)). Section 4 provides:
> Any person who shall be injured in his business or property by reason of anything forbidden in the antitrust laws may sue therefor in any district court of the United States in the district in which the defendant resides or is found or has an agent, without respect to the amount in controversy, and shall recover threefold the damages by him sustained, and the cost of suit, including a reasonable attorney's fee.
> The original version of § 4 superseded § 7 of the Sherman Act, ch. 647, 26 Stat. 209, 210 (1890). Section 7 of the Sherman Act was repealed as redundant in 1955. Act of July 7, 1955, ch. 283, § 3, 69 Stat. 282, 283.

5

6

7

Relevant precedents are:

i.  Reiter v. Sonotone Corp., 442 U.S. 330 (1979);

ii. Blue Shield of Virginia v. McCready, 457 U.S. 465 (1982);

iii. Hanover Shoe, Inc. v. United Shoe Machinery Corp., 392 U.S. 481 (1968)

8

9

10

The Sherman Act and The Clayton Act are antitrust acts at federal level, hence this court has original jurisdiction under 28 U.S.C. § 1331 as federal question jurisdiction.

11

12

13

14

3. <u>Plagiarism</u> - 15 Billion dollar business idea plagiarism by Microsoft and Intel Corporation - club this with Antitrust law as mentioned above. ( https://www.law.cornell.edu/wex/plagiarism ). Violation of federal antitrust laws by Microsoft Corporation as mentioned above hence this court has original jurisdiction under 28 U.S.C. § 1331 as federal question jurisdiction.

15

16

17

18

19

20

4. Pursuant to 28 U.S.C. § 1331, under Article III, Section 2, Clause 1, this court has jurisdiction and supplemental jurisdiction (https://constitution.congress.gov/browse/essay/artIII-S2-C1-11-6/ ALDE_00013331/#ALDF_00022890) – Singh carrying the burden of incorrect orders from Washington state courts(WA Sup ct case 998400) and made to relive the trauma in 8 hour non-stop NSA security interview. Violation of Singh's **8th Amendment**, cruel and unusual punishment inflicted. Defendants are responsible and must be held accountable. Violation of Singh's **14th Amendment** – liberty of Singh to innovate in semiconductor technology.

21

22

23

24

    a. <u>Fed Rule Civ Proc Rule 4(K)</u>  - Protection order papers from King County District Court served more than 100 miles from the King County District Court (out of jurisdiction). Singh was studying at Stanford, California. Singh has never ever been resident of Washington state. Violation of Amendment 14th - no due process clause followed.

25

26

27

28

    b. <u>US Constitution, Article III, Section 2, Clause 1.  - Diversity.</u> Won and Microsoft Corporation are resident and incorporated in Washington state respectively, while Singh is resident of Oregon state. Singh has never been resident of Washington state. Singh already had losses of more than $75,000 when Singh attended hearing in Seattle, WA on Jan 17th, 2020.

---

c. Additional relevant precedents that establishes jurisdiction of this court:
   i. Exxon Mobil Corp v Saudi Basic Indus Corp, 364 F3d 102, 104 (CA 3, 2004).
   ii. McCormick v Braverman, 451 F3d 382 (CA 6, 2006).
   iii. Osborn v. Bank of the United States, 22 U.S. 738, 823(1824) – federal ingredient is present and hence US District Court Portland Oregon has subject matter jurisdiction.

5. 28 U.S.C. § 1331 and 28 U.S.C. § 1367 - 950 Constitutionality of State Statutes is questioned which is federal question.
   a. There is no rule to consider new evidence in an appeal of King County District Court in Washington to establish facts - this is transparently **unconstitutional**.
   b. **RCW 10.14.010:** "...pattern of **harassment** designed to **coerce, intimidate**, or humiliate... ", for no-contact civil protection order.
   c. **RCW 10.14.155 (1) (a)** "The individual is personally served with a petition **within this(Washington)** state", for no-contact civil protection order.
   d. **RCW 10.14.030(1)** "Any recent contact was initiated by respondent only or by both parties.", for no-contact civil protection order.

6. Intentional inflection of emotional distress (https://www.law.cornell.edu/wex/intentional_infliction_of_emotional_distres s). Invoking supplemental jurisdiction of this court pursuant to 28 U.S.C § 1367. Since the Jan 27th, 2019 verbal abuse, insult and harassment happened over texts and resulting in more than $75,000 losses so diversity is applicable.

7. 190 Other Contract - Breach of verbal contract - Invoking supplemental jurisdiction of this court pursuant to 28 U.S.C § 1367 and 28 U.S.C. § 1331 as Won and Microsoft are from Washington state and amount of losses are more than $75,000 – diversity jurisdiction.

8. 360 Other personal injury – Invoking jurisdiction based on both 28 U.S.C. § 1331 and 28 U.S.C. § 1367

9. 899 Review or Appeal of Agency Decision

10. 442 Employment:
    a. Employment at Intel Corporation from July 2011 till Oct 2019 is "federal" issue as the nonvoluntary resignation from Intel Corp back in Oct 2019 was due to actions by Microsoft and Won – diversity – Hence this court has jurisdiction under 28 U.S.C. § 1331.
    b. Employment at Intel Corporation from Feb 2023 to Oct 2023 is "state" issue but resignation email to Intel Corp CEO who lives in different

1

2

3

4

5

6

7

state and that resignation email contains federal question so pursuant to 28 U.S.C. § 1367 this court should invoke supplemental jurisdiction. I filed complaint with Oregon BOLI (Bureau of Labor and Industries) related to my employment at Intel during this time. I informed Oregon BOLI about this lawsuit and they dismissed the complaint(24-08443) as of August 28th, 2024 stating this reason *"As you have a pending civil suit against the same Respondent for the same or similar basis, pursuant to OAR 839-003-0050(9), your complaint will be dismissed."*.

    c. Employment processing at NSA where I am harassed and discriminated during security processing is federal issue and hence this court has jurisdiction under 28 U.S.C. § 1331.

8

9

10

11

11. Title 29 C.F.R., Part 1614 - ADEA (Age Discrimination in Employment Act) - Discrimination occurred during NSA security interview (notice of intent to sue mailed to US EEOC dated April 3rd 2024, received by US EEOC on April 8th 2024 - this is equivalent of charge being filed). This is federal question and hence this court has jurisdiction under 28 U.S.C. § 1331.

12

13

14

15

16

17

18

19

12. Title VII of the Civil Rights Act of 1964 - Sex, Color, Nationality based discrimination occurred during NSA security interview. On April 8th 2024, US EEOC received notice of intent to sue from Mandeep Singh, which is equivalent of charge filed. This is federal question and hence this court has jurisdiction under 28 U.S.C. § 1331. **Considering that the questioning on SCOTUS 21-739 case events continued when Singh first cried during the 8 hour non-stop interview at NSA, NSA got live evidence that situation is genuinely trauma triggering as mentioned by Singh in his SF-86, hence as of Oct 5th, 2024, I also allege discrimination based on disability (mental health condition – making Singh relive extreme depressive phase which he don't want to talk about as mentioned in his SF-86). This is federal question and hence this court has jurisdiction under 28 U.S.C. § 1331.**

20

21

22

23

13. Unfairness and harassment occurred at NSA security interview - Singh don't know the federal statute/treaties/US Constitution relevant to this unfairness but can be clubbed as part of Age, Sex, Color, Nationality discrimination Singh alleges above and plagiarism of antitrust issue as alleged above. This is federal question and hence this court has jurisdiction under 28 U.S.C. § 1331.

24

25

26

27

28

14. ORS 659A.199 - Prohibited conduct by employer (Intel Corporation). This is related to hostile work environment at Intel Corporation during my employment from Feb 2023 to Oct 2023, this is "state" question and hence supplemental jurisdiction pursuant to 28 U.S.C. § 1367 is invoked. Additionally, no acknowledgement of my battle which earned them $15 Billion business is transparently retaliation by Intel Corporation; this is "federal" question. For these reasons pursuant to 28 U.S.C. § 1331 original jurisdiction of this court is invoked. Diversity jurisdiction is also applicable

1
2

because Intel Corporation is incorporated under the laws of Delaware, principal place of business is in California and amount in controversy is more than $75,000.

3
4
5
6
7
8

15. VENUE: Pursuant to 28 U.S.C. § 1391 (b)(2) , this court which is US District Court Portland Oregon is proper venue because substantial part of events occurred in Oregon state and Singh is resident of Oregon state. Microsoft came to Portland Oregon on Dec 11th, 2018, Abuse, insult and harassment by Won on Jan 27th, 2019 over texts occurred when Singh was in Oregon state. Hiring of semiconductor talent from Intel Corporation, which is antitrust issue, occurred primarily in Oregon state and formation of Microsoft office building happened in Oregon state. Career of Singh got ruined by actions of Microsoft and Won when Singh is resident of Oregon state.

9

10
11
12
13
14
15
16
17

Singh respectfully requests the court's leniency, acknowledging a lack of legal expertise despite a deep respect for the law. Singh has endured significant hardship and seeks **justice** for his family, who have been overwhelmed by erroneous court orders and the repeated need to explain their situation, reliving their trauma. Singh holds a positive view of America and its semiconductor technology and is a responsible U.S. citizen. Singh has proudly fought to protect American semiconductor technology, supporting the livelihoods of the people in Hillsboro and Intel Corporation employees. This effort includes a significant $15 billion foundry partnership between Intel Corporation and Microsoft Corporation, the foundation of which is documented in SCOTUS case 21-739, Question #8, letters to Microsoft CEO Mr. Nadella, and the Petition for Rehearing in the same case.

18
19
20
21
22
23

Singh also expresses great respect for the NSA and dedicated employees serving our country. This case is filed seeking **justice** for Singh and his family. With all due respect, Singh asks for no reprisals, no false narratives to assign blame to innocent individuals, and no unnecessary delays. **We are now in last week of Jan 2025. Closure to Singh family is long delayed with no closure from none of the defendants till date and court has not yet granted the temporary monetary relief :-( with everything being in front of them :-(.**

24

**B. If the Basis for Jurisdiction Is Diversity of Citizenship**

25
26
27
28

1. The Plaintiff(s)
   e. If the plaintiff is an individual
     The plaintiff, (name) <u>Mandeep Singh,</u> is a citizen of the State of(name) <u>Oregon.</u>
2. The Defendant(s)
  a. If the defendant is a corporation

---

The defendant, (*name*)     Microsoft Corporation, is incorporated
under the laws of the State of (*name*) Washington, and has its
principal place of business in the State of (*name*) Washington.

b.  If the defendant is a corporation
    The defendant, (*name*)     Intel Corporation, is incorporated under the
    laws of the State of (*name*) Delaware, and has its
    principal place of business in the State of (*name*) California.

c.  If the defendant is The United States government agency
    The defendant, (*name*)     National Security Agency (NSA), is
    incorporated under the laws of the State of (*name*) Maryland and The
    USA, and has its principal place of business in the State of (*name*)
    Maryland.

d.  If the defendant is an individual sued in CEO of Microsoft capacity
    The defendant, (*name*) Satya Nadella, is a citizen of the state of
    Washington.

e.  If the defendant is an individual sued in CEO of Intel capacity
    The defendant, (*name*) Patrick Gelsinger, is a citizen of the state of
    California.

f.  If the defendant is an individual
    The defendant, (*name*) Haerim Won, is a citizen of the state of
    Washington.

g.  If the defendant is an individual
    The defendant, (*name*) Leeann Choi, is a citizen of the state of
    Washington.

    The information above is as per last known.

3.  The Amount in Controversy

    The amount in controversy- the amount the plaintiff claims the defendants
    owes or the amount at stake – is more than $75,000, not counting interest and
    costs of court, because (*explain*):

    **Damages to family's upbringing and damages to career: $2,000,000 +
    $2,000,000 = $4,000,000.**  The NSA forced Singh to **relive** the traumatic
    events of SCOTUS 21-739 and then discontinued his employment processing
    after a year and a half long process. During this time, the Intel-Microsoft
    partnership came to fruition while Singh was an NSA affiliate the basis of
    which is SCOTUS 21-739 Question #8. Subsequently, the NSA sidelined
    Singh. As a result, Singh is seeking $4 million in compensation. This is a

minimal amount considering that Intel Corporation, Microsoft, and the NSA all benefited from the battle Singh fought for America, leaving Singh and his family with nothing to sustain themselves.

Pursuant to employee standing under section 4 of the Clayton Act, aggrieved can claim for treble damages therefore Singh is claiming for $4 Million x 3 = $12 Million in damages.

**Plagiarism or Antitrust award claim or SCOTUS 21-739 Question #8 win**: Singh is also claiming **$4.5 billion** (30% of $15 Billion). Taking clues from "15 U.S. Code § 78u–6"(b) Awards, under subsection 1(A) and (B), whistleblower gets between 10% to 30% of what has been collected of the monetary sanctions. On similar lines Singh's battle, where he fought for the cause of Microsoft to collaborate with Intel Corporation on design manufacturing, saved $15 Billion dollars of Chips Act grants/rebates which would otherwise be given to Intel Corporation by United States government. According to antitrust laws—The Sherman Antitrust Act and The Clayton Antitrust Act—whistleblowers are entitled to 10% to 30% of the recovered amount. Considering that Microsoft, Intel, and the NSA benefited from the situation and then abandoned Singh and his family, leaving them without means of support and with additional trauma, Singh believes this claim is justified. Singh filed a complaint with the NSA's EEO office but has yet to receive closure, and fears the statute of limitations may expire. Singh's claim of $4.5 Billion is fair given the circumstances. Singh took a stand for the people of Hillsboro, Intel Corporation, America, and American semiconductor technology by going to SCOTUS in 2021. During a security interview with the NSA on November 28, 2023, Singh was forced to relive the trauma of the SCOTUS case, once again advocating for the same causes.

Singh's semiconductor career at Intel Corporation, spanning from July 2011 to October 2019, is **ruined**. Singh lost opportunity to create valuable intellectual property related to incorporating artificial intelligence in chip design automation (APPENDIX F) in January 2019. Additionally, he lost professional contact and potential job reference at Microsoft, which hired many of his colleagues from Intel between 2018 and 2021. Evidence of this hiring can be found by visiting the Microsoft office in Hillsboro, Oregon, and speaking to the employees about their previous employment at Intel.

Refer to the letter from Singh's wife in appendix page 83a of SCOTUS 21-739 (letter is also in APPENDIX W of this complaint). **Singh's family made numerous compromises and adjustments in raising their daughter following the abuse and harassment inflicted by Won on January 27, 2019.**

Singh continues to bear the burden of incorrect orders from the Washington State courts in case 998400. These incorrect orders subject Singh's family to

1

2

extra security checks at the US-Canada land border, causing them to relive the traumatic events of 2019. This ongoing harassment prevents Singh's family from moving on from the injustice they endured.

3

4

5

6

7

During an NSA security interview, Singh was forced to relive the traumatic events of SCOTUS 21-739, despite explicitly stating on his SF-86 form that he did not want to discuss the case due to its traumatic nature. It is even more painful that the court did not rule in favor of America and American semiconductor technology.

8

9

10

11

12

13

14

15

**Plagiarism** - SCOTUS 21-739 Question #8 was raised in Washington Supreme Court case 998400 in the year June-July of 2021. On Feb 21st, 2024 Intel-Microsoft partnered on more than 15 Billion dollar foundry deal without acknowledging Singh's efforts/sufferings to bring this antitrust issue to the attention of the court (and concerned people in authority, National Security Agency, Federal Trade Commission). Intel's CEO and Intel's Executive Vice President were made aware about SCOTUS 21-739 Question #8 on Oct 27th 2023, the day of my resignation. Microsoft already is party to SCOTUS 21-739. During 8 hour non-stop security interview at NSA, the NSA Special Agent went through the letters Singh wrote to Microsoft/Satya Nadella which had sufficient details of SCOTUS 21-739 Question #8. Intel and Microsoft's failure to acknowledge Singh's efforts and suffering in facilitating the $15 billion foundry partnership constitutes **plagiarism**.

16

17

## III.     Statement of Claim

18

19

20

21

Write a short and plain statement of the claim.  Do not make legal arguments.  State as briefly as possible the  facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was      involved    and    what    each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct.  If more than one claim is asserted, number each claim and  write a short and plain statement of each claim in a separate paragraph.  Attach additional pages if needed.

22

23

24

## SCOTUS 21-739.

25

26

27

28

For clarification, "**SCOTUS 21-739 Question #8**" implies information in SCOTUS 21-739 appendix letter to Microsoft/Mr. Satya Nadella/Mr. John Schewchuk, it also imply information in Petition for rehearing in SCOTUS 21-739, it also imply information in motion for discretionary review in Washington Supreme Court case 998400. It also imply research and development in semiconductor. It also implies semiconductor scientific jobs as well as technician jobs in the manufacturing

1     facilities. It also implies the whole eco-system around chip design and chip
2     manufacturing.
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

1   Below is high level timeline of events which started in Dec 2018 resulting in SCOTUS 21-739.

2
3       **Dec 11th 2018**
        - First meeting with Won as a coach of leading a team of 6 to solve scientific problems on Artificial
        Intelligence(Computer Vision). Microsoft organized this event in Portland, Oregon.
        - Dec 13th, 2018, Singh drops Won at train station. Won goes back to Seattle.

4       In pre-covid era, all remaining sequence of events after Dec 13th 2018 are remote
        where Won is in Seattle or New York while Singh is in Hillsboro, Oregon or Stanford, California

5       Singh sincerely apologized to Won on any misunderstanding on any "non-intentional"
        respectable sequence of events occurred until Dec 20th 2018 between Won
6       and Singh.
        Singh lost scientific problem statements.
        Won agreed to send but intentionally did not send (Won kept silent):
7           - This is breach of verbal contract.
            - This is also loss of professional trust as Won being a professional from Microsoft.
            - This is also leading of Singh

8       **Jan 2019:**
        - Singh tried to reach out to Won to have amicable situation as a professional but Won
9       gaslighted, projected and threatened Singh in return.
        - All this amid Singh wanting to innovate in semiconductor technology. Amid Microsoft
        poaching Singh's colleagues and friends from Intel Corporation.
10
        Jan 27th, 2019: Won harassed Singh to extreme level leading to remaining unwanted
11      sequence of events in Singh's life amounting to suicidal thoughts, loss of job/house,
        loss of time that Singh wanted to spend with his daughter and family.

12

13

14      - June 2019:  Singh tried to explain to Won about the situation
        and asked her to take her words back which she has used on
15      Singh's family. Won did not took her words back.

16      - Won did apologize of not sending scientific problem
        statements - at this time it was not even asked. Won explicitly
        did not took her words back and demanded Singh to have his
17      daughter and wife to Seattle.
        - Demanding for getting daughter and wife to Seattle is
18      transparently leading of Singh.

19

20

21

22      - Won never gave closure to Singh on the
        words/harassment she inflicted on Singh on Jan
        27th 2019.
23
        - Jan 3rd 2020: Won sought no contact protection
        from King County District Court in Seattle against
24      Singh
        - Jan 17th 2020: Singh flew from California and his
25      family drove from Portland to Seattle to attend
        the hearing. Court failed to establish facts.

26

27

28

---

Court must address this first
**before** **jumping** to later events
after Jan 2019. Correlate it with
$15 Billion partnership dated
Feb 21ˢᵗ 2024.
(read Appendix A, B and T of
this document ). "BUT FOR"

- WA State Courts is erroneously and
intentionally pre-judging this as if
Singh is making advances. WA State
Courts are ignoring the 'apology' by
Singh, antitrust and coercive situation
created  by Microsoft and Won.

- Jan 27th abuse by Won was not
included in her petition.
- Not sending scientific problem
statements was also not included by
Won in her petition. This is
transparently withholding of material
facts by Won while she brings her no-
contact petition.

- Singh's bread and butter was/is innovating in
semiconductor technology. This is agenda of Chips
and Science Act.

"BUT FOR" ---- Had Won or Won's
friends came forward to have amicable
talks things in Singh's life would have
been totally different. The unwanted
sequence of events in this time frame and
beyond would not have occurred in
Singh's life.

- Jan 17th 2020 is when Singh first saw his
abuser Won face to face. Dec 13th, 2018
was the last time Singh saw Won.

---

First Amended Complaint                    Page **13** of **125**

1    1) SCOTUS 21-739 ended March 21st, 2022. Singh continues to respect and carries the
2       burden of the incorrect orders issued from Washington State Courts (WA Sup Ct case
        number 998400).
3           a.   Also recall, Singh cryingly answering during polygraph, dated Nov 30th, 2023,
4                when asked about if Singh ever contacted Won after protection order was served
5                to him, Singh **cryingly** stating along the lines, "No, I have not contacted Won. **I
                 respect the law**".

6    2) November/December 2022 Singh applied for Cryogenic Engineer / Engineering and
7       Physical Sciences Researcher position at National Security Agency.

8    3) Singh went through full technical interview process at NSA on Jan 17th, 2023.
9

10   4) Singh joined Intel Corporation on Feb 21st 2023 as Staff CAD R&D Engineer/EDA
        Tools Software Engineer in Hillsboro, Oregon.
11

12   5) Singh was offered Conditional Job Offer from NSA around March/April 2023. Singh
        negotiated the offer from compensation perspective and was granted, May 22nd, 2023, in
13      the mid range than asked. Singh accepted the new Conditional Job Offer with updated
14      pay – GG-13 Step 7. Please refer APPENDIX G for conditional job offer letter.

15   6) Around June 2023, Singh filed in the security forms SF-86 and clearly mentioned that he
16      does not want to talk about SCOTUS 21-739 as it is very traumatic events for him. Refer
        APPENDIX K of this complaint document for evidence of SF-86 snippet.
17

18   7) Singh non-voluntarily resigned Intel Corporation on Oct 27th, 2023 due to hostile work
19      environment. Singh copied Intel CEO (Pat Gelsinger) and Intel EVP (Dr. Ann Kelleher)
        and informed them of SCOTUS 21-739 Question #8, which is related to Microsoft hiring
20      engineers from Intel Corporation.

21   8) Nov 28th, 2023, Singh gave 8 hour non-stop security interview at NSA where he was
22      repeatedly told (harassment) during initial greeting meeting, water/restroom breaks that
        he has to answer questions related to SCOTUS 21-739. Answering questions related to
23      SCOTUS 21-739 made Singh relive the traumatic events of the case. Hiring of Intel
24      engineers by Microsoft was also discussed and acknowledged by NSA Special Agent,
        **"We understand this…optimal use of resources"**.
25

26          a.   Singh was participating (Singh started around 2 weeks ago from Nov 28th 2023)
27               in Kaggle Competition related to RNA(Ribonucleic acid) sequence prediction
                 using Artificial Intelligence and was hoping he will continue his participation
28               after end of the day on Nov 28th, 2023. Due to so much reliving of the traumatic

1    events Singh completely forgot and was unable to focus. Nov 29th is Singh's
     birthday. Singh completely forgot about his birthday too.

2

   b. Nov 29th, 2023 was psych evaluation day and Singh was uncontrollably crying.

3           i. Singh did mention to psych evaluation doctor that the orders from
               Washington State Courts need to be reversed as facts has not been

4              established. The pysch evaluation doctor did say along the lines that, "**this**

5              **will be sent to DCI**". Please refer APPENDIX P for evidence. As of June
               2024 as per Singh, DCI stands for Director of Central Intelligence. Singh

6              did not know what DCI mean until June 2024.

7    c. Nov 30th, 2023 was polygraph: During polygraph also Singh was **uncontrollably**

8       **crying**. When asked why I left Intel Corp the first time (Oct 2nd, 2019). Singh
        cryingly said along the lines that, "**It is due to case events (referring to**

9       **abuse/harassment by Won). Everyone was leaving (referring to my**

10      **friends/colleagues moving to Seattle for Microsoft)**".

11  9) More than 15 Billion dollar Intel-Microsoft foundry partnership announced publicly on

12     Feb 21st, 2024. This was exactly what Singh brought up in SCOTUS 21-739 which was
       brought to attention to the parties as mentioned in point #7 and point #8 mentioned

13     above. Refer APPENDIX C for partnership details.

14

15  10) Informal discrimination complaint filed on March 24th, 2024 with EEO Counselor at
       NSA, formal complaint filed April 24th, 2024 with EEO office at NSA, reprisal

16     complaint filed June $2^{nd}/3^{rd}$, 2024 with EEO office at NSA. Singh alleges age based
       discrimination - Title 29 C.F.R., Part 1614 – ADEA (Age Discrimination in Employment

17     Act). Singh also alleges sex, color and National origin based discrimination. Singh also

18     alleges reprisal discrimination.

19  11) Present Situation:

20     a. Singh and his family continue to carry the burden of incorrect orders from
          Washington State Courts.

21     b. **Singh has no earning job**. Singh's semiconductor career is **ruined –**

22        **employment**.

23     c. Intel, Microsoft, and the NSA drew inferences from the battle Singh fought in
          SCOTUS 21-739 for their own benefit without acknowledging Singh's efforts and

24        sufferings. Singh is proud and happy that the cause he fought for in SCOTUS 21-
          739 Question #8 has come to fruition (cause triggered by Microsoft), but he feels

25        sidelined and unacknowledged by these entities. This situation makes Singh feel

26        **intellectually exploited (intellectually-raped)** by Microsoft Corporation, Intel
          Corporation, and the NSA.

27     d. The NSA has discontinued the processing of the job for which Singh went

28        through the entire application process, including reliving traumatic events.

1      Essentially, Singh feels that the NSA extracted everything from him under the
2      guise of a job offer and then sidelined him.

    e.  Singh and his family are not doormats to be used by others to draw inferences
3      from the battles Singh fought for the people of Intel Corporation, the people of
4      America, and American Semiconductor Technology. They deserve to be
    acknowledged and compensated for the damages caused by those who wronged
5      them. Please refer to APPENDIX Q and APPENDIX R where neither NSA, nor
6      Intel Corporation CEO and Intel Corp EVP responded to my email.

7

8      Below is current situation of Singh from antitrust point of view.



CLAIM 1:

Antitrust – The Sherman and The Clayton Antitrust Act violated by Microsoft.

SCOTUS 21-739 Question #8, very well brings up the issue and also how to solve the issue.

1  The antitrust evidence was presented to Commissioner Johnston of Washington Supreme Court,

2  as back in the 2018/2019/2020/2021 time frame many of Singh's friends/colleagues already got

3  or were seeking employment opportunity with Microsoft. It is in footnote of Justice

4  Commissioner Johnston's ruling in 998400. Singh was asking Justice Commissioner to ask

5
   Microsoft to design using Intel's semiconductor process, given Microsoft has hired engineers
6

7  from Intel itself.

8      Back in Dec 2018/Jan 2019, Singh was providing in his defense, which is true, the reason

9  for contact with Won to be for amicable professional situation to create intellectual property

10
   (research on how artificial intelligence algorithms can be includes in design automation software
11

12 tools) and also for potential future job reference at Microsoft as many of Singh's friend were

13 already relocating to Seattle. Singh genuinely wanted that his family grows with his friends and

14 that is why also wanted to relocate to Seattle. But in return all Singh got from Won were

15 projections, gaslighting, threats and ultimately abuse and harassment on Jan 27th, 2019. Given the

16 fact Singh already **sincerely** **apologized** to Won on any misunderstanding on **respectable non-**

17
   **intentional** sequence events in Dec 2018.
18

19     So with Microsoft hiring Singh's friends/colleagues it is an act of **coercion** of Singh

20 created by Microsoft. It is also an act of **coercion** when Singh wanted to have amicable

21 professional situation with Won (Microsoft employee) to create intellectual property.

22 Court or Jury can visit Microsoft office in Hillsboro, Oregon at "9820 NE Gibbs Dr, Hillsboro,
23
   OR 97006". Survey every employee and ask where were they working before? More than 51%
24
25 will say they were affiliated with Intel Corporation. Some of them also went to Microsoft,

26 Redmond office in Washington.

27

28

First Amended Complaint                                                Page **17** of **125**

1    Essentially Microsoft allocated workers (semiconductor talent) that were working on

2    domestic semiconductor technology (Intel Corporation) to further monopolize foreign

3    semiconductor technology (TSMC), leaving behind domestic semiconductor technology which

4    the government is trying to protect in the form of Chips for America Act.

5

6    Bottom line is, when this antitrust issue was happening/happened, Singh made this

7    antitrust issue aware to Washington Supreme Court. Court did not do anything. Singh also made

8    aware this issue to SCOTUS in 21-739 Question #8. SCOTUS did not do anything. There are

9    letters to Microsoft/Satya Nadella/John Shewchuck in SCOTUS 21-739 appendix starting from

10   page 79a, which NSA Special Agent went through. These letters are in APPENDIX W of this

11

12   complaint document.

13   In early Oct 2023, Singh made aware that he went to SCOTUS regarding Microsoft

14   hiring engineers from Intel to his 2nd level manager and also on Oct 27th, 2023, in his resignation

15   email Singh made aware SCOTUS 21-739 Question #8 to Intel Corporation CEO Pat Gelsinger

16   and Executive Vice President Dr. Ann Kelleher.

17

18   On Nov 28th, 2023, Singh was made to relive the whole SCOTUS case trauma in 8 hour

19   non-stop interview carried out by NSA Special Agent who is from NCSC (National

20   Counterintelligence and Security Center). Then also on polygraph day Nov 30th, 2023, Singh was

21   uncontrollably crying and answering questions related to case events. It is in best interest of NSA

22   that our semiconductor technology is protected. So NSA will do everything in its power to take

23

24   actions that protects American semiconductor technology. Also, the Chips for America Act

25   money in the form of rebates or grants is taken care by NCSC/DNI (Director of National

26   Intelligence) – refer this link https://www.dni.gov/index.php/safeguarding-science - APPENDIX

27

28

1    B of this complaint document. NSA Special Agent who interviewed me is from NCSC

2    organization.

3    Feb 21st, 2024, Singh read news in public that Intel Corporation and Microsoft

4    Corporation partnered on 15 Billion dollar foundry partnership. APPENDIX C of this complaint

5    document. This is exactly what SCOTUS 21-739 Question #8 implies.

6

7

8    Intel Corporation, Microsoft Corporation and NSA have not acknowledged my efforts/sufferings

9    in first bringing this issue up to relevant authorities and then once the issue is resolved they have

10   not acknowledged me either. This is similar to hit and run case, in other words Intel Corporation,

11   Microsoft Corporation and NSA has intellectually-raped Singh.

12

13

14   As per antitrust laws, purely from whistleblower perspective, whistleblower gets 10% to 30% of

15   the amount once the antitrust issue is resolved. Please refer APPENDIX I. **So Singh is**

16   **successfully claiming 30% of 15 Billion dollars which is $4.5 Billion.**

17

18   **Court can also look at it as Singh saved 15 Billion dollars from Chips Act rebates**

19   **and grants which are given to Semiconductor corporations after all they are funding Intel**

20   **Corporation with Chips Act tax payers' money. Most importantly, court should look at it**

21   **as a step towards protecting and innovating American semiconductor technology.**

22   **NSA should be happy that Singh's battle serves their purpose of American semiconductor**

23   **technology protection as their NCSC organization was not able to catch this antitrust issue.**

24   **Intel Corporation should be happy that Singh's battle brings business for them and paves**

25

26   **the way for future business players to come to the likes of Apple, Nvidia, AMD, Qualcomm.**

27

28

1  **Federal Trade Commission should be happy that one antitrust battle is complete for them,**

2  **albeit we still need an injunctive relief that Intel-Microsoft foundry partnership continues.**

3

4  Please refer to APPENDIX H on The Sherman Act law and also refer APPENDIX B on how

5  NSA/DNI plays role. Please also refer APPENDIX T, specifically National Security Concerns

6  section.

7

8  Since this involves 3 entities namely Microsoft, Intel and NSA that is why Singh is filing this

9  case from Antitrust perspective.



26  **Figure 1: Situation prior to Feb 21ˢᵗ, 2024 when the 15 Billion dollar Intel-Microsoft**

27  **foundry partnership was not announced. Also refer to APPENDIX T.**

1  **Plagiarism:** Since none of the entities namely Intel Corporation, NSA and Microsoft

2  Corporation came forward to acknowledge my SCOTUS 21-738 Question #8 battle and left me

3  to die with my family, it is an act of plagiarism carried out by the defendants. It makes Singh

4  look like a **fool** fighting for American semiconductor technology, fighting for people of America

5  and fighting for Intel Corporation employees.

6

7

8       I genuinely wanted to relocate to Seattle and work
9       for you as you hired many of my friends/colleagues
        from Intel but sadly the events in this case coerced &
10      forced me to think otherwise. Being responsible
        citizen of this country someone has to raise voice
11      against the practices that drive country's
        semiconductor technology down to foreign
12      competitors. You should ask your ex-Intel employees
        to use Intel's technology to fabricate the chips they
13      will design instead of going to TSMC. It is not too

14

15

16

17

18

19

20

21

22                              80a

23      late to make that decision. Create business even if
        you have hired the talent from competitive business.
24      Save some tax payers' money instead of government
        keeping afloat semiconductor technology of our
25      country with Chips for America Act.

26  **Figure 2: Snippet from SCOTUS letter (also in APPENDIX W of this complaint) to**

27  **Microsoft/Mr. Nadella/Mr. Schewchuk**

28

1 Justification of jurisdiction on CLAIM1: The Sherman Act and the Clayton Act are federal laws.

2 This antitrust action by Microsoft is the whole cause of unwanted events in Singh's life including

3 interaction with Won. The antitrust action by Microsoft is also very significant from

4 Semiconductor Technology protection of our country as this antitrust action is working against

5

6 Chips for America Act (a federal act) – Significance test is passed (flip side $15 Billion

7 Microsoft-Intel foundry partnership announced Feb 21st, 2024). Therefore under 28 U.S.C. §

8 1331, this court has original jurisdiction.

9 As per creation test – Cause of action where Singh's career is ruined by these antitrust actions

10 which is violation of The Sherman Act/The Clayton Act (federal law) by Microsoft and hence

11 federal question jurisdiction is justified.

12

13

14 **CLAIM 2:**

15 **Employment:**

16 **a)Microsoft:** Back in Dec 2018/Jan 2019, Singh genuinely wanted to work at Microsoft since

17 many of Singh's friends/colleagues moved to Microsoft/Seattle. With all the projections,

18 gaslighting in Jan 2019, and abuse/harassment by Won (Microsoft employee) on Jan 27th, 2019;

19

20 Singh was unable to even focus on his current job at Intel Corporation back then let alone

21 thinking of working at Microsoft with all the negative experience with Microsoft employee.

22 Hostile working environment created by Microsoft employee and Microsoft due to coercion as

23 already mentioned in CLAIM 1. Neither they want to have amicable situation as human nor do

24 they want to collaborate in creating intellectual property (APPENDIX F), and nor they want to

25

26 have amicable situation for potential job reference in future.

27

28

1   EEOC case number in Seattle field office is 551-2024-04623. Notice of right to sue within 90

2   days issued May 16th, 2024 and hence filing this case.

3

4   **b) Intel Corporation:** Work at Intel is not merely 8 hour job. It is 12 to 14 hour job including

5   weekends. Please refer to APPENDIX L and specifically doctor's notes back in 2014/2015

6   because of work injury due to long work hours. Intel Corporation to submit to court Singh's

7   performance reviews from July 2011 to Oct 2019 and also from Feb 2023 to Oct 2023. Intel

8   Corporation to also submit Singh's wellnomics software records which tracks the computer

9   usage, keyboard usage and mouse clicks usage to court. This will prove the time Singh use to

10  work during his employment at Intel Corporation. Intel Corporation to submit email interactions

11  he had with his manager and HR Ms. Janisha Hackett in Sept/Oct 2023 where Singh claims he is

12  starting to have mental health issues.

13

14

15

16  Feb 2023 to Oct 2023 employment: Singh's manager omitted key deliverables Singh gave to

17  CEO (regarding Optical IO packaging startups that Intel should eye on). Additionally, even after

18  doing so much of detail oriented work and identified issues in capacitance extraction model the

19  manager make it look like as if Singh is delaying the work. This caused mental health issues and

20  hostile work environment where the microscope is on Singh. With 8 years of experience at Intel

21  Corporation, with inventor of cooking robot, with artificial intelligence certification from

22  Stanford, with all the SCOTUS battle which Singh fought for Intel Corporation, still Singh was

23  treated like junior individual contributor and made to look like as if Singh is delaying the work.

24  Singh gave so many innovative ideas among them was how to pull in process design kit schedule

25  by mid single digit weeks with high quality – **state of the art in semiconductor as of Oct 2023**

1  – **explained on white board (see email of Oct 29th, 2023 in APPENDIX L) – loss of**

2  **intellectual property Singh wanted to create**. Intel Corp to provide rough dollar amount of

3  cost savings with this invention disclosure by Singh. Singh wanted to research on faster matrix

4  multiplication using reinforcement learning and incorporate that in 3D electromagnetic field

5  solver to improve matrix multiplication time that will help in capacitance extraction in large

6  layouts (copyright) – loss of intellectual property Singh wanted to create. Manager never created

7  bandwidth for Singh to do this research. Manager kept increasing scope of the work keeping

8  deadline same. Singh did not even took any vacation. Had a family wedding which Singh

9  skipped attending back in April 2023 as Singh wanted to focus and get the work at Intel

10  Corporation done.

11

12          Singh had to ultimately resign (non-voluntarily) on Oct 27th, 2023, as it was taking toll on

13  his mental health to work long hours and weekends, new manager keep insisting that previous

14  managers has to give feedback on the performance given the fact previous managers omitted

15  things out created hostile work environment at the first place – why previous managers need to

16  give feedback on my performance when 3 months(June/July 2023) ago it was already told to 2nd

17  level manager and Dr Ann Kelleher that I want my manager to be changed with immediate

18  effect. Please refer APPENDIX M for the email evidence. Singh had NOT resigned voluntarily

19  from Intel Corp. Resignation on Oct 27th, 2024 is due to pressure of hostile work environment

20  where 2nd level manager is saying "they regret hiring me", 1st level manager is saying, "my time

21  at Intel is short", new manager is saying my previous manager has to give feedback on my

22  performance, etc.

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**My Applications**

| | | Active (15) | | Inactive (110) |
| --- | --- | --- | --- | --- |
| Job Title | | Job Req | My Application Status | Date Submitted |
| Physical Design Engineer For CPU Core IP | | JR0260196 | **Not Selected** | June 24, 2024 |
| Fab11x EMIB/FOVEROS Technology Product Integration Development Engineer | | JR0265694 | **Not Selected** | June 21, 2024 |
| TCAD Software Research Engineer/Scientist | | JR0260234 | **Not Selected** | June 11, 2024 |
| GPU Physical Design Engineer (CAD/Methodology) | | JR0259599 | **Not Selected** | June 10, 2024 |

**My Applications**

| | | Active (15) | | Inactive (110) |
| --- | --- | --- | --- | --- |
| Job Title | | Job Req | My Application Status | Date Submitted |
| Foundry Technologist | | JR0258882 | **Not Selected** | June 7, 2024 |
| Intel Foundry - Full Chip Timing Engineer | | JR0264788 | **Not Selected** | June 7, 2024 |
| LTD - EDA Tools Software Engineer | | JR0259827 | **Not Selected** | May 26, 2024 |
| Senior Director of EDA Engagement for Design Enablement | | JR0262351 | **Not Selected** | May 6, 2024 |

1
2
3
4
5
6
7
8
9
10
11
12
13
14

**My Applications**

| | Active (15) | | Inactive (110) |
|---|---|---|---|
| Job Title | Job Req | My Application Status | Date Submitted |
| CAD Research and Development Engineer | JR0240280 | Congratulations On … | January 24, 2023 |
| CAD Research and Development Engineer | JR0240278 | Not Selected | January 24, 2023 |
| Yield Technical Staff Member (FI/FA) | JR0208099 | Candidate Withdrew | January 13, 2023 |
| CAD Research and Development Engineer | JR0239603 | Congratulations On … | January 12, 2023 |

15  c) **NSA:** Discrimination complaint with EEO office at NSA is filed when NSA discontinued

16  Singh's employment processing on March 11th, 2024 (APPENDIX S). Singh was NSA affiliate

17  during which the 15 Billion dollar foundry partnership between Intel-Microsoft materialized, the

18  foundation of which is SCOTUS 21-739 and due to which Singh was made to relive the entire

19  case trauma during 8 hour non-stop interview and also during polygraph.

20

21      NSA EEO Agency case number is 24-017, formal complaint was filed April 24th, 2024. May

22  8th, 2024 counselor issued counselor report which had evidence of reprisal. So Singh filed

23  reprisal complaint with EEO office at NSA on June 2nd/3rd 2024. Investigation is pending and

24  NSA has not yet decided, as of July 12th, 2024, whether the complaint is accepted or dismissed.

25  NSA has not given Singh any timeline on how long it will take. Of course they are not worried

26  about Singh's statute of limitations getting expired. No one is concerned about wellbeing of

27  Singh's family. It took roughly 3 months from Nov 30th, 2023 (Singh's polygraph day) to have

28

the Intel-Microsoft foundry partnership be declared in public news. Roughly 4 months from Oct 27th, 2023 since Intel CEO and EVP were informed of SCOTUS 21-739 Question #8 in Singh's resignation email. It cannot be that it should take this long for giving closure to Singh and his family while defendants are on their way doing other things and progressing in life while Singh and his family continue to suffer from all the injustices!

With all due respect, Singh requests NSA to not bring in moot argument of exhaustive process. Singh don't want to lose statute of limitations on any of the claims against the defendants. Moreover, counselor said over the phone and also through email that they are not sure how EEO at NSA is related to Intel-Microsoft foundry partnership. EEO at NSA for Singh is directly related to Intel-Microsoft foundry partnership! This is like you are not wanting to give closure to me and delaying the process of me getting justice. That is why I am filing this lawsuit. That is exactly why I am explicitly stating all legal fees must be paid by the defendants. When I filed reprisal complaint on June 2nd/3rd, 2024 with NSA, I explicitly mentioned in complaint that Microsoft or Intel Corp or NSA or all should start paying me $10,000 with immediate effect as I have to put food on the table for my family. It has been more than 2 months since then and there is no answer on that. That is why I am filling this case in US District Court for justice for me and my family.

Justification of Jurisdiction of CLAIM 2: Equal employment opportunity commission is a federal agency and hence this employment matter is a federal question jurisdiction. Moreover, Microsoft , Intel Corp and NSA are headquartered and their nerve center is in different state than Oregon - *Hertz Corp. v. Friend, 559 U.S. 77 (2010)*. Amount in controversy is more than $75,000 and hence this court has diversity jurisdiction. For claims related to hostile work environment at Intel

Corporation and loss of intellectual property during the time period of Feb 2023 to Oct 2023 the court can apply supplemental jurisdiction under 28 U.S.C. § 1367.

Additionally, employee standing under section 4 of the Clayton Act is a federal law and hence this court has original jurisdiction under 28 U.S.C. § 1331.

**CLAIM 3:**

**Intentional infliction of emotional distress**

Jan 27th, 2019 Won unblocked Singh on phone. **This is action taken by Won with her own will to maliciously abuse and harass Singh**. When Singh tried to start friendly conversation (**First Amendment**) with "Hey…", Won replied with abusive, threatening, mental assaulting and profane words calling Singh as "delusional fucking psycho", called Singh's marriage as sad, calling Singh as ugly soul, old bald, with use of so many "F" words etc. Won blocked and unblocked Singh during that conversation itself. Singh don't want to recall and explain over and over about Jan 27th, 2019 abuse trauma, given the fact Singh said in that text conversation **"I am already in pain"**. Court can refer SCOTUS 21-739 pleadings on how Singh felt. Text evidence is there in 20-2-03857-1 King County Superior Court appeal case. Text evidence is also there in 20CIV14926KCX which is King County District Court case.

Won did not include this Jan 27th, 2019 abusive and harassing text conversation in her no-contact petition dated Jan 3rd, 2020. This is transparently misleading the court by Won equivalent of perjury by Won. WA Supreme Court stance is that it is mere rebuff. It is not mere rebuff but harassment and profanity inflicted by Won onto Singh. **WA state courts failed to establish facts. WA state courts transparently failed to even decide in favor of how to protect American semiconductor technology when the evidence was in front of them.**

Won must have contacted law enforcement or court back in Jan 2019 itself as she was threatening Singh about. Court cannot neglect sincere apology to Won dated Dec 20th, 2018 itself.

Had Jan 27th, 2019 abuse not occurred remaining unwanted sequence of events in Singh's life and his family's life would not have occurred.

Even if the abuse inflicted by Won occurred, Won or her friends never came to have friendly talks instead Won's friend blocked Singh. No closure has been given by Won on the abuse/profanity inflicted upon Singh on the relation between Singh and his daughter.

Jan 27th, 2019 verbal abuse and harassment is transparently "intentional infliction of emotional distress" by Won onto Singh. **WA Sup Court Commissioner Johnston cannot pre-judge and conclude that evidence against Singh is overwhelming. Jan 27th, 2019 evidence against Won which she withheld is overwhelming! Evidence against Microsoft hiring Singh's colleagues/friends is overwhelming! Evidence against Microsoft creating coercion of Singh due to this hiring of colleagues/friends from Intel Corporation is overwhelming! Evidence of Singh's sincere apology to Won on Dec 20th, 2018 on any misunderstanding of respectable non-intentional sequence of events is overwhelming! Evidence against Won of not intentionally sending scientific problems is overwhelming! Now with 15 Billion dollar Intel-Microsoft foundry partnership being materialized that evidence is overwhelming against the defendants (Microsoft and Won)!**

**Jurisdiction justification for CLAIM 3: This court shall invoke supplemental jurisdiction under 28 U.S.C. § 1367 -** *Mine Workers v. Gibbs, 383 U.S. 715, 725 (1966)* **–** potential job reference at Microsoft due to reasons mentioned in CLAIM 1 and CLAIM 2, potential creation of intellectual property reasons passes the "common nucleus of operative test"**. The court can**

1 <u>also invoke diversity jurisdiction as Won and Singh are citizens of different states and</u>

2 <u>actions by Won resulted in losses to Singh which amounts to more than $75,000.</u>

3 <u>Jurisdiction pursuant to 28 U.S.C. § 1331 can also be invoked under Article III, Section 2,</u>

4 <u>Clause 1 of The U.S. Constitution.</u>

5

6

7 **CLAIM 4:**

8 **All orders (orders can be referred in SCOTUS 21-739 writ petition appendix filed Nov 17th,**

9 **2021) in the matter of Washington Supreme Court case 998400 must be reversed/vacated.**

10 **King County District Court case 205-00179 must be dismissed.**

11

12 No precedence established by SCOTUS as no written opinion issued. Singh did not waive personal and subject matter jurisdiction and based on Fed Rule Civ Proc Rule 4(K), all orders

13 from Washington State Courts are baseless and must be reversed. Additionally, <u>Constitutionality</u>

14 <u>of Washington State Statute</u> **"RCW 10.14.155 (1) (a) The individual is personally served with a petition within this state"** is questioned because Singh has never ever been resident of

15 Washington State. Singh was taking courses in Artificial Intelligence from Stanford University.

16 The no-contact protection petition order papers were served to Singh in California State. <u>Constitutionality of Washington State Statute "RCW 10.14.010" is challenged because it is</u>

17 <u>Won's actions and Microsoft's actions which coerced Singh leading to insult, harassment and</u>

18 <u>abuse of Singh on Jan 27th, 2019 by Won at the first place. Constitutionality of "RCW</u>

19 <u>10.14.030(1) – Any recent contact was initiated by respondent only or by both parties.", is also</u> <u>challenged.</u> It cannot be Won can contact and frame (ruse – Choi writing coercive cryptic

20 messages for Won) Singh and then claim no-contact protection order in court. Washington state

21 courts have transparently failed to apply the RCW 10.14.030(1) law. <u>No rule to consider new</u> <u>evidence to establish facts.</u> All orders from Washington State Courts in the matter of 998400 are

22 challenged and must be reversed; no facts established by court, no due process followed –

23 violation of Singh's 8th Amendment and 14th Amendment. All the orders from Washington State Courts can be referred in Appendix of Petition for a writ of certiorari dated Nov 17th, 2021

24 of     SCOTUS     21-739     (https://www.supremecourt.gov/DocketPDF/21/21-

25 739/200401/20211119102153593_20211119-100258-00002060-00006789.pdf) (Singh v. Won, 595 U.S. ___, 21-739 (2022)) .

26     a. Injuries caused by State Court Judgments:

27         i. Singh carrying burden of incorrect orders of Washington State Courts (**I am very scared even filing this lawsuit –** Singh have went through pains

28 thinking to continue to carry the burden of incorrect orders from WA State

courts, thinking to continue to carry injustice trauma of not being acknowledged of the battle Singh fought for America/American Semiconductor Technology, let it go and move on but Singh is unable to and that is why Singh is filing this lawsuit. I have family to put food on the table for them. My family's life is significantly impacted as I am the primary bread earner for my family. Most importantly I am here for justice for me and my family as the defendants have done wrong to me and my family).

1. Won (Microsoft employee) gaslighted, projected Singh leading up to abuse/harassment of Singh on Jan 27th, 2019. Singh had loss of intellectual property to innovate (Chips and Science Act agenda) in semiconductor design automation, lost his full-time job of 8 years as CAD/Design Automation Engineer at Intel Corporation as he was unable to overcome the trauma inflicted by Won. Singh's only reason for contact with Won was to have professional and amicable situation. Won also did not send scientific problem statements after she verbally agreed that she will send – **breach of verbal contract**. All this occurred amid when Microsoft hired so many engineers from Intel Corporation, which is against Chips for America Act – **Antitrust and coercion** of Singh to have amicable professional situation for semiconductor innovation and potential reference for future job at Microsoft as Microsoft poached/hired Singh's friends/colleagues from Intel Corporation. Well documented in SCOTUS 21-739. **Singh was unable to complete his courses in Artificial Intelligence at Stanford University which he intended to take, as he was entangled in the court case and court appeals leading to SCOTUS 21-739**.

2. Washington State Courts has failed to establish facts and hence Singh carrying burden of incorrect orders from Washington State Courts. Won withheld many material facts and shuffled chain of events in her petition this is transparently misleading the justice system by Won.

ii. Wife and daughter kept outside the court room during the trial, while when Singh family enters United States from Canada through land border we are pulled over and our car is checked for secondary inspection due to the incorrect Washington State Courts judgments which is harassment of Singh and Singh's family. This also pulls Singh family back reminding the traumatic events of the case, and does not let Singh family move on.

iii. On Nov 28th, 2023 during 8 hour non-stop security interview at NSA (National Security Agency), Singh is made to relive the traumatic events leading up to the case in court and all the way to SCOTUS 21-739.

iv. On Nov 30th, 2023 during polygraph again Singh is uncontrollably crying and answering questions on traumatic events that lead to SCOTUS 21-739.

**Why Singh had to carry the burden of incorrect orders from court and answer to NSA security when Singh clearly stated he don't want to talk about it in his SF-86 (APPENDIX K of this complaint document)? Microsoft stalked and made advancements towards Intel Corporation engineers back in 2018/2019/2020/2021.    Ask yourself, is 15 Billion dollar enough to cause <u>coercion</u> of semiconductor design talent? This also includes coercion of talent who genuinely think about innovating American semiconductor technology – please read letter to Microsoft/Satya Nadella/John Schewchuk, page 79a, again at this link https://www.supremecourt.gov/DocketPDF/21-739/200401/20211119102153593_20211119-100258-00002060-00006789.pdf#page=79 (APPENDIX W of this complaint). By the way Microsoft is party to SCOTUS 21-739 as original jurisdiction of SCOTUS was invoked, and they were cognizant of this battle of Singh. Mr. Satya Nadella was cognizant, back in 2021, of this when they hired semiconductor talent from Intel Corporation.**

<u>Jurisdiction justification for CLAIM 4: Washington State is not my resident state. I flew by airplane from Stanford, California under tough course schedule at Stanford University to attend the hearing in Seattle, Washington. My wife and daughter drove from Portland, Oregon to attend the hearing, although they were asked to sit outside the court room – I wanted my daughter and wife to stay in the courtroom for whole duration (because it is Won who targeted my family with profanity and Won never took her profane words back) when Won and Choi together were loudly making arguments against me. I was already suffering from abuse trauma inflicted by Won. All this lead to my defending rights being violated. Additionally I did not know about</u>

1   Seattle area and lawyers. Won and Choi has framed into court cases. So Federal Question where

2   constitutionality of state statutes is questioned and also no rule to consider new evidence to

3   establish facts – 28 USC 1331 under Article III, section 2, clause 1 this court has jurisdiction.

4   Additionally, I was already having more than $75,000 in losses when I attended the hearing in

5
6   Seattle on Jan 17ᵗʰ, 2020, so diversity jurisdiction. Moreover, Washington State Courts have no

7   personal jurisdiction over me. The temporary ex-parte no-contact protection order issued against

8   me on Jan 3ʳᵈ 2020 was issued where King County District Court has no personal jurisdiction

9   over me and subject-matter jurisdiction is questionable. Additional justification is under *Osborn*

10  *v. Bank of the United States* federal ingredient is present and hence US District Court Portland

11
12  Oregon has subject matter jurisdiction over the no-contact civil protection order issued by out of

13  jurisdiction Washington State courts. Additional justification why this court has jurisdiction and

14  should have jurisdiction is recycling of arguments of this case were done at NSA security

15  interview and polygraph. NSA is federal agency.

16

17
18  **CLAIM 5:**

19  **Breach of verbal contract**

20  When Singh lost his scientific problem statements in Dec 2018, Singh tried to reach out to Won.

21  Singh had 40 minute phone call which was purely technical discussion. Near the end of 40

22  minute phone call Singh sincerely apologized to Won on any misunderstanding on respectable
23
24  non-intentional sequence of events. Won agreed that she will send the problem statements. Won

25  intentionally did not send the scientific problems. This is transparently breach of verbal contract

26  by Won! Had Won even said that she won't be able to send the scientific problems due to

27  whatever reasons that would have been totally acceptable to Singh, but Won simply and

28

---

1  intentionally stayed silent. Check June 11th - 12th, 2019 text conversation where Won is
2  apologizing of not sending the scientific problems back in Dec 2018. **This is transparently ruse**
3  **by Won**. Shattered my belief of professional values Microsoft engineers carry.

4  Microsoft must provide the rough dollar amount spent in organizing the openhackathon in
5
6  Portland on Dec 11th, 2018 to Dec 13th, 2018. Microsoft must also provide the dollar value of
7  scientific problem statements and solutions related to artificial intelligence back in 2018. Singh
8  respects the time spent by Microsoft engineers/scientists in formulating and coming up with
9  scientific problem statements and Singh also respects Microsoft organizing the openhackathon.
10  Jurisdiction justification for CLAIM 5: This court should invoke supplemental jurisdiction under
11
12  28 U.S.C. § 1367 - *Mine Workers v. Gibbs, 383 U.S. 715, 725 (1966)* – potential job reference at
13  Microsoft due to reasons mentioned in CLAIM 1 and CLAIM 2, potential creation of intellectual
14  property reasons passes the "common nucleus of operative test". The court can also invoke
15  diversity jurisdiction as Won and Singh are citizens of different states and actions by Won
16  resulted in losses to Singh which amounts to more than $75,000. Also pursuant to 28 USC 1331
17
18  under Article III, section 2, clause 1 this court has jurisdiction.
19
20
21  **CLAIM 6:**
22  **Loss of Intellectual Property – Jan 2019**
23
24  As already mentioned in the letter to Microsoft on page 79a of SCOTUS 21-739 writ petition
25  appendix
26
27
28

1  **https://www.supremecourt.gov/DocketPDF/21/21-**

2  **739/200401/20211119102153593_20211119-100258-00002060-00006789.pdf#page=79 – copy**

3  **of the letter in APPENDIX W of this complaint document.**

4  I was not expert in Artificial Intelligence; I only knew design automation back then. Had things

5
6  been amicable I wanted to consult Won on research/creating design rule checkers based on the

7  images of wire(polygon) widths in the chip. I did not know in my professional circle who knew

8  about Artificial Intelligence computer vision back then in Jan 2019. This would have been state

9  of the art to include computer vision in design rule checkers, eliminate writing complex design

10  rules using proprietary EDA(Electronic Design Automation) tool software languages (PXL,
11
12  SVRF, SKILL – engineering terms in EDA tools) – Synopsys Inc, Mentor Graphics,  Cadence

13  Design Systems, Applied Materials can take note if they want of my this copyrighted statement

14  and the article I published on linkedin in Sept 2019 – APPENDIX F – it is copyrighted as you

15  are reading this.

16  Jurisdiction justification for CLAIM 6: This court should invoke supplemental jurisdiction under

17
18  28 U.S.C. § 1367 - *Mine Workers v. Gibbs, 383 U.S. 715, 725 (1966)* – potential job reference at

19  Microsoft due to reasons mentioned in CLAIM 1 and CLAIM 2, potential creation of intellectual

20  property reasons passes the "common nucleus of operative test". The court can also invoke

21  diversity jurisdiction as Microsoft/Won and Singh are citizens of different states and actions by

22  Won resulted in losses to Singh which amounts to more than $75,000.
23
24  Creation(invention) of intellectual property chip design automation is one of the agendas of

25  Chips for America Act which is federal act, so this court has jurisdiction pursuant to 28 USC

26  1331 under  Article III, section 2, clause 1.

27

28

**CLAIM 7**

**Personal Injury**

Jan 27th, 2019 abuse and harassment of Singh by Won caused remaining unwanted sequence of events in Singh's life. Read letter from Singh's wife on page 83a of SCOTUS appendix at this link - https://www.supremecourt.gov/DocketPDF/21/21-739/200401/20211119102153593_20211119-100258-00002060-00006789.pdf#page=83 (APPENDIX W).

Microsoft hiring of Intel Corp engineers (antitrust issue explained in CLAIM 1) is **coercion** of Singh as Singh also wanted to relocate to Seattle as many of his friends relocated to Seattle. Singh carrying burden of incorrect orders from Washington State courts. Have to go through secondary inspection of the car at US-Canada border when we enter back in the United States. Have to explain to NSA Special Agent and at polygraph the traumatic phase making Singh relive all the trauma and still not having the job Singh interviewed for at NSA.

Jurisdiction justification for CLAIM 7: Microsoft and Intel Corporation are headquartered in different state than Oregon so this court has diversity jurisdiction - 28 U.S.C. § 1331. NSA is federal agency so this court has jurisdiction - 28 U.S.C. § 1331. US-Canada border is federal question and hence this court has jurisdiction - 28 U.S.C. § 1331. Abuse by Won occurred when Won is in Washington and Singh is in Oregon and hence diversity jurisdiction on personal injury inflicted by Won resulting in more than $75,000 of monetary losses comes under this court's jurisdiction - 28 U.S.C. § 1331.

CLAIM 8:

NEGLIGENCE:

Microsoft giving no closure when I returned the certificate back in Aug 27th, 2019 constitutes negligence on Microsoft's part.

Microsoft not giving closure when I peacefully picketed back in Nov/Dec 2022 in Hillsboro, Oregon.

Intel giving no closure when I peacefully picketed in March 2024 after NSA denied my employment processing also constitutes negligence.

NSA continued to ask me questions about the case when I first cried during the interview also constitutes negligence on NSA's part. NSA should have stopped asking me questions on the case when I first cried as they got live evidence that the situation is genuinely trauma triggering for Singh as Singh already wrote in his SF-86 that he don't want to talk about the case events.

None of the entities namely Microsoft, Intel Corp, NSA acknowledged my efforts in bringing the antitrust issue up and nor they acknowledged my efforts/sufferings once this antitrust issue was resolved in the form of $15 Billion Intel-Microsoft foundry partnership. This non-acknowledgement by the entities constitutes negligence.

Delay in giving timely closure to Singh and his family by defendants is also negligence.

Jurisdiction justification for CLAIM 8: Microsoft and Intel Corporation are headquartered in different state so this court has diversity jurisdiction and amount in losses are more than $75,000 - 28 U.S.C. § 1331. NSA is federal agency so this court has jurisdiction under 28 U.S.C. § 1331. Additionally, in light of CLAIM 1 the court can invoke supplemental jurisdiction 28 U.S.C. § 1367 for this CLAIM 8.

# **ARGUMENTS**

1. Washington Supreme Court case number 998400 and the events leading to court case in King County District Court (Seattle) is **directly related** to Chips for America Act –

1  Singh successfully argues this in oral argument rebuttal by saying, "There is nothing
2  wrong in getting best out of intellectual values (pointing to creating intellectual property
   of introducing artificial intelligence flows in chip layout design automation – there was
3  straight patent/research paper to publish on the horizon". Singh again argues this **infinite**
4  times (that way Singh is not given a baseless argument that it is not) that Washington
5  Supreme Court case 998400 and the events leading to court case is directly related to
   Chips for America Act. **Please read claim 1 again for satisfaction.** Please ponder why
6  Chips for America Act came into existence at the first place.

7  2. Additional argument, thinking from the flip side, imagine for a second (not that Singh
8     want it as Singh fought for this cause but just for the sake of argument to look things
      from flip side) if you reverse the 15 Billion dollar Intel-Microsoft partnership, you will
9     see how demotivated everyone will be at Intel in Ronler Acres Hillsboro. It will lead to
10    many employees looking for jobs elsewhere, some would want to collaborate that way
      they can push semiconductor state of the art forward. So position Singh in same scenario
11    prior to this Intel-Microsoft partnership (established Feb 21st, 2024) back in Dec 2018
12    like any other Intel employee.

13       a. Is $15 Billion Intel-Microsoft foundry partnership enough to create coercion of
14          honest, hardworking working people?
15       b. When you make an employee work 12 to 14 hours each day and also including
            weekends, is it not enough that innovating in semiconductor becomes their heart
16          and soul, let alone their bread and butter?
17              i. Back in 2014, I had work related injury at Intel Corporation where my
                   right hand started paining, then my right forearm, right shoulder, right
18                 shoulder blade, then the pain started in left hand. I went through
19                 chiropractor therapy sessions. Work comp was filed (APPENDIX L as
                   evidence). I did not know I can claim for monetary damages back then. I
20                 only thought when will my arms be better that way I can work. I use to
21                 think as if I will ever be able to do computer related work because there
                   was time that I could not type due to so much of pain. The work never
22                 stops, it keeps piling. I still feel reminiscence of that pain and injury from
23                 2014 till date. Please see APPENDIX L for evidence of the injury, read
                   evidence of doctor's notes  back in Jan 8th 2015 regarding number of hours
24                 worked in office during the day and at home. I had to use split keyboard
25                 and ergonomics mouse ever since then. If I do not use split keyboard and
                   ergonomic mouse, the pain comes back in my arms and shoulder on
26                 present day. **This is irreversible injury work at Intel Corporation that
27                 has caused me.** The team I worked in during which the injury happened in
                   2014 is called Intel Custom Foundry (ICF) group which in present day is
28

called Intel Foundry Services (IFS) which is face to external customers like Microsoft for designing chips through Intel's semiconductor process.

1. Aarti Choudhary was my manager back then. She also moved to Microsoft – another example of an engineer which is part of the poaching by Microsoft which I alleged in SCOTUS, and is now at AMD.

2. Dameian Austin and Paul Hoerner are senior engineers I use to work with back then at Intel Corporation. Dameian have witnessed my use of split keyboard. Paul has witnessed my long work hours back in 2014-2015. APPENDIX L should be sufficient.

ii. After reading point 'i' above, please read the SCOTUS letter to Micrsoft/Satya Nadella/John Schewchuk **again**, specifically this part:

"

You may be concluding that I am mixing family life with professional life. When big tech CEOs vision is to include life into work and vice-versa and more than half of my day's time & life's time is devoted at work to earn for my family, then why I should not mix family with professional life? Why you should not be responsible for creating hostile living environment for me & my family when your employee targeted values sacred to me, given the fact I was only trying to have amicable situation and getting best out of intellectual values? It is problem with your employee that she thinks I am making advances onto her. These thoughts of her in and of itself are coercive & defamatory for me.          "

3. Why Won (Microsoft employee) did not send scientific problem statements in Dec 2018 when she agreed to send after having 40 minutes phone call discussing technical details of the scientific problems? Singh already apologized to Won on any mis-understanding on non-intentional sequence of events.

a. Why Won did not include this in her petition? This is transparently withholding material facts – equivalent of perjury! This is transparently playing tricks by Won.

4. Why Won was checking Singh out during open hack Dec 11th 2018? Why NSA Special Agent is not making note of this when Singh said it 3 times on Nov 28th, 2023 during the 8 hour non-stop interview? This is transparently trying to put all the blame on soft target Singh.

a. Why Won said "we should know each other", while Singh was dropping Won at train station on Dec 13th 2018?

5. Court or jury can go check Microsoft office at "9820 NE Gibbs Dr, Hillsboro, OR 97006". Survey every employee where were they working before? More than 51% will

say they were affiliated with Intel Corporation. Some of them also went to Microsoft Redmond office in Washington.

    a. These employees started designing using foreign semiconductor technology, abandoning domestic semiconductor technology (Intel Corporation). Leaving for the government to fund Intel Corporation with tax payers' money.

    b. If they wanted these engineers could have said we will design using Intel's semiconductor process. We can fulfill Microsoft's design needs using domestic semiconductor technology. We don't have to use foreign technology. Their bread and butter would have been the same just their intellectual energy would contribute towards domestic technology, creating domestic jobs.

    c. Please don't bring the argument of anyone can work anywhere. It is moot argument and irrelevant here.

6. Why Won omitted and shuffled chain of events in her petition? Why Won did not wrote in her petition that she did not send scientific problems. Why she omitted the Jan 27th 2019 abuse/profanity inflicted by her onto Singh? Why she omitted the stalking of Singh's twitter and linkedin and then writing coercive cryptic messages on her instagram?

7. Why Won unblocked Singh on Jan 27th, 2019? Won's response to Singh's genuine friendly conversation **(First Amendment)** which starts with "Hey…" was abusive, threatening and like a physical assault. This is action taken by bully Won!

    a. Moreover Won unblocking Singh meant she wanted to talk to Singh. Singh didn't know <u>**Won was ready with her abusive malicious harassment**</u>. Please refer the Jan 27th, 2019 verbal abuse by Won, I am clearly stating twice, **"Look I am in pain"**, evidencing abuse by Won. Also correlate with the time when I first cried during the 8 hour non-stop interview on Nov 28th, 2023 at NSA, evidencing my abused state of mind.

    b. <u>Won has no authority to call my marriage as sad. No one has any authority to call my marriage as sad.</u>

    c. <u>Won has no authority to use profanity towards my family.</u>

    d. <u>Won passionately abused, harassed Singh on Jan 27th, 2019.</u>

8. Why Won did not call police before Jan 27th, 2019 as she was threatening and harassing Singh about?

---

First Amended Complaint                                                       **Page 41 of 125**

I don't want to go over and over WA Supreme Court case 998400, King County Superior Court appeal 20-2-03857-1 and King County District Court case 20CIV14926KCX case arguments. **It is excruciatingly traumatic**. <u>All arguments from Won/Washington State Courts are challenged.</u>

9. Microsoft **stalked** Intel Corporation employees and **made advances on them**, making them abandon working on domestic semiconductor technology, and start empowering foreign semiconductor technology. Leaving Intel Corporation to beg to government to support them using tax payers' money. Microsoft was cognizant of this matter through my letter in SCOTUS in 2021. Microsoft is party to the SCOTUS 21-739 case which is in public domain.

   a. If Justice Commissioner Johnston's footnote is not sufficient then Microsoft must provide list of employees hired from Intel Corporation since 2018. Also provide list of employees hired from Intel Corporation that are offered executive positions at Microsoft. Chief Engineer position is executive position.

10. Do I have to be on some contract or some employer's roster to fight for American people to continue to have their jobs and how to protect American semiconductor technology?

11. On Oct 27th, 2023 when Intel CEO Mr. Gelsinger and EVP Dr. Kelleher were made aware of SCOTUS 21-739 Question #8, it makes a strong argument for Intel Corporation to go to Microsoft for the business.

   a. Otherwise, Intel is always at mercy of government to fund them under Chips Act money.
   b. No one is restricting Microsoft to not design their chips on TSMC given the fact Microsoft's competitors Apple, Google, Nvidia, AMD all design using TSMC.
      i. SCOTUS 21-739 Question #8 restricts Microsoft to design on Intel's semiconductor process.

12. During 8 hour non-stop interview at NSA on Nov 28th, 2023, where the agent asked me everything about the case made me relive the SCOTUS case trauma, it is in NSA Special Agent's best interest from his (NSA Special Agent from NCSC) job responsibility point of view that he informs his managers to make things happen and resolve the national security issue.

   a. Ask yourself; is SCOTUS 21-739 Question #8 National Security question?
   b. Ask yourself; On Nov 29th, 2023 when the psych evaluation doctor said to Singh, "this is going to DCI".
   c. Ask yourself; is 15 Billion dollars National Security question?

13. At the end of 8 hour non-stop interview on Nov 28th 2023 when NSA Special Agent asked if he was fair to Singh. Singh's response was **not "yes".** Singh pointed

1    to go check SCOTUS 21-739 as NSA Special Agent **was not fair to Singh in**

2    **conducting the 8 hour non-stop interview.**

3    14. When someone does a thesis or publishes a paper, the author cites references. On similar

4    context, when there is 15 Billion dollar Intel-Microsoft foundry partnership dated Feb

5    21st 2024, it is onus of Intel and Microsoft to cite SCOTUS 21-739 Question #8 and

      acknowledge Singh's efforts/sufferings. When Singh is not acknowledged of this effort it

6    is transparently plagiarism by Intel, Microsoft and NSA.

7

8    15. US government created Chips and Science Act to support/promote semiconductor and

9    science of/in America. US government or court must pay 4 million dollars (+taxes and

10   fees) for the damages inflicted by Microsoft, Intel, NSA et al, in the event if there is any

     ounce of resistance by the defendants. I have to raise my daughter; she has her whole life

11   in front of her. Singh and his family have made so many compromises/adjustments with

12   self. Life has taken different turn because of the harassment, coercion, bullying by

     Microsoft and Won; NSA also made Singh to relive the traumatic events of this

13   harassment, coercion and bullying.

14        a. Look from the point that Singh's battle saved $15 Billion of US government

          which can be used somewhere else for society use.

15

16   16. Oct 27th 2023, resignation email (APPENDIX M) to Intel Corp can be expanded. The

     reason is documented in 3rd page of the pages (APPENDIX J) I handed out to NSA

17   Special Agent on Nov 28th 2023. I worked long hours (around 12 hours a day) and

     including weekends, my managers omitted key deliverables/directions I gave to Intel

18   CEO Mr. Gelsinger and Executive Vice President Dr. Kelleher from my quarterly review.

19   I uncovered so many bugs (technical issues) in the capacitance extraction model of

     Intel18A semiconductor process, the manager kept increasing scope of the work keeping

20   deadline same creating mental health issues. The manager never allowed me or created

21   bandwidth for me to research on incorporating artificial intelligence (faster matrix

     multiplication using reinforcement learning) in 3D electromagnetic field solver – state of

22   the art research in 3D electromagnetic field solver. With 8 years of experience at Intel

23   Corporation, inventor of cooking robot (Korean International Search Authority on

     patentability granted all my claims of patent as inventive steps) and having certification

24   in artificial intelligence from Stanford University, Singh fought for Intel Corp business at

25   SCOTUS, Intel can't treat Singh like junior individual contributor and on top of that omit

     key directional elements from Singh's quarterly review which are important for Intel

26   Corporation and Singh's career accomplishment.

27        a. Why Dr. Rajeev Nain, 1st level manager, omitted things from my quarterly

28           review which I gave to Intel's CEO and Intel's EVP?

b. Why Dr. Leonid Proekt kept on insisting that Dr. Rajeev Nain and Dr. Ashok Narasimhan has to give feedback on my quarterly performance when I already asked Mr. Hemant Lingnurkar (2nd level manager), keeping EVP (Dr. Kelleher) in loop, to change my manager in prior quarter because of point "a" above?

c. Why Mr. Hemant Lingnurkar said along the lines, "he repents hiring me"?

d. Why Dr. Rajeev Nain said along the lines, "my time at Intel Corporation is short"?

e. In Sept/Oct 2023, Singh had to shift from permanent office cubical to temporary office cubical for hybrid employees just to stay away from bullying done by Dr. Ashok Narasimhan.

   i. Mr. Rahul Ramdas is witness to the event when I took my name plate off from my cube.

f. During the job offer back in Jan 2023, there was offer made such that I will be reporting to Mr. Lingnurkar but later the job offer was made such that I will be reporting Dr. Nain. During the job I was actually reporting to Dr. Narasimhan with Dr. Nain as official manager.

17. People in Intel Foundry Services (group which is face to chip design customers) very well understands what SCOTUS 21-739 Question #8 mean and imply to them and Intel Corporation business.

18. Chips Act money (in forms of rebates or grants) is taken care by NCSC(National Counter Intelligence Security Center). NSA Special Agent who took my 8 hour non-stop security interview is from NCSC. Singh's battle of SCOTUS 21-739 Question #8 which Singh was made to relive the whole SCOTUS case trauma serves NCSC's purpose in saving the Chips Act money and also serves the purpose of how to protect semiconductor technology of our country as part of safe guarding science initiative of NCSC; NCSC will pursue those avenues in making that happen which serves NCSC's purpose. Information (please read letter to Microsoft/Satya Nadella/John Shewchuk which Singh wrote which is in appendix page number 79a of SCOTUS 21-739 appendix) from 8 hour non-stop interview which happened on Nov 28th, 2023, where Singh had break downs (due to abuse/harassment trauma inflicted by Won amid Microsoft poaching Intel engineers creating coercion of Singh) was taken and Intel Microsoft foundry partnership was materialized on Feb 21st, 2024. This bodes well with when Singh's doctor who did psych evaluation on Nov 29th, 2023 said along the lines, "This is going to DCI". DCI stands for Director of Central Intelligence which Singh got to know in June 2024 after doing some research. Singh did not know what DCI means when the interview was happening. Additionally, during polygraph on Nov 30th, 2023 where Singh was uncontrollably crying when asked why Singh left job at Intel Corporation the first time (Oct 2nd 2019),

Singh's response was "it is due to (SCOTUS 21-739) case events and everyone was leaving (referring to friends/colleagues going to Microsoft)".

19. NSA Special Agent **must have stopped asking me questions** related to SCOTUS when **I first cried** and it was right before Jan 27th, 2019 events were discussed. Before I first cried, it was already answered what was my reason for contact with Won. The reason was to have amicable professional situation to create intellectual property (agenda of Chips for America and Science Act) and potential job reference in future. To create intellectual property in semiconductor was my bread and butter (by which I put food on the table for my family) back then at Intel Corporation.

   a. Why NSA Special Agent harassed me during water/restroom breaks that I have to answer question on SCOTUS 21-739?
      i. This is transparently **harassment** and **discrimination of me!**
   b. This is equivalent to getting prosecuted twice. Is it not enough that I am already carrying the burden of incorrect orders that you have to harass me to answer questions on SCOTUS 21-739? As this is equivalent of getting prosecuted twice that is why the claim amount of the damages is double i.e $2 Million + $2Million.

20. Near the end of 8 hour non-stop interview when I was explaining on paper with drawing about domestic semiconductor talent from Intel going to Microsoft and empowering TSMC(foreign technology)**, I genuinely considered NSA Special Agent and I are in same team working together for our country America**.

21. In civil cases plaintiff only has to prove allegations based on if it is more than likely i.e. 51%. So based on evidence and facts presented by Singh the allegations alleged by Singh are proved to be way beyond 51%. Defendants should be held accountable.

   a. For "antitrust", the issue was already brought upto Washington Supreme Court in June/July 2021, in SCOTUS on Nov 2021, Oct 27th, 2023 to Intel's CEO and EVP and on Nov 28th, 2023 to NSA Special Agent. So it materialized on Feb 21st, 2024. This is successful battle by Singh. Hence Singh is claiming the 30% of deal amount, which is $4.5 Billion. **Even asking in SCOTUS for Microsoft to do something and that is done after the fact by Microsoft is sufficient enough for me to make this successful claim.**
   b. Won omitted the material facts of not sending scientific problem statements related to artificial intelligence, Won omitted Jan 27th, 2019 abuse/harassment/profanity she inflicted on Singh from her petition, leaving Singh to defend with abused state of mind in court with no knowledge of court amid taking tough courses from Stanford. Won along with Choi wrote coercive cryptic messages on instagram and stalked Singh's twitter/linkedin, which they did not include in their petition. Won also called Singh on Jan 10th, 2020 after obtaining temporary protection order, which she did not mention during the hearing on Jan 17th, 2020. It cannot be Won can project, gaslight, harass, frame and call Singh and obtain no-contact protection orders against Singh.

22. Microsoft should be held accountable on the actions/non-actions by their employee Won.
    a. Won **passionately** abused Singh on Jan 27th, 2019.
    b. Then for seeking no-contact protection order she transparently withheld material facts from her petition. This is extremely non-professional given she is masters degree holder. This is perjury by Won.

23. **Defendants made it excruciatingly difficult for Singh and forced Singh to come knocking on US District Court's door for justice**. Every time finding reasons against Singh to put all the blame on Singh making him and his family as scapegoat. Committing all the errors to put all the blame on Singh with no accountability from Microsoft or Won.

24. Commissioner Johnston's footnote in the ruling regarding public interest is sufficient to prove antitrust when domestic semiconductor talent was taken by Microsoft from Intel Corporation.
    a. Singh already brought the antitrust issue up to Washington Supreme Court when it was happening. It is WA Sup Court's failure to not act on it. It is WA Sup Court's failure to keep finding reasons to keep pinning all the blame on Singh and not asking Microsoft back then that Microsoft should collaborate with Intel on their chip designs.

25. Return of certificate is simply trying to find solace amid carrying burden of injustices, amid Won and Microsoft never came forward for amicable professional closure whatsoever and left Singh and his family to simply die. My belief in Washington State Courts is significantly shaken and shattered – I am very scared from them.
    a. One should not extract all the information through harassment and discrimination from innocent souls to get your own agendas served, pin all the blame on innocent souls and leave them to die.

26. **NSA and Federal Trade Commission should be happy that from Singh's SCOTUS 21-739 battle one antitrust issue is potentially resolved and 15 Billion dollars from Chips Act rebates/grants is saved which can be used elsewhere by the government for betterment of society. Intel Corporation should be happy that my efforts earned them 15 Billion dollars business from Microsoft.**

27. Mr. Patrick Gelsinger must answer in "yes" or "no", if he or anyone under his chain of command acted on the information in Singh's nonvoluntary resignation email dated Oct 27th, 2023 to collaborate with Microsoft on foundry partnership?

28. NSA must answer in "yes" or "no", if they acted on any information they obtained in Singh's SF -86 or information from 3 day security interview process of Singh from Nov 28th, 2023 to Nov 30th, 2023 to formulate $15 Billion foundry partnership with Microsoft and Intel Corporation.

29. Won must provide her job title and grade level from Jan 2019 till date. Won must list when her title or grade changed and to what.

30. Microsoft must provide Won's job title and grade level from Jan 2019 till date. Please also list when her title or grade changed and to what.

31. How many times Won stalked on my linkedin and twitter in the year 2019?
     a. How many times Won and Choi wrote cryptic messages on their instagram in the year 2019? Won and Choi to provide the cryptic messages they wrote on their instagram in the year 2019 along with dates.
     b. Why Won and Choi wrote cryptic messages on their instagram and obliviously went to law enforcement to frame Singh?

32. Why NSA Special Agent is **recycling arguments (recall the oral argument of 998400 Won presented where Won said Singh is recycling arguments – also read snippet of my SF-86, APPENDIX K, explicitly stating I don't want to talk about the SCOTUS 21-739 case)** making me relive the entire case trauma? This argument are clear grounds that this court which is US District Court Portland Oregon must have jurisdiction over the no-contact protection order issued where no facts has been established; and this court must reverse all orders in the matter of WA Sup Ct case 998400.

33. NSA to disclose the date the position which Singh went through the interview process was filled?

34. NSA excluded July 15th, 2024 email from their Final Agency Decision dated Oct 28th or Oct 29th, 2024. It is in this email I asked for $1.65Billion compensation to be paid by Microsoft Corp and Intel Corp. It is in this July 15th, 2024 email I re-iterated that Microsoft, Intel Corporation shall pay $10,000 a month while matters are pending.

35. The only favorable argument which EEO Office at NSA made in their Final Agency Decision is along the lines that all orders should be reversed in the matter of Washington Supreme Court case 998400. Which I agree with EEO Office at NSA.
     a. Remaining all other arguments are challenged where they say I am not aggrieved in their Final Agency Decision.

36. Ash v. Cvetkov, 739 F.2d 493, 495-97 (9th Cir. 1984) is not applicable in this case. It is not plaintiff's failure to prosecute the defendants in this case. Plaintiff has already prosecuted the defendants by bringing the complaint against the defendants in various US Government agencies namely EEO Office at NSA, Oregon Bureau of Labor and Industries, Federal OSHA, EEO Office in Seattle against Microsoft and Intel Corporation. It is The Honorable Court's delay in prosecuting the defendants by not yet,

till date as of Jan 26th, 2025, granting the temporary monetary relief to the plaintiffs where plaintiffs can put food on the table for themselves. Given, all the facts with evidences and arguments are in front of The Court. Protection and Temporary relief shall not be held back just because a formal amended complaint is needed when everything is in front of The Honorable Court to decide. It appears The Court is wanting aggrieved to go broke (have strained relationships, be away from family and kid daughter) which is similar to how the defendants has got their agendas served to the tune of $15Billion and left plaintiffs to simply die. It is like abandoning the plaintiffs once their agendas are served. With all due respect, The Court shall not hold themselves back on granting reliefs which can be granted on ex-parte basis itself.

a. For e.g. Granting of relief that SCOTUS 21-739 Question #8 certiorari is implicitly granted when Microsoft entered in $15Billion foundry partnership with Intel Corporation. This is win for Singh and his family. This relief can be granted on ex-parte basis itself.

b. I have repeatedly explained to The Court that I need temporary monetary relief. I am at verge of irreparable loss of withdrawing money from my retirement account. With the delay by Court of not granting the temporary monetary relief, I incurred significant irreparable loss of withdrawing money from my retirement account which in actuality I kept for my and my family's retirement age. After EEO at NSA's Final Agency Decision in last week of Oct 2024, I withdrew $80000 in early Nov 2024 and in late December 2024 I withdrew around $54000 from my retirement account that way I can pay my bills and pay towards my mortgage that way at least my daughter and wife can have roof on their head. Now I have nothing in my 401K retirement account and only around $13000 in my Roth IRA. Given the fact, especially NSA EEO Office transparently failed to get me the temporary monetary relief given the fact I fought for one of the cause which in actuality is NSA's job responsibility. Given the fact, Supreme Court of The United States would and should have given direction to Microsoft to collaborate with Intel Corporation back in the year 2021/2022 itself by granting SCOTUS 21-739 Question #8 certiorari. **It is now Court's responsibility to prosecute the defendants. I can pursue serving the summons once protection and temporary monetary relief is granted to me and my family that way I can put food on the table for my family. Court should take responsibility and accountability. SCOTUS should take responsibility and accountability by failing to grant SCOTUS 21-739 Question #8 certiorari back in the year 2021/2022 itself.**

**I can pursue serving the summons once the 1st relief sought requested which is to declare/announce/order on ex-parte basis itself that it is Singh and family who made significant instrumental contributions in making the $15Billion Intel -Microsoft foundry partnership happen.**

    c. Regarding OSHA case 2024CAR00005, on Jan 23rd 2025, I mustered courage and emailed notice to confer regarding Temorary monetary relief/protection/disclosures to Dr. Kelleher, Mr. Gelsinger (email bounced), Mr. Lingnurkar, Dr. Nain, Dr. Narasimhan and Dr. Proekt. These are individuals that are in the Oct 27th, 2023 non-voluntary resignation email. I also mentioned in the notice to them that if I don't hear from them by Jan 27th, 2025 regarding the motion, I file every future motion in the OSHA case as well as in any court which includes this court as "unopposed". I did not hear from anybody so relief requested in this amended complaint which Intel Corporation owns shall be granted unopposed. Moreover, in the notice to confer email, I attached the motion where relief sought is similar as mentioned in notice of appeal filed Jan 15th, 2025.  This is example of plaintiff pursuing prosecution. Hence Ash v. Cvetkov, 739 F.2d 493, 495-97 (9th Cir. 1984) is not applicable in this case and therefore irrelevant authority.

37. a. Granny Goose Foods, Inc. v. Bhd. of Teamsters & Auto Truck Drivers Loc. No. 70 , 415 U.S. 423, 439 (1974) authority is irrelevant for not granting me and my family temporary monetary relief that way we as family can survive the torturous double/tripple trauma inflicted by defendants after the defendants (primarily Microsoft, Intel and NSA) got their agendas served to the tune of $15Billion from me and my family's battles and left me to die along with my family. Is this the "status quo" court wants to maintain where the defendants can continue to inflict further traumas (of strained relations with family, away from family, pay for bills from retirement accounts) by giving no closure whatsoever? This is transparently injustice !

b. Rent-A-Center, Inc. v. Canyon Television & Appliance Rental, Inc. , 944 F.2d 597, 603 (9th Cir. 1991) is irrelevant because in my case we as a family are not just having economic injury alone, there are emotional damages and damages inflicted by defendants due to negligence by not timely giving closure to me and my family.
    Furthermore, Rent-A-Center, Inc. v. Canyon Television & Appliance Rental, Inc. , 944 F.2d 597, 603 (9th Cir. 1991) authority is definitely applicable to Microsoft Corporation when they poached the talent from Intel Corporation and went on to empower foreign technology, TSMC, leaving Intel Corporation with irreparable loss of delayed innovation in Semiconductor Technology/Chip Designs and leaving the US Government to support Intel Corp to stand back up in the form of Chips Act grants and rebates. Microsoft leaving/coercing honest working people like Mandeep Singh to be entangled in court cases where their employee, Won, insulted, harassed and coerced Mandeep Singh just to have professional amicable situation amid Microsoft poaching Intel talent.

1  c. Marlyn Nutraceuticals, Inc. v. Mucos Pharma GmbH & Co. , 571 F.3d 873, 880
2  (9th Cir. 2009) is not applicable because the urgency of the need of temporary
   monetary relief is imperative and have been explained in the original complaint
3  itself. The Court is expecting me to come to court over and over regarding my
4  grievances.

5  38. Washington Supreme Court and Supreme Court of The United States must have
6  reversed all the orders in the matter of 998400 and must have ORDERED Microsoft to
   collaborate with Intel Corporation to manufacture their chip designs to bolster the agenda
7  of Chips for America Act back in the year 2021 and 2022 itself when my pleadings was in
8  front of them with supporting evidence, arguments and explanations!!! Washington
   Supreme Court and Supreme Court of The United States must take responsibility and
9  accountablity in this matter to ensure public trust.

10

11

12  ADDITIONAL DISCLOSURES:
       1. NSA EEO Agency case number is 24-017 – formal complaint filed April 24th, 2024.
13          a. Counselor Report issued May 8th, 2024. Reprisal complaint filed June 2nd, 2024 on
               the Counselor Report.
14          b. Final Agency Decision signed Oct 29th(or Oct 28th), 2024. Singh did not read it fully.
15             Singh don't have the Final Agency Decision document with him.
       2. EEO charge number against Microsoft is 551-2024-04623. This is from EEO Seattle
16  Field Office. 90 day right to sue started May 16th, 2024
       3. EEO charge number against Intel is 551-2024-04176. This is from EEO Seattle Field
17  Office. 90 day right to sue started May 16th, 2024
       4. Oregon Bureau of Labor and Industries case number against Intel Corporation is 24-
18  07554.
19     5. OSHA whistleblower complaint filed July 24th, 2024 – complaint number ECN111022.
           - OSHA findings issued July 31st 2024 are challenged. I will be filing appeal matters
20  with OSHA after I file this civil lawsuit in US District Court. No acknowledgement of
21  bringing the antitrust issue up to authorities (WA Sup Ct, SCOTUS, NSA) and not
   getting acknowledged is deterrent for future whistleblowers to come forward.
22  Objections to OSHA's Secretary findings were filed Aug 21st, 2024 through email and
   along with the objections there were deposition questions for Intel Corporation and Mr.
23  Patrick Gelsinger – essentially Intel Corporation and Mr. Patrick Gelsinger is aware of
24  the deposition questions. They are also aware of this lawsuit (3:24-cv-01323-AR) through
   Objections to OSHA's Secretary findings as I mentioned about this lawsuit in the
25  Objections. OSHA case number with Administrative Law Judge is 2024CAR00005 –
   APPENDIX AC. As of Jan 26th, 2025 Intel Corp has not responded to my Objections.
26  This is transparently failure to appear and respond by Intel Corporation.

27

28

**Singh is happy that Intel-Microsoft foundry partnership came to fruition after going through or made to go through all the pain. This foundry partnership is best for America. Singh's efforts need to be acknowledged in the form of remedies requested being granted.**

Everyone is finding Singh as soft target extracting information from Singh to get their own agendas served and leaving Singh to just die along with his family. **This is equivalent of hit and run case**. Defendants have **intellectually-raped me** after their agendas got served and have left me and my family to die. This is how Singh feels.

I have no money to afford a lawyer/attorney or even pay all the printing fee, court fee, serving of summon fee etc. I do understand under **The American Rule each party pays their own fee.** The circumstances at present time are that **Microsoft et al must pay the entire legal fee including if the case goes all the way to SCOTUS**. Won and Choi has transparently framed me ! **Microsoft and Won are responsible for ruining my semiconductor career, my life and impacting well being of my family significantly!**

I reached out to many attorneys for e.g. Ms. Camille Vasquez, Mr. Stephen Brischetto, Ms. Diane Sykes, Mr. Matthew Ellis and many more to represent me in this case but no one is available to take the case. I don't know the reason. It could be because I have nothing to pay to them. I am drained carrying the burden of incorrect orders from court. It is very daunting to go through federal rules/procedures. <u>As of Sept 17th 2024, Oregon State Bar responded with "No Attorney in your area"(that can take my legal matter) :-(</u>

Additionally, during the trial period, and or subsequent time spent in court or appellate court proceedings (all the way to SCOTUS), Microsoft et al **must** pay $10,000 (extremely conservative) per month to Singh family. Singh has to pay for the mortgage for his home, pay for electricity bill, water bill, pay for his daughter's day care, taekwondo(already withdrew her now), gymnastics, Math School (email sent to withdrew).

In all this back and forth, ask yourself how much me and my family has suffered based on the wrongs the defendants has done? Ask yourself how my career is ruined? Ask yourself the intellectual abilities to innovate in semiconductor back then I had which is my vocation to earn

---

First Amended Complaint                                    Page **51** of **125**

1   for my family! Ask yourself with all the empowerment of foreign technology and abandoning

2   domestic technology what you are leaving for people of America to work on?

3

4

5

6   **IV.    Relief Requested**

7   State briefly and precisely what damages or other relief the plaintiff asks the court to
    order. Do not make legal arguments. Include any basis for claiming that the wrongs
8   alleged are continuing at the present time.  Include the amounts of any actual
    damages claimed for the acts alleged and the basis for these amounts. Include any
9   punitive or exemplary damages claimed, the amounts, and the reasons you claim you
10  are entitled to actual or punitive money damages.

11

12  **No closure** has been given by Won, Microsoft, Washington State Courts and, NSA
    also after making Singh relive the traumatic events has not even offered a job. No
13  acknowledgement of Singh's effort by Intel Corporation on bringing the Antitrust
    issue up to them. 15 Billion dollar Intel-Microsoft foundry partnership materialized
14  which is what Singh exactly wanted to happen and raised in SCOTUS 21-739
    Question #8 and **also the basis of this whole case and case events**. Singh's effort of
15  bringing this antitrust issue up is not even acknowledged.

16
    **Ruined** Singh's semiconductor career which was his heart and soul, bread and
17  **butter.**
    **Ruined** so many relations of Singh, **ostracized** Singh. Singh wanted to have
18  **children all plans are ruined.**

19
    Singh carrying burden of incorrect oders from Washington State Courts where facts
20  are not established. Singh respects the law and obeys the incorrect orders but because
    of these incorrect orders, Singh and his family suffers from harassment when they
21  enter US at US-Canada border. Singh and his family has to make so many
    compromises/adjustments in raising daughter (please see letter by Singh's wife in
22  SCOTUS 21-739 appendix). Singh has to explain (going through torturous security
23  interview and polygraph) to prospective employer, NSA, about this case.

24  Singh made to relive the traumatic events over and over again during NSA security
25  interview and polygraph even when Singh clearly wrote in his SF-86 that he do not
    want to talk about these traumatic events.
26
    --------------------------------------------------------------------------------------------------------
27  **Relief Sought** in below sequence of steps:

28

1    **1.** It should be acknowledged that Singh family made significant instrumental
2    contributions in materializing more than 15 Billion dollar foundry partnership
     between Intel Corporation and Microsoft which was publicly announced on Feb 21st,
3    2024. This partnership is to perpetually protect American Semiconductor Technology
4    and bolsters the agenda of Chips for America Act. This is well documented and
     explained in SCOTUS 21-739, letter to Microsoft, Satya Nadella and John
5    Schewchuk in SCOTUS 21-739 appendix; and in <u>Petition</u> for rehearing of SCOTUS
6    21-739. Additionally, information about Singh's SCOTUS battle was made aware to
     Intel's CEO and Intel's EVP and also Singh was made to relive about the trauma of
7    this SCOTUS battle at NSA during the security interview and polygraph.  Legal
     technical grounds implies SCOTUS 21-739 Question #8 certiorari is implicitly
8    granted. This relief shall be granted on ex-parte basis itself by The Honorable Court.

9    **2.** All out of jurisdiction (personal and subject matter) orders in the matter of
10   Washington Supreme Court 998400 should be reversed.  No due process followed -
     violation of Singh's and his family's 8th Amendment and 14th Amendment. No facts
11   established by Washington State Courts. Won don't need any protection orders
     against Singh given the fact she framed Singh.
12
13   **3.** Haerim Won and Leeann Choi, wherever they are, should pay obeisance at any
     Sikh Temple (Sikh Gurudwara) of their choice. Donate any amount to the Sikh
14   Temple which they feel (a dollar will be sufficient too) like as a token of **charity**.
     Singh's family wishes them happy and successful life.
15

16   **4.** <u>Considering claim #1 to claim #8 mentioned in the complaint:</u>
        a. <u>Microsoft Corporation and Intel Corporation must pay $8Million + 30% of</u>
17          <u>taxes on $8Million + attorney fees + expert witness fee + court fee + "any</u>
            <u>additional fee or cost that is applicable" to Mandeep Singh and his family.</u>
18      b. <u>NSA must pay $4Million + 30% of taxes on $4 Million + attorney fees +</u>
19         <u>expert witness fee + court fee + "any additional fee or cost that is applicable"</u>
           <u>to Mandeep Singh and his family. If needed, pursuant to 28 U.S. Code § 1631</u>
20         <u>this court can transfer the case to U.S. Court of Federal Claims on this</u>
           <u>monetary damages claimed from NSA. I would prefer the US District Court</u>
21         <u>Portland Oregon decides everything as it is too much for me to go to all the</u>
22         <u>judicial offices carrying the trauma, explaining the trauma, following all the</u>
           <u>complex rules.</u>
23

24   <u>**5.** With all due respect to The Honorable Jury and The Honorable Court, Singh has</u>
25   <u>earned it and respectfully requesting court to grant 30% of $15 Billion dollars which</u>
     <u>is $4.5 Billion to Singh family. Microsoft Corporation and Intel Corporation must pay</u>
26   <u>this compensation on SCOTUS 21-739 Question #8 win fee. Singh is claiming this</u>
     <u>compensation as Singh already went to Washington Supreme Court and SCOTUS for</u>
27   <u>this cause (antitrust issue) back in the year 2021. It is transparently failure and</u>
28   **egregious error** by Washington Supreme Court and SCOTUS to not give

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

direction to Microsoft back then in year 2021 to collaborate with Intel Corporation to bolster the agenda of Chips for America Act. Additional efforts/sufferings of Singh are the information in nonvoluntary resignation email where Intel's CEO and Intel's Executive Vice President are made aware of Singh's SCOTUS battle which is in their best interest to earn business from Microsoft. Furthermore, additional effort/suffering of Singh is to go through inferno of NSA security processing where Singh is made to relive the entire trauma of the events leading to court cases – Singh's SCOTUS 21-739 Question #8 battle is also in best interest of NSA as semiconductor technology protection of our country comes under NSA's purview and in NSA's best interest.

Taking clues from "15 U.S. Code § 78u–6"(b) Awards, under subsection 1(A) and (B), whistleblower gets between 10% to 30% of what has been collected of the monetary sanctions. "15 U.S. Code § 78u–6"(b) Awards is relevant as I provided "original information" regarding the antitrust issue as evident in Motion for Discretionary Review in Washington Supreme Court case 998400, SCOTUS 21-739 Question #8, letter to Microsoft/Mr. Satya Nadella/Mr. John Shewchuck in Appendix of SCOTUS 21-739, and also in Petition For Rehearing filed Feb 18th, 2022 of SCOTUS 21-739. So based on this Singh is rightfully claiming 30% of $15 Billion as plagiarism compensation or "SCOTUS 21-739 Question #8 certiorari implicit granted win fees" from Microsoft Corporation and Intel Corporation.

I would like to share personal message with The Honorable Court and The Honorable Jury. When I was fighting for this cause, not even for a single split second I was thinking about money. I knew from the bottom of my heart that Microsoft must collaborate with Intel is the right thing to do as the talent Microsoft got is from Intel itself at the first place. I never imagined in my life that I will be filing this civil case and claiming for this huge amount. I believe in God. I believe in collaboration. I believe in empowerment of everybody. I believe in love and respect.
Microsoft Corporation and Intel Corporation must pay this $4.5 Billion compensation to Singh family. This compensation shall be looked at as SCOTUS 21-739 Question #8 win fee; "plagiarism compensation" and "whistleblower awards" laws are taken as references/clues.

**6. Ex-parte Temporary Restraining Order (TRO)/Injunction/Protection for Singh and Family**: Microsoft Corporation or Mr. Satya Nadella to pay $4000 per month, Intel Corporation or Mr. Patrick Gelsinger to pay $4000 per month, Ms. Won to pay $1500 per month and Ms. Choi to pay $500 per month at 15% annual increase to Singh until relief sought requested in #1, #2, #3 and #4 are granted and unchallenged by the defendants. Additionally, Singh respectfully requests that this court which is US District Court Portland Oregon and or NSA must pay one time amount of $9999 as part of this TRO.

Justification for this TRO as per *Winter v. Nat. Res. Def. Council, Inc., 555 U.S. 7, 20 (2008)*:
  a. Singh has already succeeded when Intel-Microsoft established $15 Billion foundry partnership. Intel and Microsoft have essentially

validated what I went for the cause in SCOTUS. So there is no question of "likely" succeeding. Intel Corporation and Microsoft Corporation have already given me the success in formulating $15 Billion foundry partnership. Singh went in SCOTUS to fight for the cause with great conviction, compassion and for justice. Additionally, had Microsoft not hired engineers(my friends and colleagues) (but-for test) from Intel Corporation back then which is transparently coercion of me as I also wanted to relocate to Seattle back then, interactions with Won would never have occurred (but-for test. Court cannot ignore sincere apology to Won. Court cannot ignore Singh equating Won to some parents' daughter as Singh is blessed with daughter. Court cannot ignore Singh wanting to create intellectual property incorporating artificial intelligence algorithms into chip design automation software tools).

b.  I have no money left except to take money out from my retirement account which in and of itself is irreparable harm as that money I kept for my retirement use. I am suffering from injustice trauma and it is very difficult to find a job as per my education and experience given my age. Although I am trying to find jobs. It is not easy to file a lawsuit amid me suffering from trauma and at the same time to find a job. I withdrew my daughter from taekwondo because of my financial situation caused by the actions of defendants. In summary, me and my family are already going through irreparable harm due to actions by Microsoft and Microsoft employee, Won, ever since Jan 27th, 2019 abuse. Additional harm is that defendants got their agendas served from my battle leaving me to simply die which is transparently unethical and equivalent of intellectual-rape.

c.  The balance of equities definitely tips in Singh's favor as he fought for the cause of Microsoft to collaborate with Intel as already demonstrated with evidence. This partnership is stepping stone for other design players to come collaborate with Intel Corporation.
The actions by Microsoft and Microsoft employee ruined my career and significantly impacted my family.
Moreover, Won abused and framed me into court cases. Singh still carrying burden of incorrect orders from court. Won cannot obtain no-contact order and then call Singh on phone on Jan 10th, 2020. Won has admitted that she called Singh on phone in her response to motion for reconsideration filed in King County Superior Court appeal case 20-2-03857-1.

d.  Step back for a second, if I had come to US District Court with this civil case after SCOTUS denied my Petition for Rehearing in SCOTUS 21-739 but before Oct 27th, 2023 at that time as well I would be fighting for the cause where Microsoft should collaborate with Intel Corp to bolster Chips Act agenda which is in public interest. I was shattered with Washington Supreme Court and SCOTUS sitting silent on this and not directing Microsoft back then so there was no point of

me coming to court over and over and moreover I did not knew which law is applicable in the situation (I only got to know the Sherman Act in April 2024, Section 4 of Clayton Act which talks about employment standing – I only got to know about it in May/June 2024. There is something called Equal Employment Opportunity I got to know about it in March 2024). I contributed to the cause by peaceful picketing (First Amendment) back in Nov 2022/Dec 2022(cold weather conditions with artificial intelligence course notes in hand preparing for NSA technical interview) near (at corner of NE Amberglen Pkwy and NW Gibbs Drive intersection in Hillsboro) Microsoft office building in Hillsboro making aware my SCOTUS 21-739 battle asking Microsoft to pay for the damages. Mr. Monil Patel (my friend listed in SF-86), Mr. Amogh Sabnis (my friend listed in SF-86) and many other ex-Intel employees who were hired by Microsoft have witnessed this peaceful picketing of mine. I contributed to the cause through my work at Intel Corporation from Feb 2023 to Oct 2023. I also contributed to the cause through trauma triggering interview at NSA in Nov 2023. Bottom line is all along I was fighting for this cause which is in public interest and in best interest for our country. It is egregious error by court to not give direction to Microsoft back when Singh brought the antitrust issue in court in the year 2021. With $15 Billion foundry partnership they validated my efforts/sufferings.

So for these reasons temporary restraining order must be granted on ex-parte basis itself, with all due respect. Singh has to put food on the table for his family.

Looking at all the corners of this complaint, relief #1 can be and shall be granted by The Honorable US District Court Portland Oregon on ex-parte basis itself, with all due respect.

When I look back, entering for the 8 hour non-stop interview at NSA, I should have gotten someone along with me or hired an attorney. I trusted that the interview process will be fair but apparently it was unfair and discriminatory. Everyone got their agendas served from my battles and left me to simply die along with my family – I am intellectually-raped by the defendants. TRO is very important for me to put food on the table for my family.

I am proud I made the $15 Billion dollar foundry partnership happen between Microsoft and Intel Corporation, saving $15 Billion of the US government and paving the path for perpetual protection of semiconductor technology of our country – United States of America.

**Taking clues from** whistleblower protection laws, "15 U.S. Code § 78u–6 - **Securities**
whistleblower incentives and protection (h) Protection of whistleblowers" and also taking clues from "15 U.S. Code §7a–3. Anti-retaliation protection for whistleblowers"; Singh demands

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

protection for himself and his family from Microsoft Corporation and Intel Corporation.

Singh relations with his family are now significantly strained, defendants including Microsoft, Intel Corporation and National Security Agency are liable for creating this situation of Singh and his family. Therefore, protection for Singh and his family shall be granted. Court shall please understand that granting temporary monetary relief as part of TRO also means protection that way Singh family can survive and have food on their table for themselves given the fact Singh and his family is suffering from injustice trauma due to actions/inactions by defendants.

-----------------------------------------------------------------------------------------------------

Singh do believe there should be some **injunctive relief** that way partnership between Intel and Microsoft continues and never falls off because Microsoft has all the talent from Intel at the first place. I leave it to the discretion of The Honorable Court.

If Intel Corporation wants, they can offer Advisor to CEO of Intel Corporation position to Singh and a seat in their Board of Directors. Collaboration from US Government is highly needed in Singh taking this Advisor role. Needless to say Singh has earned this leadership role. Singh will take this role only when the entire relief sought (#1 through #6) requested to The Honorable Court is granted.

Defendants must pay all court fee, all fee and cost of this case.

CEO of Microsoft Mr. Satya Nadella, Ex-CEO of Intel Corporation Mr. Patrick Gelsinger, Microsoft Corporation, Intel Corporation, Ms. Christy Haerim Won, Ms.

Leeann Choi shall **apologize** to Singh family for creating all this mess in life of Singh's family.

V.    **Certificate of Closing**

Under Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause    unnecessary    delay,    or    needlessly increase the cost of litigation; (2) is supported by existing law or by a    non    frivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have    evidentiary    support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

A.  **For Parties Without an Attorney**

1    I agree to provide the Clerk's Office with any changes to my address where
2    case-related papers may be served. I understand that my failure to keep a current
     address on file with the Clerk's Office may result in the dismissal of my case.

3

4

5    Date of signing: _Aug  9ᵗʰ  2024_
6
7    Signature of Plaintiff: _Mandeep_

8
     Printed Name of Plaintiff: <u>**Mandeep Singh with his kid daughter**</u>
9

10   Date of signing First Amended Complaint: _____Jan 28ᵗʰ, 2025_____
11

12   Signature of Plaintiff:        _Mandeep Mandeep_
13

14   Printed Name of Plaintiff: <u>Mandeep Singh away from his kid daughter due to mess
     created by defendants in Singh's life :-(</u>
15

16
                  Mailing Address:      Mandeep Singh
17                                       7325 NE IMBRIE DR, STE 145,
                                         Hillsboro, OR 97124
18
19                     Email: <u>mandeep.stanford@gmail.com</u>
                       (correspondence through email requested)
20

21   **B.    For Attorneys**

22        Date of
23
          Signature of Attorney    _____
24        Printed Name of
          Bar Number               _____
25        Name of Law Firm         _____
          Street Address           _____
26        State and Zip Code       _____
27        Telephone Number         _____
28

First Amended Complaint                                          Page **58** of **125**

E-mail Address

1

# **APPENDIX A**

2
Citing a paper as an expert witness opinion on the impact of wrongfully accused.
https://journals.sagepub.com/doi/10.1177/0025802420949069

3
**This is civil trial**, but given the fact when Singh was first served with the civil case no-contact protection

4
petition from Won on Jan 10th 2020, Singh felt like he is accused of criminal offence. Only in Washington Supreme
Court ruling where it states it is civil case, Singh realized that it is a civil case. Prior to the case brought by Won in

5
Jan 2020, Singh's view of court and law enforcement is respectable entity only as a profession.

6
As highlighted in yellow below, similar analysis is applicable in **civil cases as well**. This study very well relates to
Singh. **"loss of identity"** is very well directly relevant, specifically, after Won abused and harassed Singh on Jan 27th

7
2019.

8


9
Psychological impact of being wrongfully accused of criminal offences: A systematic literature review

Samantha K Brooks ● and Neil Greenberg ✉ View all authors and affiliations

10
Volume 61, Issue 1    https://doi.org/10.1177/0025802420949069

≡ Contents    🔴 PDF / ePub    📄 Cite article    ⚹ Share options    ⓘ Information, rights and permissions    📊 Metrics and c

11

12
## Abstract

13
Being wrongfully accused of criminal offences can lead to serious negative consequences to those
wrongfully accused and their families. However, there is little research on the psychological and

14
psychosocial impacts of wrongful accusations. We conducted a systematic literature review to collate the
existing literature, searching four electronic literature databases and reference lists of relevant articles. Data

15
were extracted from 20 relevant papers, and thematic analysis was conducted on the data. Eight main
themes were identified: loss of identity; stigma; psychological and physical health; relationships with others;

16
attitudes towards the justice system; impact on finances and employment; traumatic experiences in
custody; and adjustment difficulties. The psychological consequences of wrongful accusations appear to

17
affect the lives of those accused seriously, even after exoneration or overturning of convictions. Strategies
for improving public perception of wrongful convictions should be explored, and specific mental-health

18
systems should be established to support those who are wrongfully accused.

19

20

21

22

23

24

25

26

27

28

---

## **APPENDIX B**

NSA Special Agent who took my 8 hour non-stop interview is from NCSC (National Counterintelligence and Security Center). Their website (https://www.dni.gov/index.php/safeguarding-science) clearly states it's their **job responsibility** to "Safeguarding Science" and "semiconductors" is part of it. Chips for America Act comes under the "semiconductors" section of safeguarding science".

SCOTUS 21-739, Question #8 directly serves protecting the semiconductor technology of our country, hence proving that the 15 Billion dollar Intel-Microsoft partnership is stemming from SCOTUS 21-739 Question #8.



Appendix B continues on next page:

**APPENDIX B continues**

Webpage at https://www.dni.gov/index.php/safeguarding-science continues
Compare the highlighted yellow with **1)** Singh's action to create intellectual property in semiconductor (Singh's bread and butter/heart and soul) back in Jan 2019 with collaboration with Won. **2)** Microsoft hiring engineers (Singh's friend and colleagues) from Intel. **3)** SCOTUS 21-739 Question #8 brought in court in 2021 **4)** $15 Billion dollar Intel-Microsoft foundry partnership dated Feb 21st 2024.

## SAFEGUARDING SCIENCE GOALS

- Promote a U.S. research ecosystem that emphasizes collaboration, openness, equity, integrity, and security, all of which facilitate innovation

- Provide curated resources for our stakeholders to support best practices in protecting research and innovation
    - Supplement existing ethics training with security education to provide case studies relating to misuse and exploitation of research
    - Provide inclusive educational opportunities for domestic / international students and faculty that are germane to the fields of research and development

- Assist academia and industry in developing their own methods to protect research from theft, misuse, abuse, or exploitation.
    - Highlight shared responsibility of scientific community and U.S. government to protect research and innovation in emerging technologies
    - Develop a culture of security awareness to supplement existing compliance measures, fostering scientific citizenship
    - Evolve from a "do no harm" mentality to an explicit "not on my watch" mentality

- Foster information exchanges to better identify emerging technology security challenges
    - Establish liaison contacts between scientific community and the U.S. government
    - Facilitate tripwire/suspicious activity reporting

---

First Amended Complaint                                    Page **62** of **125**

**APPENDIX C**

News in public dated Feb 21st 2024 that establishes Intel Microsoft partnership. Singh has directly worked on capacitance extraction modeling of Intel18A process ☺ (uncovered so many bugs in the capacitance model). Also gave innovative idea on how to pull-in kit schedule by mid single digit weeks – another state of the art in semiconductors.



Google search result which tells the amount of the partnership.



1

**APPENDIX D**
**Copy of letter sent to US EEOC on "notice of intent to sue". This letter I mailed to US EEOC is equivalent of**
2                                                   **charges being filed.**

3

Mandeep Singh                                                           April 3rd, 2024
4
7325 NE IMBRIE DR, STE 145,
5
Hillsboro, OR 97124
(This is mail box address as I am worried about my family's privacy and safety)
6
email: mandeep.stanford@gmail.com

7
Via USPS Certified Mail with Return Receipt
8
U.S. Equal Employment Opportunity Commission
9
Office of Federal Operations
Federal Sector Program
10
131 M Street, NE
11
Washington DC 20507

12    **RE: Notice of Intent to Sue under the ADEA and unfairness.**

13    **Dear** Equal Employment Opportunity Commission (Commission),

14    This letter serves as notice of my intent to sue under the ADEA and unfairness if below
15    remedies are not granted:

16    "Remedy Asked" in the steps below:
                --------------------------------------------------
17
    1.  It should be formally acknowledged that Singh's family (N. S daughter, Navdeep Kaur and Mandeep Singh)
18      is mother and father of more than 15 Billion dollar partnership between Intel Corporation and Microsoft
        which was publically announced on Feb 21st, 2024. This partnership is to perpetually protect American
19      Semiconductor Technology and bolsters the agenda of Chips for America Act. Without acknowledging the
        sufferings of Singh's family this deal is an orphan. This is well documented in SCOTUS 21-739.
20    2.  All out of jurisdiction (personal and subject matter) orders in the matter of Washington Supreme Court
        998400 should be reversed. Rooker-Feldman doctrine. No due process followed.
21    3.  Haerim Won and Leeann Choi, wherever they are, should pay obeisance at any Sikh Temple (Sikh
        Gurudwara) of their choice. Donate any amount to the Sikh Temple which they feel like as a token of
        charity. Singh's family wishes them happy and successful life. Ideally I should be asking for protection
22      from them.
    4.  Microsoft should pay 2 Million dollars in damages (+taxes/fees if applicable) to Singh's family. Any
23      amount less than this will be challenged all the way to SCOTUS again.
    5.  Mandeep Singh is "entrusted" to work at NSA in the capacity of "Cryogenic Engineer / Engineering and
24      Physical Sciences Researcher" position. If the team believes Singh should work on Quantum Research,
        Singh is happy to collaborate and focus his energy in Quantum Research.
25              --------------------------------------------------

26    **Please find information below as asked in Initial Counseling Data Sheet:**

27

28

----

a. **Statement of Intent to file a civil action under Section 15(d) of the Age Discrimination in Employment Act of 1967, as amended:**
Please refer to the attached initial counseling datasheet, along with evidence, as statement of intent to file civil action. As of March 25th 2024, I am working with Kimberly                (                            , EEO Investigator/Counselor, at an informal level to get the above remedies granted. A version of the attached initial counseling datasheet was emailed to Kimberly on March 24th, 2024. She has acknowledged the receipt of these forms over the email.

b. **Name, address and telephone number of employee or applicant;**
Name: Mandeep Singh
Address (Mail box):
7325 NE IMBRIE DR, STE 145,
Hillsboro, OR - 97124.
(due to privacy and safety of my family I am giving my mail box address.)
Telephone: 408-569-5214

c. **Name, address and telephone number of complainant's designated representative, if any;**
Have no money to pay to attorney. So I will self-represent.

d. **Name and location of the Agency where the alleged discrimination action occurred (the address will always be the one for Headquarters):**
   1. National Security Agency (NSA)
      9800 Savage Rd., Suite 6272
      Fort George G. Meade, MD 20755-6000

   2. The original discrimination/harassment occurred back in Jan 27th 2019, inflicted by Microsoft Employee. Microsoft address is:
      Microsoft Corporation,
      One Microsoft Way Redmond, WA 98052-6399
      Satya Nadella is the CEO and Hossein Nowbar is the General Counsel.
      https://www.supremecourt.gov/DocketPDF/21/21-739/214931/20220224165108783_20220224-164800-95756014-00000108.pdf

      If needed Intel Corporation can be contacted at:
      Intel Corporation
      2200 Mission College Blvd.
      Santa Clara, CA 95052
      Corporate telephone number: (408) 765-8080

e. __Date(s) the alleged discriminatory action occurred;__

   1. November 28th, 2023 at NSA, FANX building during security interview.
   2. Jan 27th, 2019 over texts by Microsoft Employee.

f. **Statement of the nature of the alleged discriminatory action(s);**
   Please refer to the attached initial counseling datasheet with evidence for details.

g. **Signature of the complainant or the complainant's representative:**

   *Mandeep*         04/03/2024

Please understand, and it is my request that as I am from Portland, Oregon metro area, I will only be filing the lawsuit in US District Court in Portland, Oregon. I am not familiar with Baltimore, MD area so filing court case in Baltimore is not in my reach. I am hoping that we don't have to go to court and above remedies are granted without us going to court. In the event I end up going to court then the case will be in US District Court Portland, Oregon. Additionally, Microsoft Corporation/Intel Corporation/Haerim Won will be the parties to that court case along with NSA. But I am positive that NSA will work it out with concerned parties. If not then it will be jury trial in US District Court Portland Oregon.

Please also note, the court case will be based on __"American Rule".__ The rationale of the American Rule is that a plaintiff should not be deterred from bringing a case to court for fear of prohibitive costs.

You are welcome to visit Hillsboro, Oregon to understand about the case events.



*Mandeep* 04/03/2024

Mandeep Singh

Attached: Initial Counseling Data Sheet with evidence

P.S: Copy of this notice along with the attachment will be emailed to Kimberly

P.S: When or if the lawsuit is filed Microsoft Corporation/Intel Corporation/NSA/Haerim Won will be defendants.

1

## APPENDIX E

2

Evidence of return receipt of the letter "notice of intent to sue" received by EEOC on April 8th 2024.





1

<u>**APPENDIX F**</u>

2    Article, dated 9/1/2019, which Mandeep published on Linkedin. This is the experimentation and proof
     of concept Mandeep was trying to work on as mentioned by him in Jan 20th, 2019 linkedin email to

3    Christy.

4
# IC Design Rule Checker Development -
5
# Data Science/Computer Vision
6

7    Published on September 1. 2019    ✏ **Edit article**    |    📈 **View stats**

8
      **Mandeep Singh**
9     AI. Robotics & Automation | Ex-Intel                                          1 article

10

11    As we are in the era of buzz words like machine learning, pattern recognition & computer

12    vision Integrated Circuit(IC) design development using these capabilities have become

      vivid. This article is an attempt to germinate the thought of IC Design Rule Check
13
      development with data science/computer vision techniques from a perspective which may or
14
      may not be evolving in the industry.
15

16    **Rule Development & BE Design Verification**                                  

17    DRC(Design Rule Check) checkers are developed with deterministic algorithms. With the

18    proposed computer vision method, for any given process node if there is data set of various

19    DRC violations in images, the model training can be done using violation images on a given

      layer for all layers. Another model training can be with images that are without DRC
20
      violations. Finally, having polygon snapshot of images from design under test and predicting
21
      violation from each image with trained model.
22

23

24

25

26

27

28

**Rule Development**: It will be interesting to see the compute usage(CPU, Throughput & Memory) for model training with enough data sets. Releasing new trained model if there is change in rule deck. *It is fascinating to think the rule writing problem boils down to simple image capture of new rule and train the model. Eliminates writing rule deck algorithms.* This method/path may appear too simplified but is worth exploring.

**Back End Design Verification**: BE Design verification can be done by taking layer image in a tweak-able window size and predicting violation from trained model. Key point to gauge is quality & design verification compute usage on very large designs with the computer vision method vs compute usage with rule deck on same design.

**Routing layers in the design**: DRC aware routing of layers in the design can happen based on the same training model we have for Rule Development. Analysis that need to happen is quality of routing along with routing compute usage.

I would like to thank my colleagues at Intel for giving me the opportunity to learn about design rule checkers. I would also like to thank Microsoft Openhack for having hackathon that gave me insight into machine learning/computer vision techniques.

1
## APPENDIX G
### Conditional Offer Letter from NSA.

2
3
NATIONAL SECURITY AGENCY

CENTRAL SECURITY SERVICE
Fort George G. Meade, Maryland 20755-6000

4
5
6
May 22, 2023

7
Mandeep Singh

Hillsboro, OR 97124

8
9
Dear Mandeep Singh:

10
    Congratulations!  We are pleased to extend a conditional offer of employment with the National Security Agency (NSA) as a(n) Engineering and Physical Sciences Researcher, GG-0000 Regular Salary Schedule, Grade 13 at $101,454.00 base salary, plus a locality pay of $32,962.00 for a total of $134,416.00 per annum.  Please note that salary schedules and locality pay rates are subject to change through Congressional action and are communicated to the public at large at the time of approval. Any changes to salary schedules and locality pay rates will be reflected in your pay once you enter on duty.

11
12
    This salary offer is based on the education and work experience provided in your application.  Any changes to this information throughout your processing must be discussed with your recruiter to affect any necessary updates to the offer.  Should you successfully complete suitability processing and a final job offer is extended, this information will be re-evaluated at that time to ensure no changes have taken place that may impact the offer.  If the information remains the same, there will be no adjustments to your offer except in cases where a new or revised pay schedule is approved.  Should you have any questions about your conditional job offer please address with your recruiter.

13
14
    The work role you are processing for may make you eligible for a STEM Retention Incentive (RI), though it is not guaranteed. We encourage you to discuss your STEM RI eligibility with your direct supervisor, as eligibility for a STEM RI must be determined after you Enter on Duty (EOD).  New employees who are deemed eligible for a STEM RI can begin receiving this incentive 60 days after EOD upon receipt of supervisor certification.

15
16
    To begin your employment processing it is critical that you complete the SF-86 security forms, which are accessible through the CESP platform. You will receive a separate e-mail with login instructions. Once you have logged in you will be able to access the SF-86 security forms and required release forms, which you must complete and submit within 15 days. If you do not submit your security forms within 15 days your processing may be discontinued.

17
18
    This job offer is contingent upon receipt of official documentation of your degree(s) and/or certificates as appropriate.  However, do not delay submitting your security forms pending receipt of your transcripts. Your Recruiter should have provided you with instructions of ways in which to submit this information to them.

19
20
    As a result of the high personal and professional standards required of all employees, and the significant attrition rate during our pre-employment screening process, several job offers may be made to fill one position.  Individuals who received a conditional offer of employment may be notified the position has been filled, their offers of employment may be withdrawn, and all employment screening activities underway for the current position may cease.  In addition, the NSA may rescind a conditional offer of employment at any time without prior notice if adequate funding is not available or if other legal reasons prevent the NSA from maintaining the position for which the conditional offer was made.

21
22
    The NSA is committed to maintaining an ethical culture and upholding the principles of ethical conduct.  As an NSA employee, you will be subject to the Standards of Ethical Conduct for Employees of the Executive Branch as well as the criminal conflict of interest statutes.  As a new employee, you will be required to receive initial ethics orientation within 3 months of appointment.  In addition, you may be required to file the Confidential Financial Disclosure Report (OGE450) within 30 days of your appointment.  If you have any questions about these requirements, or any government ethics issue, you should contact the NSA Office of the General Counsel, Administrative Law & Ethics Practice Group at (410) 854-3910.

23
24
25
26
27
28

---

For additional information regarding the NSA and what to expect during the hiring process please visit our website at www.intelligencecareers.gov/nsa/nsaapplicantportal.html. Here you'll find information regarding the progression of the candidate process, an overview of NSA's mission, and information regarding onboarding with the Agency.

In accordance with IRS Notice 2018-75 and GSA Bulletin FTR 18-05, many relocation entitlements are considered taxable income. Furthermore, a mandatory 22% Federal Withholding Tax (FWT), applicable 6.2% FICA Tax and 1.45% Medicare Tax is now withheld from all taxable entitlements. Employee relocation entitlements will be reduced by the applicable taxes. While federal law allows for substantial reimbursement of Federal and State taxes for employees that relocate on behalf of the government under 5 USC 5724b, in accordance with GSA guidance (GSA Bulletin FTR-18-05), new hires are not eligible for this allowance. For more detailed information on these changes and a point of contact for questions, please reference the relocation information packet provided in your job offer package.

Again, we congratulate you on this conditional offer of employment. Please do not hesitate to call us at 1-844-ICHIRES If you have any questions. If, at any time, you wish to terminate your interest in NSA employment, please notify us immediately.

Sincerely,

National Security Agency
Office of Recruitment

**APPENDIX H**

**ANTITRUST LAWS from website - https://www.justice.gov/atr/antitrust-laws-and-you**

# The Antitrust Laws

The Antitrust Division enforces federal antitrust and competition laws. These laws prohibit anticompetitive conduct and mergers that deprive American consumers, taxpayers, and workers of the benefits of competition.

> So Microsoft hiring of Intel Corp engineers back in 2018/2019/2020/2021 is against Chips Act. It does no good to people working in the Fab at Intel Corporation. No good to American semiconductor technology.
>
> This is exactly how coercion of Singh is created by Microsoft. Also correlate this with Singh wanting to have amicable professional situation with Won to create intellectual property and also for future job reference as Singh's friends and colleagues were already moving to Microsoft.

# The Sherman Antitrust

This law prohibits conspiracies that unreasonably restrain trade. Under the Sherman Act, agreements among competitors to fix prices or wages, rig bids, or **allocate** customers, **workers**, or markets, are criminal violations. Other agreements such as exclusive contracts that reduce competition may also violate the Sherman Antitrust Act and are subject to civil enforcement.

The Sherman Act also makes it illegal to **monopolize**, conspire to monopolize, or attempt to monopolize a market for products or services. An unlawful monopoly exists when one firm has market power for a product or service, and it has obtained or maintained that market power, not through competition on the merits, but because the firm has suppressed competition by engaging in anticompetitive conduct. Monopolization offenses may be prosecuted criminally or civilly.

# The Clayton Act

> Currently TSMC (a foreign semiconductor chip manufacturing company) is leader in manufacturing the chips from Apple, Nvidia, Qualcomm, AMD, etc. Hiring of domestic designers by Microsoft from Intel Corp is simply adding fuel to fire in monopolizing TSMC.

This law aims to promote fair competition and prevent unfair business practices that could harm consumers. It prohibits certain actions that might restrict competition, like tying agreements, predatory pricing, and mergers that could lessen competition.

An illegal **merger** occurs when two companies join together in a way that may substantially lessen competition or tend to create a monopoly in a relevant market. This reduction in competition can harm consumers by potentially leading to higher prices or fewer choices for products or services. It can also harm workers by potentially leading to lower wages or fewer choices for employment.

An illegal **tying agreement** happens when a company forces customers to buy one product (the tying product) in order to purchase another product (the tied product). The two products are bundled or "tied" together, which gives the tying agreement its name. This practice restricts a customer's choice and can limit competition. In a fair marketplace, business compete on price and on how good their products are. If an illegal tying arrangement is in place, a seller can use its strong market power on a popular product to force customers to buy a second, lesser product.

**Predatory pricing** is when a company sets its prices very low, often below cost, to drive competitors out of business. Once the competition is gone, the company can raise prices because it has less or no competition left.  This practice harms competition and, in the long run, it can result in higher prices for consumers and lower wages for workers.

The Clayton Act also prohibits an individual from sitting on **boards of competing corporations**. This illegal practice can lessen the competitive vigor that would otherwise exist between truly independent rivals. By sharing **a board member**, the two companies might synchronize pricing changes, **labor negotiations**, and more.

The goal of the Clayton Act is to maintain a fair marketplace where various companies can compete, giving consumers more options and better prices, and giving workers a fair market for their labor. This law also protects individuals and small business from being unfairly treated by larger companies. Overall, it works to keep markets competitive and ensure that businesses play fair.

**APPENDIX I**

Google search result of how much a whistleblower gets on antitrust issue which is solved.



**IRS**

Whistleblowers who report tax problems in the workplace, while conducting personal business, or elsewhere may receive 15–30% of the total proceeds collected by the IRS. The whistleblower must meet certain criteria, including that the amount identified includes taxes, penalties, and interest, and that the taxpayer is an individual with at least $200,000 in gross income.



**SEC**

Whistleblowers may receive 10–30% of the money collected when monetary sanctions exceed $1 million. The SEC protects the confidentiality of whistleblowers and does not disclose any information that could reveal their identity. In 2023, the SEC awarded a whistleblower nearly $279 million, the largest award in the program's history.



**OSHA**

Whistleblowers are usually entitled to 15–30% of proceeds from a suit if a case is solved in their favor.

Since Singh brought this issue of antitrust already in SCOTUS 21-739 (Microsoft is party to the SCOTUS 21-739 case), also to concerned person in authority namely Intel Corporation's CEO and EVP, and also made to relive traumatic events of SCOTUS at NSA security interview where the NSA Special Agent acknowledged "we understand this"; and on Feb 21st 2024 the Intel Microsoft foundry partnership materializes so the antitrust issue is successfully solved. Singh has played key and instrumental role in making this partnership happen and hence can claim this reward which is 10% to 30% of deal amount of 15 Billion dollar. I am claiming 11% which is a successful claim.

**Some additional relevant information**
https://www.phillipsandcohen.com/what-is-a-qui-tam-case/

1

2
**APPENDIX J**
**For the security interview at NSA on Nov 28th, 2023, Singh carried these 3 pages with him which NSA Special**

3
**Agent took from Singh at the end of interview.**
**Singh went with a mindset he will hand over these pages if any question will be asked related to the case,**

4
**instead of answering any traumatic question. But the 8 hour non-stop interview happened in flow and I was**
**under the authority of NSA Special Agent so whatever the agent asked I have honestly answered and how it**

5
**happened in actuality, the crying and trauma.**
**NSA Special Agent must have stopped asking me questions related to SCOTUS case when I first cried during**

6
**the interview**
**Also pay attention to the highlighted yellow part in this page.**

7
**Page 1**

8

9
Before I go forward, irrespective of how many discussions/question answering we have, Microsoft/Haerim Won needs to pay 2 Million dollars( + taxes/fees), as of today's date, in damages to my family for ruining my Intel career and impacting my 6 year old daughter's life.

10

11
Their employee(Haerim Won) did not send me scientific problem statements related to artificial intelligence back then and that is a breach of verbal contract. On top of that due to the coercion of having an amicable professional situation amid Microsoft poached Intel engineers (my colleagues semiconductor talent - Chips for America Act) projected me and harassed me. It is so difficult to innovate and protect American Semiconductor Technology when honest working people like me are projected and harassed – SCOTUS 21-739 Question #8.

12

13

14
I do need an Attorney as I don't have any money. It's so difficult to hire a good attorney because of the fees. An attorney must ideally speak these words which I just said.

15

16
There are no single hand claps! Court has *pre-judged* this matter and failed to establish facts! They have no jurisdiction over me – personal and subject matter.

17
- <u>No closure has been given to my family by Haerim Won, Microsoft or Court.</u>
- Please Ask Haerim Won why she intentionally did not send the scientific problem statements when she verbally committed to me that she will send?

18
- Ask Microsoft/Satya Nadella why did they poach Intel talent with their money while government is trying to protect American Semiconductor Technology? Ask FTC what are they doing in this matter?

19

20
- Ask Haerim Won why she project me, gas lighted me and abused me ?
- Ask Haerim Won/Leeann Choi why they framed me into this case SCOTUS 21-739?

21
- Ask Haerim Won why did she called me on the phone on Jan 10th 2020 when she had already obtained protection order against me on Jan 3rd 2020 ? This evidence which Haerim Won

22
admitted in writing in and of itself justifies she was never under any threat from my side and all *pre-judged* orders from Washington State courts need to be reversed.

23
- Ask Microsoft to pay 2 Million dollars (including any fees and taxes) in damages to my career and impacting my 6 year old daughter's well being, upbringing.

24
   ○ Can you get me past this message I said to Haerim Won which was pre her brutal abuse of Jan 27th 2019?

25

26

27

28

1

**APPENDIX J (continues)**
**Page 2**
This page is from SCOTUS 21-739 writ petition appendix – last page in the SCOTUS case appendix

2

## APPENDIX K

3

4

*"....blessed with beautiful daughter (15 months old*
*at the time) who I'll be showing this world to, as you*
*are daughter to your parents...I will not contact you*
*for days or weeks or months ...I am writing an article*
*(semiconductor technology) that clubs together my*
*work experience and what I learned at (your)*
*openhack (hackathon)..."* - Singh to Won on Jan
20th, 2019 in email. Pre-COVID era.

In a threatening & coercive environment for Singh
created by Won, this plea of Singh to Won was never
as if Singh is making undue advances towards Won
or harassing Won. Given the fact Singh already
*apologized* Dec 20th, 2018 to Won on any
misunderstanding on respectable & professional
sequence of events from Dec 11th, 2018 till Dec 19th,
2018. Specifically, when Singh was trying to get the
best out of intellectual values where with those
intellectual values he can not only empower his
daughter and wife but also Won along with
reasonable & enthusiastic attempt to improving
semiconductor technology *(Chips for America Act*
*2019)* at Intel Corp through artificial intelligence –
where Won is experienced in artificial intelligence
from Microsoft Corp & Singh was experienced in
semiconductor technology from Intel Corp.
Amendment XIV - Liberty of Singh to improve (t)his
world through collaboration & humble means to
create intellectual property.

---

First Amended Complaint                                Page **77** of **125**

1
2              **APPENDIX J (continues)**
3
4                      **Page 3**
5
   As far as leaving job in at Intel in 2023 goes, we do so difficult and detail oriented work, put in long
   hours and if it is not appreciated rather discouraged then it is cause of mental health issues and I would
   not want to be in such environment. Additionally, giving so many innovative ideas and not including in
   my review is another discouraging act by Intel.

6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

1
2

**APPENDIX K**

**SF-86 where I have clearly written that I do not want to talk about SCOTUS 21-739 case as it is very traumatic for me. Still, on Nov 28th, 2023, NSA Special Agent harassed me to answer questions on SCOTUS 21-739 making me relive the whole SCOTUS case trauma.**

**Section 28 - Non-Criminal Court Actions**

In the last ten (10) years, have you been a party to any public record civil court action not listed elsewhere on this form?: Yes

Entry #1

Provide the date of the civil action:
(Month/Year): 11/2021
Provide the court name.
Court name: The Supreme Court of The United States
Provide the address of the court. (Provide City and Country if outside the United States, otherwise, provide City, State and Zip Code)
Street: 1 First Street, NE    City: Washington    State: District of Columbia    Country: United States    Zip code: 20543
Provide details of the nature of the action.
Nature of the action: The other party sought no contact protection order against me on 01/03/2020 in King County District Court at "516 3rd Ave, Seattle, WA 98104". This case is very complex and is not as straight forward. With all due respect, I request you to refer to SCOTUS case number 21-739 which covers lower court orders, as I do not want to recall and explain this traumatic phase of my life which has put my family and me at back foot due to the actions/non actions by Microsoft Corporation and their employee. It is important to understand that all sequence of events in this case are though email/text in pre-covid era and nothing in-person. On the events triggered by other party, law enforcement officers who called me from out of jurisdiction over the phone I have not seen them. I didn't even knew if they are law enforcement at the time they called. All orders from lower courts are challenged under Rooker-Feldman Doctrine/Collateral attack. Respectfully, Mandeep
Provide a description of the results of the action.
Results of the action: The other party sought no contact orders which were granted by King Country District Court without establishing facts and keeping my 2 year old daughter and wife outside the courtroom on Jan 17th, 2020. The KCDC court has no jurisdiction over me. KCDC ordered me to stay away from other party's home and Microsoft corporation office in Redmond, WA. Respectfully, Mandeep
Provide the name(s) of the principal parties involved in the court action.
Names of the principal parties: Haorim Woo, Leeann Choi, v Mandeep Singh (N.S. daughter of Mandeep Singh) Microsoft Corporation is named in the case and listed as party in SCOTUS 21-739.

https://myprocessingportal.cesp.nsa.gov/review                                                                                              26/27

8/31/23, 11:13 PM                                            https://myprocessingportal.cesp.nsa.gov/review

Additional Comments: Microsoft Corporation has all the money to poach my friends/colleagues from Intel Corporation amid government protecting semiconductor technology through CHIPS Act. Microsoft should pay for the damages done to my life and career (through poaching & bully behavior by their employee) which has impacted not only me but my daughter and wife. Their employee did not sent me the scientific problem statements which is transparently breach of verbal contract. Then when I wanted to have amicable situation all i get in return is gaslighting, projections, abuse and negative labels. There is nothing wrong in having amicable situation to get best out of intellectual values which is pre-judged as if I am making some sort of negative advancements towards the other party. It hurts when court fails to give business direction to Microsoft on the talent poached from Intel https://www.supremecourt.gov/DocketPDF/21/21-739/214931/20220224165100063_20220224-164800-95756014-00000105.pdf Respectfully, Mandeep

**APPENDIX L**

Licensed massage therapist notes from back in Feb 2015 when the work related injury occurred due to extensive work hours at Intel Corporation.



Yuriko Onuma, LMT
8196 SW Hall Blvd. Ste 205
Beaverton, OR 97008
(503) 421-1998

**PAINFREE SOAP**

Client Name (Print): Mandeep Singh

SESSION: 30min        DATE 2-7-15

Tricep
Teres

% change from first session: ___ % minus ___ no change ___ % better

Complaints: Tension ↓ arm, hand, neck, shoulder. discomfort↓

Treatment Plan: DTM focused on neck/shoulder/arm/hands (all BL).
SCM! (marked), Scalene, Lev Scap, Trap. Biceps/Triceps, Teres.

Comments: work related - heavy computer work, alot of mousing/typing. Onset neck/shoulder ℗ started almost 6 months ago.

SESSION: 30 min.        DATE 2-21-15 (R) Scapulae protracted.

RL.
5~6/10

dull pain
RL
2/10

(R) elbow
RL
5~6/10

% change from first session: ___ % minus ___ no change ___ % better

Complaints: ↓ Discomfort (tension) See above.
(R) neck/shoulder. scapula. post arm, elbow, hands. ant flexor MM

Treatment Plan: (R) Flexor Unaris, ext. Corpi radialis tendon.
Triceps Biceps. SCM Scalenes. Lev Scap. Trap.

DTM focused on neck/shoulder/arm

Comments: having PT session 2/wk, which is helping during wk days arm pain is less.
(revised 7/08) Cl. wants focused work on forearm once neck/shoulder tension is relieved.

First Amended Complaint                                    Page **80** of **125**

*East West*
**HOLISTIC BODYWORK**

## Health Information

Name: Manleep Singh    Date: 2/17/2015    Referred by: _____

Personal information redacted

**1) General questions**

How are you feeling today?
Good

Have you received a professional massage before? If yes, what was it for and when?
Yes, for arms pain due to work    Yuriko Onuma was also my therapist at Intel Corporation for the work injury.

What do you want from your massage session today?
Just want my arms and hands massaged.

Which area of the body should be focused and why?
Arms, hands, Neck, shoulder muscles

Are there any areas that should be avoided?
No

Are you currently under care of medical or therapeutic treatment?
Yes

What substances are you currently taking (including aspirin, tylenol, prescribed medications, supplements, homeopathic remedies, alcohol and recreational drugs)?
Amoxicillin, Napooxin    These are prescribed medications based on injury in arms due to extensive typing and mousing.

Do you have any communicable disease?
No

What type of work do you do? Do you have any physical problems that regularly appear in your work, daily life or recreation?
Computer work. Lot of mousing & typing.
The problem has started to appear in mid sept.

Yuriko Onuma, LMT. OBMT #12643. Phone:503.421.1998



**HOLISTIC BODYWORK**

**2) Health History:** Please check if you had/have the following problems/conditions/symptoms.

| Problems in Systems | Conditions | Symptoms |
|---|---|---|
| (Previously had /currently have) | (Previously had /currently have) | (Currently have) |
| __Cardiovascular | ✓Allergies | _ Dietary Problems |
| __Endocrine | __Arthritis | _ Fever |
| __Gastrointestinal | __Diabetes | _ Headache |
| __Immune | __Hypertension | _ Inflammation |
| __Musculoskeletal | _ Cancer | _ Menstrual |
| __Neurological | _ Other_____ | _ Numbness |
| __Psychological | | _ Pain(where?) ear. |
| __Reproductive | | __Sleep problems |
| __Respiratory | | _ Stress |
| __Urinary | | __ Swelling |
| __Integumentary (skin disease/rashes) | | _ Pregnancy |

Sensitivities:__Oils ___ Lotions ___Fragrances __Detergent

**Previous History** (Please include year and treatment received)

Surgeries ___No_____:

Accident/Injuries__No_____:

Major Illness___No_____:

I understand I will be receiving a therapeutic massage for the purpose of maintaining good health and physical condition. I also understand massage therapists do not diagnose illness, disease, physical or mental disorders nor do they prescribe medical treatment or medication, and the massage should not take place of a doctor's care when indicated. I will update my practitioner with any changes in my health status.

Signature: Man Roll          Date: 2/7/2015

Yuriko Onuma, LMT. OBMT #12643. Phone:503.421.1998

This is copy of work comp claim that was filed and accepted. Date of work injury is Sept 16ᵗʰ, 2014 for acute cervical, right shoulder and right wrist strains.

Sedgwick Claims Management Services, Inc..
Portland, OR office
P O Box 14514
Lexington, KY 40512-4514



sedgwick.

Phone: (800)906-3147
Fax: (503)412-3990

January 12, 2015

Mandeep Singh
~~~~~~~~~
Hillsboro, OR 97124

Initial Notice of Acceptance

RE:    Employer:    Intel Corporation
       File No.:    20142592108446
       D/Injury:    09/16/2014

Dear Mr. Singh:

Sedgwick Claims Management Services, Inc. administers the workers' compensation program for your employer.

Your claim is being accepted for nondisabling acute cervical, right shoulder and right wrist strains. State law determines the benefits you receive.

You are entitled to medical services for the condition(s) listed above, for such period as the nature of the injury or the process of recovery requires. If you believe a condition has been incorrectly omitted from this notice of acceptance, or this notice is otherwise incorrect, you must first communicate your objection to Sedgwick in writing, at the address above. **Specify that you believe a condition has been incorrectly omitted or why you feel this notice is otherwise deficient. A claim for a new medical condition must clearly identify the condition as a new medical condition, and you must request formal written acceptance of the condition.**

Please review the **Notice to Worker** published by the Workers' Compensation Division. This information explains your rights in detail. If you did not receive this notice, please contact us.

Please remember to include the name of your employer in all correspondence. If you have any questions, please call me.

Sincerely,

Robin Blevins
Claims Examiner
(503)412-3943

cc:    Intel Corporation
       Caremark
       Karen Zwickert, ANP

Dec. 18. 2014 11:36AM    AH Job Care Hillsboro                    No. 4253    P. 1/1

**Occupational Medicine Hillsboro**
1200 NE 48th Ave #1000
Hillsboro, OR 97124
Phone: 503-547-0003
Fax: 503-547-0035

December 18, 2014

Notification of Workers' Compensation Referral

Health For Intel Take Care                    Phone:  971-214-8422
Ronler Acres RA 3-113                          Fax:    971-214-8607
2501 NW 229th Ave
Hillsboro OR 97124

Patient is the Guarantor; Bill Workers' Comp as listed

The following patient has been referred to you for the treatment of a work-related injury.  This patient is being monitored by our injury tracking program.  After you have seen the patient, please forward chart notes and/or reports to our office.

_Karen Zwickert RN ANP_
Provider Signature          _Calvose mn_

| | | | |
|---|---|---|---|
| Referral Date: | 12/18/2014 | | |
| Patient Name: | Singh, Mandeep | Patient Phone: | 408-569-5214 |
| Patient ID: | 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 | Cell Phone: | |
| DOB: | 11/29/1983 | Address: | 1221 NE 51st Ave |
| Date of Injury: | 9/15/2014 | | #37 |
| Diagnosis: | | | Hillsboro, OR  97124 |
| Reason for Referral: | Physical Therapy | | |
| | 2 X a week for 4 weeks | | |
| Current Work Capacity: | Return Full | | |
| Referred By: | Karen Zwickert, ANP | | |
| | | | |
| Employer: | Intel Corporation (All OR loc) | | |
| | 5200 NE Elam Young Parkway | | |
| | MS: HF1-09 | | |
| | Hillsboro, OR  97124 | | |
| | | | |
| Co. Contact Person: | Kathy Sander | | |
| Company Phone: | 503-596-2262 | | |
| Company Fax: | 503-696-2754 | | |
| | | | |
| Workers' Comp. Ins.: | Sedgwick W/C Claims | | |
| | PO Box 14514 | | |
| | Lexington KY 40512-4514 | | |
| Claim Number: | | | |
| Ins. Contact Person: | | | |
| Insurance Phone: | 800-906-3147 | Ext: | |
| Insurance Fax: | | Ext: | |

LOVENA.BRADSHAW                    Page 54                    Thu Jul 25 2024 16:26:35 GMT-0400 (Eastern Daylight Time)

---

First Amended Complaint                                      Page **84** of **125**

**Premise Health**

**Name:** Singh, Mandeep
**EMPI#:** 461486
**DOB#:** ▓▓▓▓▓

**Facility:** OR; Health for Life Center RA3
**Admit Date:** 2/2/2015 5:00:02 PM
**Discharge Date:** 2/2/2015 5:32:20 PM

2/2/2015 5:00:02 PM (102517)          Quick Note-*PT Follow Up Visit PH 092914 (imported)

### Quick Note

| | | | |
|---|---|---|---|
| **Patient Name:** | Mandeep Singh | **Visit Date:** | February 2, 2015 |
| **Patient ID:** | 50919 | **Provider:** | Rachelle Greeves, PTA |
| **Sex:** | Male | **Location:** | Intel Health For Life Center - Ronler |
| **Birthdate:** | | | Acres |
| **Primary Care Provider:** | TCHS - PCP | **Location Address** | 2501 NW 229th Ave |
| | | | Hillsboro, OR 97124 |
| | | **Phone Number** | 971-214-8422 |

**History Of Present Illness**
Physical Therapy Follow-up Visit:

**SUBJECTIVE:**

Mandeep Singh presents today, 02/02/2015 for Physical Therapy follow-up for R shoulder/forearm/hand
This is visit number 7 for this episode of care.
Mandeep Singh reports: Pain rated at 4/10 shoulder 0/10 elbow and 5/10 /forearm hand based on a pain scale of 0(no pain)-10(severe pain). Pt reports
met with MD today who reduced his work hours to 6 hours/day.
**OBJECTIVE FINDINGS:**

Pt wearing tennis elbow brace.

**TREATMENT:**

Physical Therapy treatment(s) done for Mandeep Singh :
**Therapeutic Modalities:**
No modality treatments given

•

**Manual Therapy:**
SELECT MANUAL THERAPY

- STM to R forearm flexors and extensors with the use of gua sha tool with pt in supine position and R UE supported on table. Pt notified of adverse
effects, pt verbalized understanding. Duration 15 minutes.
•

**Therapeutic Procedures:**
**Therapeutic Exercise**
- THERAPEUTIC EXERCISE: Pt instructed in R wrist flexor and extensor stretches 3x30". Resisted R finger flexion and extension with red mini handweb
2x20. Resisted forearm pronation and supination with red flexbar 2x20. Duration 15 minutes.

Therapeutic Exercise. Therapeutic Activities. Paraffin Therapy. Neuromuscular Re-Education. Soft Tissue Mobilization. Joint Mobilizations. Other Manual
Therapy Techniques Taping Techniques Patient Education/Home Exercise Program. The patients priorities on the goals for desired health care outcomes were
discussed with the patient
**Disposition**
  ○ Call or Return if symptoms worsen or persist.

**Electronically Signed by:** Rachelle Greeves, PTA on February 2, 2015 05:31:53 PM

**ASSESSMENT:**

Patient's Response to Treatment - Pt presents with no significant myofascial trigger points of R forearm mm. No c/o pain during treatment.

**Plan:**
Progress towards goals per POC
Prescription Expires/POC Re-cert: 02/05/2015

**Assessment**

- Shoulder sprain 840.9
- Sprain of wrist 842.00
- Sprain of elbow and forearm 841.9

**Plan**
  **Orders**
  - THERAPEUTIC PX 1/> AREAS EACH 15 MIN EXERCISES (97110) - - 02/02/2015
  - Physical therapy, manual techniques, 15 min (97140) - - 02/02/2015
  **Instructions**
  - InstructionsPLAN: Patient to attend Physical Therapy _2_ time(s)/week, for __4__ weeks. Perform your prescribed exercises as indicated on the written program given to you today. Physical Therapy treatment will include one or more of the following: PROM - Passive Range of Motion. AAROM - Active Assistive Range of Motion. AROM - Active Range of Motion. Cryotherapy. Ice Massage. Moist Heat Packs. Contrast Baths. Ultrasound Therapy. Electrical Stimulation.

LOVENA.BRADSHAW                          Page 7                          Thu Jul 25 2024 18:28:35 GMT-0400 (Eastern Daylight Time)

Premise Health.

**Name:** Singh, Mandeep
**EMPI#:** 481486
**DOB#:** ▮▮▮▮▮▮▮

**Facility:** OR; Health for Life Center RA3
**Admit Date:** 1/26/2015 4:56:41 PM
**Discharge Date:** 1/26/2015 5:37:04 PM

1/26/2015 4:56:41 PM (102047)          Quick Note-*PT Follow Up Visit PH 092914 (imported)

## Quick Note

| | | | |
|---|---|---|---|
| **Patient Name:** | Mandeep Singh | **Visit Date:** | January 26, 2015 |
| **Patient ID:** | 50919 | **Provider:** | Rachelle Greeves, PTA |
| **Sex:** | Male | **Location:** | Intel Health For Life Center - Ronler Acres |
| **Birthdate:** | ▮▮▮▮▮ | **Location Address** | 2501 NW 229th Ave |
| **Primary Care Provider:** | TOHS - PCP | | Hillsboro, OR 97124 |
| | | **Phone Number:** | 971-214-8422 |

**History Of Present Illness**
Physical Therapy Follow-up Visit:

**SUBJECTIVE:**

Mandeep Singh presents today, 01/26/2015 for Physical Therapy follow-up for R shoulder/forearm/hand
This is visit number 6 for this episode of care.
Mandeep Singh reports: Pain rated at 1-2/10 shoulder 4/10 wrist and 4/10 hand based on a pain scale of 0(no pain)-10(severe pain). Pt reports pain has
decreased overall, but feels increased pain along the ulnar side of R wrist which is dull and constant.
**OBJECTIVE FINDINGS:**

Pt wearing tennis elbow brace.
**TREATMENT:**

Physical Therapy treatment(s) done for Mandeep Singh :
Therapeutic Modalities:
Ultrasound

· ULTRASOUND..... to the patient's R distal ulna, at 3MHz with an intensity of 1.0 w/cm2, pulsed at 20% for 15 minutes with Normal tissue response.

**Manual Therapy:**
No manual therapy done

**Therapeutic Procedures:**
**Therapeutic Exercise**
- THERAPEUTIC EXERCISE: Pt instructed in R wrist flexor and extensor stretches 2x30". Resisted R flexion, extension, forearm supination, forearm pronation, ulnar deviation and radial deviation with yellow theraband x10 each. Duration 15 minutes.

**ASSESSMENT:**

Patient's Response to Treatment - Pt presents with no significant myofascial trigger points of R forearm mm. No c/o pain during treatment.

Pt received theraband and handout, see chart.
**Plan:**
Progress towards goals per POC
Prescription Expires/POC Re-cert: 02/05/2015

## Assessment

- Shoulder sprain 840.9
- Sprain of wrist 842.00
- Sprain of elbow and forearm 841.9

## Plan
**Orders**
  - THERAPEUTIC PX 1/> AREAS EACH 15 MIN EXERCISES (97110) - - 01/26/2015
  - APPL MODALITY 1/> AREAS ULTRASOUND EA 15 MIN (0183T, 97035) - - 01/26/2015
  **Instructions**
  - InstructionsPLAN: Patient to attend Physical Therapy _2_ time(s)/week, for __4__ weeks. Perform your prescribed exercises as indicated on the written program given to you today. Physical Therapy treatment will include one or more of the following: PROM - Passive Range of Motion. AAROM - Active Assistive Range of Motion. AROM - Active Range of Motion. Cryotherapy. Ice Massage. Moist Heat Packs. Contrast Baths. Ultrasound Therapy. Electrical Stimulation. Therapeutic Exercise. Therapeutic Activities. Paraffin Therapy. Neuromuscular Re-Education. Soft Tissue Mobilization. Joint Mobilizations. Other Manual

**Premise Health.** | **Name:** Singh, Mandeep | **Facility:** OR; Health for Life Center RA3
**EMPI#:** 461486 | **Admit Date:** 1/26/2015 4:56:41 PM
**DOB#:** ████████ | **Discharge Date:** 1/26/2015 5:37:04 PM

Therapy Techniques Taping Techniques Patient Education/Home Exercise Program. The patients priorities on the goals for desired health care outcomes were discussed with the patient
**Disposition**
  - Call or Return if symptoms worsen or persist.

**Electronically Signed by:** Rachelle Greeves, PTA on January 26, 2015 05:36:26 PM

**Premise Health**

**Name:** Singh, Mandeep
**EMPI#:** 461486
**DOB#:** ▓▓▓▓▓▓

**Facility:** OR; Health for Life Center RA3
**Admit Date:** 1/21/2015 5:04:19 PM
**Discharge Date:** 1/21/2015 5:30:24 PM

1/21/2015 5:04:19 PM (101726)          Quick Note-*PT Follow Up Visit PH 092914 (imported)

## Quick Note

| | | | |
|---|---|---|---|
| **Patient Name:** | Mandeep Singh | **Visit Date:** | January 21, 2015 |
| **Patient ID:** | 50919 | **Provider:** | Rachelle Greeves, PTA |
| **Sex:** | Male | **Location:** | Intel Health For Life Center - Ronler Acres |
| **Birthdate:** | ▓▓▓▓ | **Location Address:** | 2501 NW 229th Ave |
| **Primary Care Provider:** | TCHS - PCP | | Hillsboro, OR 97124 |
| | | **Phone Number:** | 971-214-8422 |

**History Of Present Illness**
Physical Therapy Follow-up Visit:

**SUBJECTIVE:**

Mandeep Singh presents today, 01/21/2015 for Physical Therapy follow-up for R shoulder/forearm/hand
This is visit number 5 for this episode of care.
Mandeep Singh reports: Pain rated at 2/10 shoulder 2/10 wrist and 4/10 hand based on a pain scale of 0(no pain)-10(severe pain). Pt reports the forearm strain has reduced since wearing braces.

**OBJECTIVE FINDINGS:**

Pt wearing R tennis elbow brace he purchased.

**TREATMENT:**

Physical Therapy treatment(s) done for Mandeep Singh :
Therapeutic Modalities:
Parafin

- PARRAFIN:.... to the R hand with dip technique x8 for 15 minutes with Normal tissue response

\*

Manual Therapy:
Soft Tissue Mobilization
- Soft Tissue Mobilization:.....Techniques performed: Myofascial mobilization/release, Transverse/Cross-Friction mobilization, and Trigger Point Therapy R hand/ wrist flexors and extensors Duration 15 minutes

\*

Therapeutic Procedures:
No Therapeutic Procedures done

**ASSESSMENT:**

Patient's Response to Treatment - Pt presents with no significant myofascial trigger points of R forearm mm and no TTP R dorsal hand on this date.

\*

**Plan:**
Progress towards goals per POC
Prescription Expires/POC Re-cert: 02/05/2015

**Assessment**

- Shoulder sprain 840.9
- Sprain of wrist 842.00
- Sprain of elbow and forearm 841.9

---

First Amended Complaint                                      Page **88** of **125**

## Plan

**Orders**
- APPL MODALITY 1/> AREAS PARAFFIN BATH (97018) - - 01/21/2015
- Physical therapy, manual techniques, 15 min (97140) - - 01/21/2015

**Instructions**
- InstructionsPLAN: Patient to attend Physical Therapy _2_ time(s)/week, for __4__ weeks. Perform your prescribed exercises as indicated on the written program given to you today. Physical Therapy treatment will include one or more of the following: PROM - Passive Range of Motion. AAROM - Active Assistive Range of Motion. AROM - Active Range of Motion. Cryotherapy. Ice Massage. Moist Heat Packs. Contrast Baths. Ultrasound Therapy. Electrical Stimulation. Therapeutic Exercise. Therapeutic Activities. Paraffin Therapy. Neuromuscular Re-Education. Soft Tissue Mobilization. Joint Mobilizations. Other Manual

**Premise Health.**

**Name:** Singh, Mandeep
**EMPI#:** 461486
**DOB#:**

**Facility:** OR; Health for Life Center RA3
**Admit Date:** 1/21/2015 5:04:19 PM
**Discharge Date:** 1/21/2015 5:30:24 PM

Therapy Techniques Taping Techniques Patient Education/Home Exercise Program. The patients priorities on the goals for desired health care outcomes were discussed with the patient

**Disposition**
- Call or Return if symptoms worsen or persist.

**Electronically Signed by:** Rachelle Greeves, PTA on January 21, 2015 05:39:05 PM

## Quick Note

| | | | |
|---|---|---|---|
| **Patient Name:** | Mandeep Singh | **Visit Date:** | January 12, 2015 |
| **Patient ID:** | 50919 | **Provider:** | Rachelle Greeves, PTA |
| **Sex:** | Male | **Location:** | Intel Health For Life Center - Ronler Acres |
| **Birthdate:** | | **Location Address:** | 2501 NW 229th Ave Hillsboro, OR 97124 |
| | | **Phone Number:** | 971-214-8422 |

## History Of Present Illness
**Physical Therapy Follow-up Visit:**

**SUBJECTIVE:**

Mandeep Singh presents today, 01/12/2015 for Physical Therapy follow-up for R shoulder/forearm/hand
This is visit number 2 for this episode of care.
Mandeep Singh reports: Pain rated at 3/10 shoulder 0/10 wrist and 3/10 hand based on a pain scale of 0(no pain)-10(severe pain). Pt reports pain on dorsal side of R hand.

**OBJECTIVE FINDINGS:**

FREE TEXT OBJECTIVE FINDINGS

**TREATMENT:**

Physical Therapy treatment(s) done for Mandeep Singh :
**Therapeutic Modalities:**
Parraffin

- PARRAFIN:... to R hand with dip technique x8 with pt in seated position for 5 minutes with Normal tissue response.

Manual Therapy:
Soft Tissue Mobilization
- Soft Tissue Mobilization:.....Techniques performed: Myofascial mobilization/release, Transverse/Cross-Friction mobilization, and Trigger Point Therapy R hand/ wrist flexors and extensors Duration 10 minutes

Therapeutic Procedures:
Therapeutic Exercise
- THERAPEUTIC EXERCISE: Pt instructed in resisted B shoulder ER, B shoulder horizontal abduction, B scapular retraction and B shoulder extension with red theraband x10 each. Seated B upper trapezius and levator stretches 2x30". R wrist flexor and extensor stretches 2x30". Duration 15 minutes.

**Premise Health.**

**Name:** Singh, Mandeep
**EMPI#:** 481486
**DOB#:** ▆▆▆

**Facility:** OR: Health for Life Center RA3
**Admit Date:** 1/8/2015 4:27:42 PM
**Discharge Date:** 1/8/2015 5:18:25 PM

1/8/2015 4:27:42 PM (99189)

Quick Note-Cervical/Thoracic 1. PT-HPI TCHS 100913, Cervical/Thoracic 2. PT-PE TCHS 102313, Cervical/Thoracic 3. PT-Tests TCHS 112310, PLAN 4. PT-Treatment TCHS 032514, PLAN 5. PT-Assessment/Goals TCHS 032514, *PLAN 6. PT PH 101414

## Quick Note

| Patient Name | Mandeep Singh | Visit Date: | January 8, 2015 |
| Patient ID: | 50019 | Provider: | Anna Jessica Sahlstrom, PT |
| Sex: | Male | Location: | Intel Health For Life Center - Ronler Acres |
| Birthdate: | | Location Address: | 2501 NW 229th Ave Hillsboro, OR 97124 |
| | | Phone Number: | 971-214-8422 |

**History Of Present Illness**
Physical Therapy - Cervical /Thoracic (Evaluation/RE-Evaluation/Follow-Up)

Referring Provider: Karen Zwickert, ANP
Mandeep Singh presents to Physical Therapy 01/08/2015 for Evaluation Visit:

- Type of Evaluation Visit:
Initial visit

- Occupation:......................... Engineer
- Personal or Workers Comp:.. Workers Comp.
- Work Status:..................... Full Time
- Prior Level of Function:.... Unrestricted for ADLS and recreational activities
- Contributing PMHx or PSHx:.......... None per pt report
- Chief Complaint:.............. R shoulder girdle, forearm and hand pain
- Onset of Symptoms:.......... Symptoms have been present for 4 months
- History of Current Complaint/Mechanism of Injury:.......... Sprain and strain related to keyboarding and mousing
Mandeep Singh complains of - Pain and - Numbness
- Pain description: aching/dull which has been intermittent for 4 months The patient rates his pain 2/10 at time of PT evaluation and 5/10 at the end of the work week on a scale of 0-10, 0=no pain, 10=worst. Patient demonstrates pain at R shoulder girdle down into R forearm down over R dorsal wrist as well as over thenar and hypothenar eminences. Pt reports has sw itched to vertical mousing as well as L handed mousing. At time of PT evaluation pt reports new onset of L hand pain (pt will bring this up with occ health at follow up visit next week). Pt states works 9 -11 hour days and frequently works from home in the evenings. Has R wrist brace that he wears while working.

- Numbness location:........... occasional numbness R thenar eminence

=======================================
- Functions/Factors that increase symptoms:....... Functional activities/ADL's, Work activities, and gripping and
- Functions/Factors that decrease symptoms:..... Heat, Ice pack, Massage, and Rest
- Time of day influences patient's symptoms with: Symptoms increased in the PM
- Condition since onset:....... Better
- Diagnostic Tests:.............. No diagnostic tests performed.

This is pre-COVID year 2015 statement so don't construe frequent work from home differently.  All the doctor notes mean is in addition to working in the office during the day I have to work from home also in the evening.

Screening for Red Flags: Patient denies History of Trauma, History of Cancer, Signs/Symptoms of Vertebrobasilar Insufficiency, and Severe, Unremitting Night Pain

[Right side callout box:]
- Pain description: aching/dull which has been intermittent for 4 months The patient rates his pain 2/10 at time of PT evaluation and 5/10 at the end of the work week on a scale of 0-10, 0=no pain, 10=worst. Patient demonstrates pain at R shoulder girdle down into R forearm down over R dorsal wrist as well as over thenar and hypothenar eminences. Pt reports has sw itched to vertical mousing as well as L handed mousing. At time of PT evaluation pt reports new onset of L hand pain (pt will bring this up with occ health at follow up visit next week). Pt states works 9 -11 hour days and frequently works from home in the evenings. Pt has recently started working out at the gym doing cardio and some light weight lifting

1    Screening for Red Flags: Patient denies History of Trauma, History of Cancer, Signs/Symptoms of Vertebrobasilar Insufficiency, and Severe, Unremitting
     Night Pain
     *
2    ========================================================

     **Objective Findings: CERVICAL/THORACIC**
3    **OBSERVATION:**
     Observation: No swelling or erythmea noted R UE
     Posture Assessment: Forward head posture with protracted shoulders. Slouched posture in sitting
4    **ACTIVE ROM MOVEMENTS:**
     Cervical AROM Assessed
     - AROM Cervical Flexion:.......... WNL
5    - AROM Cervical Extension:........ WNL
     - AROM Cervical Side Flexion:...... R LF 60 degrees ...... L LF 50 degrees
     - AROM Cervical Rotation:.......... 73 degrees ...... Left 70 degrees
6

7    R shoulder and elbow AROM WNLs in all planes. R wrist flexion 75, extension 62 - all measured in degrees. Pronation and supination WNLs. (L wrist
     flexion 80 degrees and extension 70 degress)
8    **PASSIVE ROM MOVEMENTS**
     Cervical not assessed.

9

10

11
     *
     **NEUROLOGICAL SCREEN - MYOTOMES:**
12   Cervical / Thoracic Myotomes: Cervical / Thoracic Myotomes Assessed:
     - Neck Flexion C1-C2:.......... 4/5
13   - Neck Side Flexion C3:....... Bilateral 5/5
     - Shoulder Elevation C4:...... Bilateral 5/5
     - Shoulder Abduction C5:...... Bilateral 5/5
14   - Elbow Flexion C6:.............. Bilateral 5/5
     - Wrist Extension C6:.......... Bilateral 5/5
     - Elbow Extension C7:......... Bilateral 5/5
15

16   **Premise Health.**   **Name:** Singh, Mandeep                    **Facility:** OR; Health for Life Center RA3
                          **EMPI#:** 461486                           **Admit Date:** 1/8/2015 4:27:42 PM
                          **DOB#:** ████████                          **Discharge Date:** 1/8/2015 5:18:25 PM
17

18

19   - Wrist Flexion C7:.............. Bilateral 5/5
     - Thumb Extension C8:....... Bilateral 5/5
     - Hand Intrinsic T1:............. Bilateral 5/5
20   **NEUROLOGICAL SCREEN - DERMATOMES**
     Cervical / Thoracic Dermatomes: WNL C3-T2 bilateral UE's

21   *
     Reflexes: WNL C5-C7 active and equal bilateral UE's.
22

23   Joint Mobility: WNLs cervical spine, R GH joint and R wrist
     Palpation: Pain noted at palpation over R upper trapezius, pec mm, R forearm wrist extensors and flexors
     **FUNCTIONAL OUTCOME MEASURE**
24   *
     ========================================================
25   **3. PT-TESTS: CERVICAL/THORACIC**
     **Special Tests:**
     Special Tests done: Vertebral Artery Test, Compression, Quadrant, Tinel's Sign, and Upper Limb Tension Testing (ULTT)
     - Vertegral Artery Test:... Negative Bilateral
26   - Compression Test:...... Negative Bilateral
     - Quadrant:................. Negative Bilateral
27   - Tinel's Sign:............. Negative R wrist

28

1

- ULTT:.................. Positive Right Median Nerve

2

3

4

De Quervain's negative R

5

======================================================

**Physical Therapy Treatment**
Physical Therapy treatment(s) done for Mandeep Singh :

6

**MODALITIES:**
Parrafin

7

8

9

- PARRAFIN:... R wrist and hand with 5 layers for 10 minutes with Normal tissue response.

**MANUAL THERAPY**
10     SELECT MANUAL THERAPY

11

12     - Gentle median nerve glides to R UE with pt in supine. Total time 5 minutes, no charge.

**THERAPEUTIC PROCEDURES**
Therapeutic Exercise
13     - THERAPEUTIC EXERCISE: Pt was instructed in B upper trapezius and levator scapula stretches. R forearm wrist extensor and flexor stretches with 30°
holds. Pec stretch in doorway at varying angles and gentle median nerve glides x 5 reps with 5-10" holds. See copy of handout in chart. Duration 15
14     minutes.

15

16

17

18

19

20

21

22

23

24

25

26

27

28

============================================================

**ASSESSMENT/GOALS**

**ASSESSMENT**

Mandeep Singh has been found to have impaired: Muscle Performance, Range of Motion, and Posture, which are consistent with the Physical Therapy Diagnosis of: S/S R shoulder girdle, UE and wrist / hand related to prolonged mousing and keyboarding at work.
The impairments listed above have led to a decline in the patient's ADL/functional performance.
As a result, the patient would benefit from skilled Physical Therapy services and has good rehab potential.

**GOALS:**

**SHORT TERM GOALS:**
Short Term Goals (Achieve in 2-3 weeks): Decrease pain and Increase ROM
Decrease pain to 2/10 with work tasks and ADLs
Increase ROM of the cervical spine and wrist to WNLs in all planes to improve tolerance to ADLs and work tasks.

**LONG TERM GOALS:**
Long Term Goals (Achieve in 3-6 weeks): Decrease pain, Improve function for, and Patient will be independent with a HEP/symptom management program
Decrease pain 1/10 with work tasks and ADLs

Improve function for Pt to be able to work a full day without increase in s/s.

============================================================

## Assessment

- Shoulder strain 840.9
- Wrist strain 842.00
- Sprain of forearm, right 841.9

## Plan

**Orders**
- Physical therapy evaluation (97001) - - 01/08/2015
- APPL MODALITY 1/> AREAS PARAFFIN BATH (97018) - - 01/08/2015
- THERAPEUTIC PX 1/> AREAS EACH 15 MIN EXERCISES (97110) - - 01/08/2015

**Instructions**
- PLAN: Patient to attend Physical Therapy _2_ time(s)/week, for __4__ weeks.
- Perform your prescribed exercises as indicated on the written program given to you today.
- Physical Therapy treatment will include one or more of the following:
- PROM - Passive Range of Motion.
- AAROM - Active Assistive Range of Motion.
- AROM - Active Range of Motion.
- Cryotherapy.
- Ice Massage.
- Moist Heat Packs.
- Contrast Baths.
- Ultrasound Therapy.
- Electrical Stimulation.
- Therapeutic Exercise.
- Paraffin Therapy.
- Neuromuscular Re-Education.
- Soft Tissue Mobilization.
- Joint Mobilizations.
- Other Manual Therapy Techniques
- Taping Techniques
- Patient Education/Home Exercise Program.
- The patients priorities on the goals for desired health care outcomes were discussed with the patient

**Disposition**
- Call or Return if symptoms worsen or persist.

**Electronically Signed by:** Anna Jessica Sahlstrom, PT on January 13, 2015 12:22:39 PM

1

# **APPENDIX M**

2
Resignation email to Leonid my manager at the time and Intel CEO Mr. Gelsinger and EVP Dr.
Kelleher in Cc.

3
I did not even take any vacation and was planning to take vacation in WorkWeek 45 and 46 in
the 2023 year. Had to resign with no vacation amid **hostile work environment**.

4

5

**M** Gmail                                    Mandeep Singh <mandeep.stanford@gmail.com>

6
**RE: Q3 Insights draft needed**
3 messages

7
**Singh, Mandeep1** <mandeep1.singh@intel.com>            Fri, Oct 27, 2023 at 11:11 AM
To: "Proekt, Leonid B" <leonid.b.proekt@intel.com>

8
Cc: Mandeep Singh <mandeep.stanford@gmail.com>, "Gelsinger, Pat" <patrick.gelsinger@intel.com>, "Kelleher, Ann B"
<ann.b.kelleher@intel.com>

9
Hi Leonid,

10

11
After careful consideration and sequence of episodes, I resign from this position and team.

12
I love Intel and its great company and more importantly people make it great !

13
People like me who don't look at the number of hours worked or vacation taken (I was planning for vacation for ww45 and
ww46) and the line between personal life and work life becomes so thin! People like me who fight for Intel(American
Semiconductor Technology) at SCOTUS case 21-739 Question #8.

14

15
8) To bolster the agenda for Chips for America
Act, should Microsoft design using Intel's

16
semiconductor process after they hired so

17
many Intel Engineers in last 4 years?

18

19

20

21
I am in RA2-2nd floor to return my laptop. Intel badge will be returned in RA4 within half hour as I have to walk from RA2
to RA4.

22
No hard feelings with anyone at Intel !

23
I wish everyone success at Intel. It was great working with you !

24

25
Respectfully and Cheers!
Mandeep

26

27

28

**From:** Proekt, Leonid B <leonid.b.proekt@intel.com>
**Sent:** Thursday, October 26, 2023 11:58 AM
**To:** Nain, Mandeep1 <mandeep1.singh@intel.com>; Nain, Rajeev K <rajeev.k.nain@intel.com>; Narasimhan, Ashok <ashok.narasimhan@intel.com>; Lingnurkar, Hemant <hemant.lingnurkar@intel.com>
**Subject:** RE: Q3 Insights draft needed

Hi Mandeep,

As we have discussed before, this Insights are about Q3. During that time you have been working with Ashok and Rajeev and they will prepare Q3 Insights and will deliver them to you.

-Leonid

**From:** Singh, Mandeep1 <mandeep1.singh@intel.com>
**Sent:** Thursday, October 26, 2023 5:08 AM
**To:** Nain, Rajeev K <rajeev.k.nain@intel.com>; Narasimhan, Ashok <ashok.narasimhan@intel.com>; Lingnurkar, Hemant <hemant.lingnurkar@intel.com>; Proekt, Leonid B <leonid.b.proekt@intel.com>
**Subject:** RE: Q3 Insights draft needed

Rajeev/Ashok,
Since you omitted key directional elements for Intel/TD which I proposed related to Optical IO and also omitted Intel Values I performed in Q2 from my Insights, I asked for manager change to you and Hemant (Ann included) itself back then.

Hemant confirmed back then that I should report progress to him(Hemant). Leonid was on vacation, so Hemant had to wait to make the transition. Technically speaking I was not reporting to Rajeev/Aashok, I was working with them but not as reporting to them.

Hemant,
Rajeev and Ashok have absolutely ZERO say in my Q3 Insights performance.

Leonid,
I need my Q3 Insights results by end of day today. I sent you my Q3 Insights on Oct 11th.

**From:** Singh, Mandeep1
**Sent:** Tuesday, October 24, 2023 4:20 PM
**To:** Nain, Rajeev K <rajeev.k.nain@intel.com>
**Cc:** Proekt, Leonid B <leonid.b.proekt@intel.com>; Narasimhan, Ashok <ashok.narasimhan@intel.com>; Lingnurkar, Hemant <hemant.lingnurkar@intel.com>
**Subject:** RE: Q3 Insights draft needed

I would like to have the results of Q3 Insights few days prior to deadline that way I have time to respond/challenge if needed.

Mandeep

> Always push performance review to last day that way there is no time for me to challenge it. That is why I asked review to be sent few days prior, which never happened.

**From:** Nain, Rajeev K <rajeev.k.nain@intel.com>
**Sent:** Monday, October 23, 2023 1:27 PM
**To:** Singh, Mandeep1 <mandeep1.singh@intel.com>
**Cc:** Proekt, Leonid B <leonid.b.proekt@intel.com>; Narasimhan, Ashok <ashok.narasimhan@intel.com>; Lingnurkar, Hemant <hemant.lingnurkar@intel.com>; Nain, Rajeev K <rajeev.k.nain@intel.com>
**Subject:** RE: Q3 Insights draft needed

Great – We can work with it.

Leo – could you please schedule a 30 minutes sync to review the insights content this Friday afternoon ? Since Mandeep was reporting to me in Q3 and working closely with Ashok, we (*Aashok, and I*) will need to review/edit/append and discuss on Friday with Mandeep.

Rajeev

---

First Amended Complaint                                                                 Page **95** of **125**

**Sent:** Monday, October 23, 2023 1:16 PM
**To:** Nain, Rajeev K <rajeev.k.nain@intel.com>
**Cc:** Proekt, Leonid B <leonid.b.proekt@intel.com>; Narasimhan, Ashok <ashok.narasimhan@intel.com>; Lingnurkar, Hemant <hemant.lingnurkar@intel.com>
**Subject:** RE: Q3 Insights draft needed

Insights was sent to Leonid on Oct 11th.
Please refer attached email.

Thanks,
Mandeep

**From:** Nain, Rajeev K <rajeev.k.nain@intel.com>
**Sent:** Monday, October 23, 2023 1:12 PM
**To:** Singh, Mandeep1 <mandeep1.singh@intel.com>
**Cc:** Nain, Rajeev K <rajeev.k.nain@intel.com>; Proekt, Leonid B <leonid.b.proekt@intel.com>; Narasimhan, Ashok <ashok.narasimhan@intel.com>; Lingnurkar, Hemant <hemant.lingnurkar@intel.com>
**Subject:** Q3 Insights draft needed

Mandeep :

Could you please send a draft of your Q3 insights by Thursday, Oct 26th ?

Rajeev

### Letting Leonid know about invention disclosure on how to cut down pdk time.

**Mandeep Singh** <mandeep.stanford@gmail.com>                                   Oct 29, 2023, 8:04 PM   ☆   ☺   ↩   ⋮
to Leonid, Mandeep1, Pat, Ann ▾

Leonid,

   I shared plan and explained on white board to Rahul and Hemant that extraction should use Synthesis flows directly from PREOPC(The module name may be different - DFX) team.
**This is invention disclosure from my side.** Once implemented this will cut down your pdk delivery time by 3 to 5 weeks also eliminate any quality bottle necks (model consistency among vendor tools). Additionally, ppk evaluation time will also be short. It will ensure from synthesis perspective the capacitance/resistance models are based on what will be printed on wafer.

-Mandeep

---

First Amended Complaint                                                     Page **96** of **125**

# **APPENDIX N**

Email to NSA Special Agent after going through torturous 8 hour security interview on Nov 28th, 2023 and polygraph on Nov 30th, 2023.



Mandeep Singh <mandeep.stanford@gmail.com>     Nov 30, 2023, 5:19 PM
to ████████

Dear Sir ██████

Please accept my humble greetings.
I would like to first express my thanks for taking out time and doing the interview.

As much as I wanted to invoke my 5th Amendment during the interview that way I don't have to relive negative experiences but you had questions which I answered honestly.

Considering the last 2 days and including today, I invoke my 5th Amendment of our US Constitution and terminate my polygraph and will hug my daughter/family.

I sincerely from the bottom of my heart would like to thank everyone who I met at NSA - keep our country proud.

There is polygraph planned for tomorrow, I will not be attending that. If this has caused any inconvenience, I sincerely apologize.

Respectfully and sincerely,
Mandeep

## Response from NSA Special Agent



████████████████     Dec 1, 2023, 4:51AM
to me ▾

Thank you for speaking with me, Mr. Singh.

If you intend to withdraw from the process, please reach out to your HR recruiter.

Thank you,
•••

████████
**Special Agent**
**National Security Agency**

1

## **APPENDIX O**

2

3

Email to NSA recruiter following up for polygraph appointment. **Singh <u>never closed out and was</u> <u>waiting for recruiter to call back</u>. Singh has been diligently updating the recruiter about international travel plans.**

4



5

6

7

8

9

10

11

12

13

14

## **APPENDIX P**

15

16

17

Evidence that the pysch evaluation doctor did talk about DCI as the email is sent to recruiter on Dec 26th, 2023. I was very scared and that is why I sent this email. I did not know what DCI mean up until June 2024.

18



19

20

21

22

23

24

25

26

27

28

# APPENDIX Q

Email to NSA Special Agent and my future manager at NSA after 15 Billion dollar Intel-Microsoft foundry partnership was announced on Feb 21st, 2024.

I was genuinely happy reading the partnership news as that is the battle that I fought in SCOTUS and it materialized.

Neither NSA Special Agent nor future manager at NSA responded to Singh on this email.



Mandeep Singh <mandeep.stanford@gmail.com>                     · Thu, Feb 22, 6:16 AM    ☆    ☺    ↩    ⋮
to

Dear Sir

Hope you find this email in good spirits.
Recently, I saw a few news stories related to semiconductors and this news below is in-line with the meaning of SCOTUS 21-739 Question #8.

8) To bolster the agenda for Chips for America
   Act, should Microsoft design using Intel's
   semiconductor process after they hired so
   many Intel Engineers in last 4 years?

https://seekingalpha.com/news/4069698-intel-unveils-microsoft-partnership-new-foundry-system-for-ai?mailingid=34423495&messageid=2900&serial=34423495.41251&utm_campaign=rta-stock-news&utm_content=link-1&utm_medium=email&utm_source=seeking_alpha&utm_term=34423495.41251

With the above news, I am happy that 2 American companies have plans now to work hand in hand for perpetual protection/innovation of American semiconductor technology. This business partnership will keep semiconductor manufacturing jobs (and probably design jobs as well) within America and keep semiconductor professionals at Intel motivated. I have spent days/nights/weekends working on the capacitance extraction modeling of the semiconductor technology 18A, which Microsoft has signed up with Intel as per the above news.

If you can ask Microsoft/Mr. Nadella to give closure to my family as well that will be great.

Respectfully,
Mandeep

# APPENDIX R

Email to Intel CEO and Intel EVP after the 15 Billion dollar foundry partnership between Intel and Microsoft was announced. Intel CEO and Intel EVP did not respond on this email.



3/20/24, 2:51 PM                                        Gmail - RE: Q3 insights draft needed

**M Gmail**                                Mandeep Singh <mandeep.stanford@gmail.com>

## RE: Q3 insights draft needed

**Mandeep Singh** <mandeep.stanford@gmail.com>                    Wed, Feb 21, 2024 at 9:37 PM
To: "Gelsinger, Pat" <patrick.gelsinger@intel.com>, "Kelleher, Ann B" <ann.b.kelleher@intel.com>

Dear Pat and Dear Ann,

I feel very happy when I saw this news which is inline with SCOTUS 21-739 Question #8.

https://seekingalpha.com/news/4069698-intel-unveils-microsoft-partnership-new-foundry-system-for-ai?mailingid=34423495&messageid=2900&serial=34423495.41251&utm_campaign=rta-stock-news&utm_content=link-1&utm_medium=email&utm_source=seeking_alpha&utm_term=34423495.41251

Congratulations !

Hopefully, MSFT/Satya will give closure to my family as well.

-Mandeep

1

# **APPENDIX S**

2

Employment Processing discontinued email dated March 11th, 2024.



3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

## APPENDIX T
### Expert Witness Testimony report from 2016 by

**Author Contact Information**

Michaela D. Platzer
Specialist in Industrial Organization and Business
mplatzer@crs.loc.gov, 7-5037

John F. Sargent Jr.
Specialist in Science and Technology Policy
jsargent@crs.loc.gov, 7-9147

**Acknowledgments**

Amber Wilhelm, Visual Information Specialist, contributed the graphics to this report.

**https://goodtimesweb.org/industrial-policy/2016/R44544.pdf**
I just got to know about this report on July 21st 2024.
Compare information in this report with Figure 1 in Claim 1 – Antitrust issue.
Focus on "Design" part. If the "Design" is on foreign technology TSMC the downstream
business which is front-end fabrication (chip manufacturing) goes to foreign technology
TSMC.

**Figure 2** depicts a simplified schematic of the semiconductor production process. The process
has three distinct components:

1.  design;
2. front-end fabrication, in which "fabs" create microscopic electric circuits on
   silicon wafers;[26] and,
3. back-end testing, assembly, and packaging, in which wafers are sliced into
   individual semiconductors, encased in plastic, and put through a quality-control
   process.

Snippet from page 6 of the report.



Snippet from page 7 of the report.

1

2

**APPENDIX T continues...**

3

4

Page 21 onwards in the report https://goodtimesweb.org/industrial-policy/2016/R44544.pdf
which talks about National Security Concerns. Correlate with SCOTUS 21-739 Question
#8 which proves that Singh's SCOTUS 21-739 Question #8 battle is exactly in best interest
of NSA.

5

6

# National Security Concerns

7

For decades, many have argued that maintaining a domestic manufacturing capability for the
most advanced semiconductor products is necessary for national security. Proponents of this view
claim dependence by the U.S. military on foreign suppliers of semiconductors, especially those
that are hostile or may become hostile to U.S. interests, is not acceptable due to the military's
reliance on semiconductors as a vital and ubiquitous component in U.S. weapons and defense
systems. However, the high costs of maintaining a domestic semiconductor production capability
for critical military inputs may result in more expensive weapons systems.[113]

8

9

10

11

In 2003, then-Deputy Secretary of Defense Paul Wolfowitz wrote in an unclassified memo the
"country needs a defense industrial base that includes leading edge, trusted commercial suppliers
for critical integrated circuits used in sensitive defense weapons, intelligence, and

12

13

[108] Semiconductor Research Corporation, website, "STARnet Research," https://www.src.org/program/starnet.

[109] SRC is a U.S. non-profit research consortium established by semiconductor companies in 1982 to "define relevant
research directions, explore potentially important new technologies (and transfer results to industry), [and] generate a
pool experienced faculty and relevantly educated students." (Source: Semiconductor Research Corporation, *SRC:
Celebrating 30 Years*, https://www.src.org/src/story/src-celebrating-30-years-expanded.pdf.

[110] NSF, Secure and Trustworthy Cyberspace: Secure, Trustworthy, Assured and Resilient Semiconductors and
Systems Program Solicitation (NSF 14-528), http://www.nsf.gov/pubs/2014/nsf14528/nsf14528.htm#pgm_desc_txt.

[111] An NNI signature initiative is a mechanism for combining the expertise, capabilities, and resources of federal
agencies to accelerate research, development, or insertion, and overcome challenges to the application of
nanotechnology-enabled products.

[112] NSTC, NSET, *The National Nanotechnology Initiative: Supplement to the President's FY2017 Budget*, p. 17,
http://www.nano.gov/sites/default/files/pub_resource/nni_fy17_budget_supplement.pdf.

[113] Daniel M. Marrujo, *Trusted Foundry Program*, Defense Microelectronics Activity, October 31, 2012, pp. 11-12.

14

15

16

17

18

19

20

Congressional Research Service                                                                    21

21

22

23

24

25

26

27

28

## APPENDIX U

### U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION

Seattle Field Office
909 First Avenue, Suite 400
Seattle, WA 98104
(206) 576-3000
Website: WWW.EEOC.GOV

### DETERMINATION AND NOTICE OF RIGHTS
(This Notice replaces EEOC FORMS 161, 161-A & 161-B)

Issued On: 05/16/2024

To: Mr. Mandeep Singh
7325 NE Imbrie Dr STE 145
HILLSBORO, OR 97124
Charge No: 551-2024-04623

EEOC Representative and email:     Gustavo Irizarry
Intake Supervisor
gustavo.irizarry@eeoc.gov

### DETERMINATION OF CHARGE

The EEOC issues the following determination: The EEOC will not proceed further with its investigation and makes no determination about whether further investigation would establish violations of the statute. This does not mean the claims have no merit. This determination does not certify that the respondent is in compliance with the statutes. The EEOC makes no finding as to the merits of any other issues that might be construed as having been raised by this charge.

### NOTICE OF YOUR RIGHT TO SUE

This is official notice from the EEOC of the dismissal of your charge and of your right to sue. If you choose to file a lawsuit against the respondent(s) on this charge under federal law in federal or state court, your lawsuit must be filed WITHIN 90 DAYS of your receipt of this notice. Receipt generally occurs on the date that you (or your representative) view this document. You should keep a record of the date you received this notice. Your right to sue based on this charge will be lost if you do not file a lawsuit in court within 90 days. (The time limit for filing a lawsuit based on a claim under state law may be different.)

If you file a lawsuit based on this charge, please sign in to the EEOC Public Portal and upload the court complaint to charge 551-2024-04623.

On Behalf of the Commission:

May 16, 2024                                                    for
Date                                          Elizabeth M. Cannon, Director
                                              Seattle Field Office

cc:
Microsoft Corporation
Ancooper@microsoft.com

Please retain this notice for your records.

**APPENDIX V**

## U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION

Seattle Field Office
909 First Avenue, Suite 400
Seattle, WA 98104
(206) 576-3000
Website: www.eeoc.gov

## DETERMINATION AND NOTICE OF RIGHTS
(This Notice replaces EEOC FORMS 161, 161-A & 161-B)

Issued On: 05/16/2024

To: Mr. Mandeep Singh
7325 NE Imbrie Dr STE 145
HILLSBORO, OR 97124

Charge No: 551-2024-04176

EEOC Representative and email:  Gustavo Irizarry
Intake Supervisor
gustavo.irizarry@eeoc.gov

### DETERMINATION OF CHARGE

The EEOC issues the following determination: The EEOC will not proceed further with its investigation and makes no determination about whether further investigation would establish violations of the statute. This does not mean the claims have no merit. This determination does not certify that the respondent is in compliance with the statutes. The EEOC makes no finding as to the merits of any other issues that might be construed as having been raised by this charge.

### NOTICE OF YOUR RIGHT TO SUE

This is official notice from the EEOC of the dismissal of your charge and of your right to sue. If you choose to file a lawsuit against the respondent(s) on this charge under federal law in federal or state court, your lawsuit must be filed WITHIN 90 DAYS of your receipt of this notice. Receipt generally occurs on the date that you (or your representative) view this document. You should keep a record of the date you received this notice. Your right to sue based on this charge will be lost if you do not file a lawsuit in court within 90 days. (The time limit for filing a lawsuit based on a claim under state law may be different.)

If you file a lawsuit based on this charge, please sign in to the EEOC Public Portal and upload the court complaint to charge 551-2024-04176.

On Behalf of the Commission:

May 16, 2024
Date

for
Elizabeth M. Cannon, Director
Seattle Field Office

cc:
Intel Corporation
Lei.hart@intel.com

Please retain this notice for your records.

1
2
3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**APPENDIX W**
**SCOTUS 21-739 Appendix Letters**

---

79a

**APPENDIX J**
Letter to Microsoft
Dear Microsoft/Satya (Nadella)/John (Shewchuk),

You were like our guests when you came to Portland, OR and organized openhack back in Dec 2018. Your employee failed to carry out professional duties and did not intentionally sent the scientific challenges to the openhack even after she verbally committed that she will send. This is breach of verbal contract and she has broken that law. I was enthusiastic about collaborating on creating auto place and route of chip layout & layout design rule checker using the artificial intelligence techniques I learned at your openhack. Since I was not expert at the time in artificial intelligence/computer vision that is where the collaboration from your employee, Christy Haerim Won, was needed and would have gone a very long way professionally. I was directly working on Intel's in-house Electronic Design Automation tools for physical design so was at the heart of the innovation to push state of art forward. We lost that opportunity to create that intellectual property.

I genuinely wanted to relocate to Seattle and work for you as you hired many of my friends/colleagues from Intel but sadly the events in this case coerced & forced me to think otherwise. Being responsible citizen of this country someone has to raise voice against the practices that drive country's semiconductor technology down to foreign competitors. You should ask your ex-Intel employees to use Intel's technology to fabricate the chips they will design instead of going to TSMC. It is not too

---

80a

late to make that decision. Create business even if you have hired the talent from competitive business. Save some tax payers' money instead of government keeping afloat semiconductor technology of our country with Chips for America Act.

I have failed to understand why we sing about woman empowerment, collaboration & diversity inclusion when your employee and the court has looked down upon my contact with her as if I am making undue advances towards her. Your employee was checking me out during openhack. Your employee and her friend (your former employee) were stalking on me over twitter & linkedin and writing coercive cryptic messages. My wife & daughter are not empowered.

You may be concluding that I am mixing family life with professional life. When big tech CEOs vision is to include life into work and vice-versa and more than half of my day's time & life's time is devoted at work to earn for my family, then why I should not mix family with professional life? Why you should not be responsible for creating hostile living environment for me & my family when your employee targeted values sacred to me, given the fact I was only trying to have amicable situation and getting best out of intellectual values? It is problem with your employee that she thinks I am making advances onto her. These thoughts of her in and of itself are coercive & defamatory for me.

You should have contacted me to understand what happened when your employee first informed you.

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

---

81a

This is negligence on your part being professional. You had an opportunity to contact me when I returned the certificate back to you on Aug 27th, 2019 but you did not. That is also negligence on your part.

Since this case has stretched so far with the Washington courts favoring you and your employee I did not got any justice and hence through this letter, I am virtually returning the badges that you gave me as a participant and also virtually returning the certificate back to you which I earned from your Los Angeles openhack (very nice & humble coach from LA openhack). Your employee did not give me closure from all the abusive malicious harassment she carried out on me targeting my family, leaving me & my family to not only digest your employee's inflicted trauma but also the negative stance by court which arose due to her outright perjury & unethical behavior.

Sincerely,

Mandeep Singh


Letter To Singh's daughter from Singh

My Dear Love NS,

Your dad was involved in situation where he wanted to earn good for you through intellectual values he inculcated from great institutions. Sadly, it was looked down by some people as if I am making some

---

82a

sort of negative advances onto them. In return they abused me and targeted you and our relation including my relation with your mommy. I tried to put myself in their shoes, tried to forget the abuse but all I conclude is that they should not have used bad words on you, your mommy & our relation. The only thing that kept me alive was you and your mom. I attempted to explain it to these people but in vain.

The court kept you & your mommy outside the court room when these people felt they are hurt but the court ignored the bad hurting words these people inflicted on you, your mommy & our relation at the first place. They have not apologized for the bad words they said to you even after explaining to them. Your dad did not perpetuate fraud upon court. The Washington state courts are not following the rules and not applying the law and are not intentionally establishing facts. They favor people from their own state & Microsoft. Your dad will try all he can under the law to get justice.

With Infinite Love,

Mandeep Singh

83a

## Letter to The Honorable Justices by Singh's Wife

Dear The Honorable Justices,

My name is Navdeep and I'm Mandeep's wife. There is a saying that words are louder than actions. This exactly happened in our case. Ms. Won's words had left us in shock and misery. Our family has been affected because of false allegations and Judges' wrong decisions. It's been three years that we have been pushed in to a dark tunnels where there is no light on other side. Our night and days turns in to dark due to misleading information by Ms. Won.

Laws are made to protect the families or individuals rights. We have been suffering from last three year due to wrong allegations by Ms. Won and Judges wrong decisions has taken my opportunity of getting education, my daughter's education and leaving us in financially broken and dark future.
Moreover, our daughter was one year old and she turned four now. My husband has lost all the years to spend time with her due to depression. Our lives have turned in to graveyard.

Mandeep has been jobless from past two and half year due to depression. I have been the only one working to keep our house running. We have lost our dream home and have been in accidents twice. It was miracle we are alive today. Second accident, Mandeep was alone and had terrible accident and our car got totaled. We are very thankful to that miracle that saved his life. After all the loss we suffered yet we are the one being punished with

84a

wrong allegations. Mandeep name putting in criminal records has shocked us. It's taking his opportunity to excel anywhere for a job. Who would give a job to person who's name is affiliated in criminal records when it's not even true 1% . I am failing to understand how all the things Ms. Won has done to us being ignored?

Mandeep and I have been married for past eight years now. We always discuss all the problems if there was any. Mandeep has been our main pillar of the house not only for us but for his brother and people whom he supports in education. He has been always there whether he gets opportunity to help financially or to provide his skills to others. Mandeep always have dreams to bring change in society for better manner. In fact always believe in moving forward with positivity.

Similarly, he was trying to move further with positivity which named as harassment by Ms. Won. As Ms. Won put allegation that my husband is after her. I just wanted bring to the court attention that if someone is going to be after a woman that person won't ever let their wife know their intentions. Mandeep has always discussed with me regarding his problems. I was in India for a month when Ms. Won used abusive language.  Mandeep in fact called me to come back home as soon as possible.

I also remember when Mandeep came home after his open hack meeting (his first meeting with Ms Won) he mentioned to me about Ms. Won that she has

1

2
3

---

85a

skills that he has been looking to work on the project.

Mandy has been always opportunist. He only saw opportunity and skills which he wanted to acquire not only with his will but Ms. Won also showed interest. Ms. Won using wrong words towards my husband and about our marriage and our child let us in shock. It was just as someone has spit on us and walked away. It hurts when a person using filthy language you consider as a friend. When Mandeep tried to find out in a calm manner what went wrong with Ms. Won each sentence of her started with "F" word. Ms. Won abusive language left him in shock. Mandeep had discussed his project ideas with her. Perhaps that was the reason that she turned back and went so against him.

After her threatening words to Mandeep, *"I will show you hell"* put him in a shock that what is she going to do with us? He was so much confused as Mandeep was in process changing his job, was thinking to work at Microsoft. He doesn't wanted to move there in bitter feeling thinking they may cross path again there in the company which make him feel uncomfortable.

I would request you to please go through the sequence of events which would help to make better decisions for our family. Please also review why Ms. Won would call on the day before trial if she thinks that Mandeep is after her. Please review what was Mandeep motive behind this when his wife Navdeep knows everything.

---

86a

Ignoring Mandeep's facts like nothing happened by judges is putting many lives in misery. It's cutting my wings to grow my career and my daughter and many more family members as Mandeep has been our pillar  to motivate us towards education, opportunities and positivity.

We want Ms. Won to live happy and grow in her career as long as her happiness is not in someone's misery.

Lastly, we want to grow and make better society. Our intentions are never to hurt anyone. I would request as a wife, mother and a good citizen to remove all the wrong allegations from my husband. Removing wrong allegations will not only give many lives to give reason to live in this society but also prevent people use abusive language against each other for no reason.

Respectfully,

Navdeep Kaur

**APPENDIX X**
**Formal complaint filed at EEO NSA on April 24th, 2024; Redacted Counselor Report Issued May 8th, 2024 from NSA; and Reprisal complaint filed with NSA on June 2nd, 2024 may be submitted in sealed envelope with court. It will not be served to the defendants. NSA is already aware of it though.**
**If the need arise the formal complaint, counselor report issued May 8th 2024 and reprisal complaint filed will be used during the Jury Trial.**

In the counselor report issued May 8th 2024 (signed 2 May 2024) the ALLEGATIONS OF DISCRIMINIATION section is completely inaccurate. Specifically the white redacted part are not my words, I have neither uttered these words/sentences (redacted in white) over the phone and nor wrote these words/sentences. With the sentences in white redacted part NSA EEO Counselor made it look like as if I am discriminating which I am not as the words/sentences in white redacted part are not mine. This is transparently reprisal. That is why I filed reprisal complaint.

Please recall, NSA extracted everything from me, made me relive the entire SCOTUS case trauma in the wake of job offer and formulated the Intel-Microsoft partnership the basis of which is SCOTUS 21-739 Question #8. NSA discontinued my employment processing leaving me with nothing to put food on the table for my family. With no acknowledgement of my instrumental contribution in making the 15 Billion dollar Intel-Microsoft foundry partnership materialize.

Moreover, the counselor hinted that they will not be investigating on Intel-Microsoft foundry partnership. Which is transparently injustice and unfair to me as an aggrieved. This is another reason for me to file reprisal complaint. In the snippet below where counselor wrote, *"The Counselor was unable to obtain any further information"*, is also inaccurate. I gave all the information along with evidence related to Intel-Microsoft foundry partnership. Counselor did not ask the relevant questions to NSA Special Agent related to Intel-Microsoft foundry partnership. This is another reason for me to file reprisal complaint.

---

**D. (U//FOUO) ALLEGATIONS OF DISCRIMINATION**

(U//FOUO) On 18 March 2024, the Aggrieved made contact with the Discrimination Complaints Office via unclassified telephone stating *"On Nov 28th, 2023 when I came for security interview (8 hour non-stop), the security kept on insisting me during initial greeting meeting, during water/restroom breaks that I have to answer questions about the SCOTUS 21-739 events. I was made to relive the traumatic events from the bully perjurer Haerim Won (Microsoft employee), traumatic events of injustice that me and my family has suffered and still suffering. Security agent went through the letters I wrote, my wife wrote, which is in the appendix of SCOTUS 21-739."* Aggrieved additionally advised his security processing was discontinued on 11 March 2024. This Counselor provided an explanation of the discrimination complaints process, and explained the bases of discrimination.

*"* The Counselor was unable to obtain any further information.

**Fig: Snippet of Counselor Report issued May 8th, 2024 (signed May 2nd 20204).**

---

1   Additionally the reason for me to file reprisal complaint is because in the counselor report where
2   it is written that I "*closed out*" is inaccurate. NSA Special Agent **went against my will and**
    **harassed me** to answer traumatic questions on SCOTUS, made me relive the entire case trauma.
3   I was uncontrollably crying when I stepped out of the interview building. Also when I went to
    meet Kellie on pysch evaluation day Nov 29ᵗʰ, 2023, I was uncontrollably crying and I remember
4   Kellie looking at my uncontrollable crying condition and saying along the lines, "this cannot
    define you".
5
6   Then on Nov 30ᵗʰ, 2023 my polygraph day, during the polygraph I was answering cryingly as I
    was made to relive the entire SCOTUS case trauma (Jan 27ᵗʰ abuse harassment by Won –
7   Coercion created by Microsoft) in short amount of 3 days (Nov 28ᵗʰ to Nov 30ᵗʰ 2023).

8   Nov 28ᵗʰ to Nov 30ᵗʰ, 2023 at NSA were like we(NSA) will continue to harass you, interrogate
9   you, discriminate you and put all the blame on you until you yourself back out. This is
    transparently violation of NSA core value of respect. **I was transparently treated unfairly and**
10  **non-equitably at NSA . That is why I did not respond in anything when NSA Special Agent**
    **was asking me if I was treated fairly at the end of 8 hour non-stop interview.** I only gestured
11  in denial, meaning NSA Special Agent was **unfair to me**.

12  **I never closed out**, if you read the email to recruiter on Dec 4ᵗʰ, 2023, I was asking recruiter to
13  call me back for polygraph. Recruiter mentioned that security will let them know. I was told
    during polygraph that I have to let the recruiter know about my travel plans which I did. I was
14  also told I am NSA Affiliate. It is during my time of being NSA Affiliate the 15 Billion dollar
    Intel-Microsoft foundry partnership materialized – Foundation of which is in SCOTUS 21-739
15  Question #8, the pain and suffering of Singh family for America, American Semiconductor
16  Technology, People of Hillsboro and all employees of Intel Corporation!

17
      (U//FOUO) **Email Exchange with Kellie**⬛
18
      (U//FOUO) On 27 March 2024, this Counselor phoned Kellie⬛            ⬛to
19    request the reason Aggrieved was discontinued from Agency employment processing.
      On 28 March 2024, Kellie⬛  emailed this Counselor and advised Aggrieved was
20    "*closed out,*" and provided the following: "*The Agency's Applicant Personnel Evaluation*
      *Panel is charged with making suitability determinations regarding applicants for*
21    *NSA/CSS employment. The panel facilities the exchange of relevant suitability*
      *information developed through personnel, security, or psychological screening*
22    *processes for employment. The panel members will consider all available information,*
      *both favorable and unfavorable, and assess it in terms of its relevance, recentness, and*
23    *seriousness. Panel members evaluate suitability factors that will promote efficiency of*
24    *the service while assuring fair, impartial, and equitable treatment of the individual.*"

25
26
27          **Relief Sought must be granted to Singh family as Singh family have earned it !**

28

## APPENDIX Y

Snippet of NSA EEO Counselor report issued May 8th, 2024, where EEO Counselor interviewed NSA Special Agent regarding Singh's security interview. Gray redacted is NSA Special Agent.

UNCLASSIFIED//FOR OFFICIAL USE ONLY

**(U//FOUO) Telephone Interview with** ▓▓▓▓▓▓

**(U//FOUO)** On 1 May 2024, this Counselor held a phone interview with ▓▓▓▓▓▓. He advised he interviewed the Aggrieved on *"November 28, 2023"* to *"discuss the court case he reported in his file."* ▓▓▓▓▓▓ advised during the security interview with the Aggrieved, *"we talked about the details of the court case but he didn't want to provide details of that."* When asked by this Counselor about Aggrieved's demeanor during the interview, ▓▓▓▓▓▓ stated, *"Two or three times he broke down in tears. Tears came while talking about his daughter and about his relationship with a previous coach."* ▓▓▓▓▓▓ advised that after the interview on 28 November 2023, he had no plans to schedule a second interview with the Aggrieved. Additionally, ▓▓▓▓▓▓ advised on 30 November 2023, he received an email from the Aggrieved which stated in part, *"Considering the last 2 days and including today, I invoke my 5th Amendment of our US Constitution and terminate my polygraph and will hug my daughter/family. I sincerely from the bottom of my heart would like to thank everyone who I met at NSA – keep our country proud. There is a polygraph planned for tomorrow, I will not be attending that. If this has caused any inconvenience, I sincerely apologize."* ▓▓ further stated, *"we [Security] took this as Mandeep was discontinuing his security processing."*

I never discontinued my processing as evident from the Dec 4th 2023 email to recruiter in APPENDIX O of this complaint document where I am asking recruiter for the next steps to come in for polygraph again.

I don't agree with the word "relationship". Page 2 of APPENDIX J of this complaint document describes the summary of whole situation.

This part in red box from NSA Special Agent is from email in APPENDIX N of this complaint document. In that email which is not part of NSA Special Agent's this statement is *"As much as I wanted to invoke my 5th Amendment during the interview that way I don't have to relive negative experiences but you had questions which I answered honestly."*

As evident from email in APPENDIX N of this complaint document, specifically the part, *"As much as I wanted to invoke my 5th Amendment during the interview that way I don't have to relive negative experiences but you had questions which I answered honestly."*

I have answered the questions honestly whatever I remember, based on my abused state and carrying burden of incorrect orders from court, of the events leading to the case in Washington State. I did not want to talk about these traumatic events as already mentioned in my SF-86, APPENDIX K of this complaint document. I was harassed to answer on these traumatic events.

1

**APPENDIX Z**

2

Jan 27th 2019 abuse and harassment inflicted by Won. Won did not include this abuse and
harassment she inflicted on Singh in her no-contact protection order petition.

3

This abusive text conversation is not at all sequential. Singh felt it like physical assault. NSA
Special Agent is aware of how Singh actually felt like physical assault; it is explained to him

4

during the security interview – recall the time I first cried during the 8 hour non-stop interview
on Nov 28th, 2023.

5

6

*[handwritten: This chat /abuse caused me xxx of trauma later on. I wasn't able to focus on my job. I could not prepare for my job interviews well. We sold our home. I even got]*

7

*[handwritten: me have suicidal thoughts. I have worked a lot to get over this trauma.]*

1/27/19, 9:25 PM - Messages to this chat and calls are now secured with end-to-end
encryption. Tap for more info.

8

1/27/19, 9:25 PM - Mandeep Singh: Hey, you unblocked me ?
1/27/19, 9:28 PM - Mandeep Singh: Hope you are doing fine.

9

1/27/19, 9:35 PM - CC: I have contacted my lawyer.I see you tried to contact me Your
a obviously a dilusional fucking psycho and a creep.  *[handwritten: This chat should grandized]*
1/27/19, 9:35 PM - Mandeep Singh: What! *[handwritten: from her psychological state that I was already in]*

10

1/27/19, 9:36 PM - Mandeep Singh: I did not contact you after your last msg *[handwritten: and or top of]*
1/27/19, 9:36 PM - Mandeep Singh: Don't use bad words *[handwritten: that she used so many abusive]*
1/27/19, 9:36 PM - Mandeep Singh: I mean common *[handwritten: words on me]*

11

1/27/19, 9:37 PM - CC: Ure being blocked again. Ive contacted company legal
1/27/19, 9:37 PM - Mandeep Singh: :(

12

1/27/19, 9:37 PM - Mandeep Singh: Why u have to do this
1/27/19, 9:37 PM - CC: Ive warned you too many times

13

1/27/19, 9:37 PM - Mandeep Singh: Look I am already in pain...Don't create more mess
1/27/19, 9:45 PM - CC: If you call me one more time  *[handwritten: In this chat]*

14

1/27/19, 9:45 PM - CC: Im going to call the police right now  *[handwritten: there were so many]*
1/27/19, 9:45 PM - Mandeep Singh: I really want to talk to you *[handwritten: block-unblock which caused]*
1/27/19, 9:45 PM - Mandeep Singh: Plz  *[handwritten: me as if someone is shaking me]*

15

1/27/19, 9:45 PM - CC: No im at a bday party
1/27/19, 9:45 PM - CC: Its too late

16

1/27/19, 9:45 PM - CC: Stop
1/27/19, 9:46 PM - Mandeep Singh: Ok..Let us use text

17

1/27/19, 9:46 PM - CC: Im not kidding if you call me one more time
1/27/19, 9:46 PM - CC: Its 911

18

1/27/19, 9:46 PM - Mandeep Singh: See you don't have to do all this
1/27/19, 9:46 PM - Mandeep Singh: But tell me am I in trouble ?

19

1/27/19, 9:48 PM - Mandeep Singh: Hey look.. u shld cut some slack here.
1/27/19, 9:48 PM - Mandeep Singh: I am already going away ..
1/27/19, 9:48 PM - Mandeep Singh: Things are already bad ..and you are creating more

20

mess here.
1/27/19, 9:49 PM - Mandeep Singh: I mean when did I contact you last ?
1/27/19, 9:52 PM - Mandeep Singh: ?

21

1/27/19, 9:52 PM - Mandeep Singh: Christy ... Plz talk to me.
1/27/19, 9:54 PM - CC: Look I am already in pain...Don't create more mess

22

1/27/19, 9:57 PM - Mandeep Singh: Wow
1/27/19, 9:59 PM - Mandeep Singh: It's like you have every right to say and do .
1/27/19, 10:02 PM - Mandeep Singh: Ok..When did I try to contact you. Tell me ?

23

1/27/19, 10:02 PM - Mandeep Singh: Meaning based of what you are concluding
1/27/19, 10:21 PM - CC: Ill think about it but do NOT contact me ever again in your
life. Promise.

24

1/27/19, 10:21 PM - Mandeep Singh: Christy
1/27/19, 10:21 PM - CC: Yes or no

25

1/27/19, 10:21 PM - CC: Never again
1/27/19, 10:22 PM - Mandeep Singh: See I never had any bad intent dear  *[handwritten: → foul language]*

26

1/27/19, 10:22 PM - CC: Im giving you last chance to save your ass
1/27/19, 10:22 PM - CC: Yes or no

27

1/27/19, 10:22 PM - CC: Dont give me any other bs
1/27/19, 10:22 PM - Mandeep Singh: See I have feelings for you .. and I am trying to
overcome them

28

---

First Amended Complaint                                          Page **116** of **125**

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

1/27/19, 10:23 PM - Mandeep Singh: Look.. can't we be just friends..I mean is it too much to ask
1/27/19, 10:23 PM - CC: Ok. Unbelievable. I gave you a last chance and you jusy kicked it out of the window. Youre done now.
1/27/19, 10:23 PM - CC: Im blocking you again
1/27/19, 10:23 PM - Mandeep Singh: Plz listen ..Don't block yet
1/27/19, 10:23 PM - CC: Im going to legal first thing in the morning tomottow
1/27/19, 10:24 PM - CC: Ill show you hell
1/27/19, 10:24 PM - CC: I feel so sad for your daughter and your wife
1/27/19, 10:24 PM - Mandeep Singh: See I am genuine person so I dnt talk bullshit
1/27/19, 10:24 PM - CC: Seriously
1/27/19, 10:24 PM - CC: I dont give a fuck
1/27/19, 10:24 PM - Mandeep Singh: I won't contact u
1/27/19, 10:24 PM - CC: I dont want anything to do with you
1/27/19, 10:24 PM - CC: Fuck off please
1/27/19, 10:24 PM - CC: Holy fuck.
1/27/19, 10:25 PM - Mandeep Singh: This is really bad words
1/27/19, 10:25 PM - Mandeep Singh: I mean common
1/27/19, 10:25 PM - CC: You need some medical help
1/27/19, 10:25 PM - CC: Who the fuck are you
1/27/19, 10:25 PM - CC: I met u like once
1/27/19, 10:25 PM - Mandeep Singh: When did I contact you ?
1/27/19, 10:25 PM - CC: Youre a strangwr
1/27/19, 10:25 PM - Mandeep Singh: Which msg or phone call u got ?
1/27/19, 10:25 PM - CC: You called me today didnt you
1/27/19, 10:25 PM - Mandeep Singh: When?
1/27/19, 10:25 PM - CC: I have the record
1/27/19, 10:25 PM - Mandeep Singh: Look Christy.. I thought I am blocked
1/27/19, 10:25 PM - CC: IMG-20190127-WA0003.jpg (file attached)
1/27/19, 10:26 PM - Mandeep Singh: I did call you dear
1/27/19, 10:26 PM - CC: It comes saying a blocked number called
1/27/19, 10:26 PM - CC: Ok youre done
1/27/19, 10:26 PM - CC: I am calling legal tomorrpw
1/27/19, 10:26 PM - Mandeep Singh: But I thought u have blocked me
1/27/19, 10:26 PM - CC: Good bye
1/27/19, 10:26 PM - CC: It shows a blocked numver called
1/27/19, 10:26 PM - Mandeep Singh: Don't contact anyone ..plz
1/27/19, 10:26 PM - CC: Fuckibg look at the mirror
1/27/19, 10:26 PM - CC: Why would i be a little bit intetested in your
1/27/19, 10:26 PM - Mandeep Singh: How would I know how blocking works
1/27/19, 10:26 PM - CC: Ypu
1/27/19, 10:27 PM - CC: I warned you not to contact me million times
1/27/19, 10:27 PM - Mandeep Singh: If it let you know the blocked person has called.
1/27/19, 10:27 PM - Mandeep Singh: See .. I am trying dear
1/27/19, 10:27 PM - CC: I have a handsome doctor boyfriend why would i be interested in an old hopeless ugly soul like yourself
1/27/19, 10:27 PM - Mandeep Singh: You don't have to worry about anything
1/27/19, 10:28 PM - Mandeep Singh: Haha
1/27/19, 10:28 PM - CC: You are pushing me to my limits
1/27/19, 10:28 PM - CC: Fuck off

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

```
1/27/19, 10:28 PM - CC: Well im going to talk to my lawyer anyways
1/27/19, 10:28 PM - CC: Sad for your sorry life
1/27/19, 10:28 PM - Mandeep Singh: You don't have to talk to a lawyer
1/27/19, 10:28 PM - CC: Ur daughter and ur wife lol
1/27/19, 10:28 PM - CC: Poor them
1/27/19, 10:29 PM - Mandeep Singh: Look you don't have to talk bad about my family
1/27/19, 10:29 PM - CC: Lol are you fuckibg kidding me? Youre asking for it
1/27/19, 10:29 PM - CC: Then fuck off
1/27/19, 10:29 PM - Mandeep Singh: All the f words you used..same to you back to
you.
1/27/19, 10:29 PM - CC: It is sad man
1/27/19, 10:29 PM - Mandeep Singh: What's sad
1/27/19, 10:29 PM - Mandeep Singh: Handsome huh..
1/27/19, 10:29 PM - CC: Im so sad for your daughter
1/27/19, 10:29 PM - CC: And ur wife
1/27/19, 10:29 PM - Mandeep Singh: We are genuine person
1/27/19, 10:29 PM - CC: And ur sad marriage
1/27/19, 10:30 PM - Mandeep Singh: It's sad for your bf..to know you entice other
men
1/27/19, 10:30 PM - CC: Dude your an old bald man
1/27/19, 10:30 PM - Mandeep Singh: Hahaha
1/27/19, 10:30 PM - CC: He knows abt u
1/27/19, 10:30 PM - Mandeep Singh: Old bald..haha
1/27/19, 10:30 PM - CC: And think u need help
1/27/19, 10:30 PM - CC: Never had a stalker as crazy as you
1/27/19, 10:30 PM - CC: Ive tried talking nicely
1/27/19, 10:30 PM - Mandeep Singh: You are body builder
1/27/19, 10:31 PM - CC: Entice? Lolol
1/27/19, 10:31 PM - CC: Look at the mirror pleaze
1/27/19, 10:31 PM - Mandeep Singh: Wears same clothes all the time
1/27/19, 10:31 PM - CC: U met me 2 days
1/27/19, 10:31 PM - CC: Alright
1/27/19, 10:31 PM - CC: This is it now
1/27/19, 10:31 PM - Mandeep Singh: I don't have to look at mirror.. I look at
everyday
1/27/19, 10:31 PM - Mandeep Singh: See
1/27/19, 10:31 PM - Mandeep Singh: If you say bad words to other
1/27/19, 10:31 PM - CC: Expect a letter from my lawyer
1/27/19, 10:31 PM - Mandeep Singh: Have some courage to hear as well
1/27/19, 10:31 PM - CC: And a refrainung order from police
1/27/19, 10:31 PM - Mandeep Singh: What is this
1/27/19, 10:32 PM - Mandeep Singh: Both ways you are crushing
1/27/19, 10:32 PM - Mandeep Singh: I said I am not contacting you
1/27/19, 10:32 PM - CC: Wayyy too late
1/27/19, 10:32 PM - Mandeep Singh: Common ...
1/27/19, 10:32 PM - CC: Have fun explaining it to your family
1/27/19, 10:33 PM - CC: Sad pathetic life
1/27/19, 10:32 PM - CC: Bye
1/27/19, 10:33 PM - Mandeep Singh: They are not here
1/27/19, 10:33 PM - CC: Ive warmed you so many fucking times
```

*(handwritten annotations in margin:)* she already said bad words to me and my family. On top of that she is talking about police and legal matter which I never got solved in my life

*(handwritten below:)* I never used bad words in return and she pushed me to depressive levels.

```
1/27/19, 10:33 PM - CC: And you know that
1/27/19, 10:33 PM - Mandeep Singh: I wanted to tell them
1/27/19, 10:33 PM - Mandeep Singh: I mean common.. just 1 call and you are like
boiled
1/27/19, 10:34 PM - Mandeep Singh: And that too I believe that you don't get noticed
so it shld be ok ..
```

**Singh did not contact Won after Won abused Singh on Jan 27th, 2019. Singh was trying all he can to get over with the abuse and threats inflicted by Won.**

**On June 3rd, 2019, Singh trying to get closure from Won after Jan 27th, 2019 abuse inflicted by Won.**

---

**From:** Singh, Mandeep <mandeep.singh@intel.com>
**Sent:** Monday, June 3, 2019 5:03 PM
**To:** Christy Won <cwon@microsoft.com>
**Subject:**

I will not and don't want to carry ur Jan 27 baggage.

Let me know where to write u (email or #), call it close & move on.

Or

Best will be, I convey to ur best friend (if u hv any and u deem so of course - who is up to speed).

Let me know how u want to proceed.


Needless to say, u r free to take any measures – no one is stopping u.

My family knows about the situation.

---

**From:** Christy Won [mailto:cwon@microsoft.com]
**Sent:** Tuesday, June 04, 2019 7:16 AM
**To:** Singh, Mandeep <mandeep.singh@intel.com>
**Subject:** RE:

Can I have your wife's phone number?

What is HR contact for your company?

If you do not provide, I will inform other participants from the Openhack and ask for the HR number.


This is insanity and your imagination at its best.

---

First Amended Complaint                                    Page **119** of **125**

1
2
3

**From:** Singh, Mandeep <mandeep.singh@intel.com>
**Sent:** Tuesday, June 4, 2019 8:00:36 AM
**To:** Christy Won
**Subject:** RE:

4
5

Like I said, u r free to do anything. Get HR contact of Intel from anywhere and I can get HR contact for Microsoft(easy to get).

6
7

I talked to u nicely all along. If I shared any personal situation it doesn't gives u license to exploit me or especially say a bad word to my family (to my 18 month old daughter).

Especially say b a d things on a blocked call which I am not responsible for.

8
9

Just FYI – there is little history on my side with ur name & origin and that is why things may hv stretched but it's not imagination or insanity.

10
11

I will not allow u to talk to my wife – she is already going thru a lot and its impacting our daughter. Its been a while they know.

U give ur bf number and I can sort it out with him as well.

12
13
14
15

**From:** Christy Won [mailto:cwon@microsoft.com]
**Sent:** Tuesday, June 04, 2019 8:03 AM
**To:** Singh, Mandeep <mandeep.singh@intel.com>
**Subject:** RE:

16
17

What do you want?

18
19

I do not want anything to do with you and I conveyed this message countless times.

20
21

Sent from Mail for Windows 10

22
23
24
25
26
27
28

First Amended Complaint

Page **120** of 125

From: Singh, Mandeep
Sent: Tuesday, June 04, 2019 9:24 AM
To: 'Christy Won' <cwon@microsoft.com>
Subject: RE:

U say sorry for bad words u said to my family (to my 18 month old daughter) and call it close and we are on our separate paths. Just to be explicit, i am not asking sorry for myself.

I already said sorry to u over the phone mid dec for what happened between Dec 13 and Dec 16.

After that was just convincing you to have amicable situation and possibly win the world thru right means as a friend (purely friend). No one was imagining anything insane. Needless to say I have tried all means that I know off to forget.

I also wanted to share this piece:

The other Christy was hella mature and we were together for 3 years – 6 years ago. She also came on Amtrak. I see her off at the same station where I see u off.

I don't know how I am supposed to process all this given what happened dec 11/13 and I wanted to change jobs. This is introspection I did in Feb. At the time I didn't knew what is going on.

·I want you to know I respect women – I am respecting them since my childhood. I can never be ugly soul especially when I have to raise a daughter with good values. I want you to know, I was happily taking care of my family before this event. It is difficult now but I will go thru this phase. Nothing is sad and pathetic. I want you to know, every word from my side was/is truth all along.

Given all of above, I am still open and we can go to HR if u want to take that route.

Let me know.

---

**Snippets of June 11ᵗʰ-12ᵗʰ text conversation with Won.**

6/12/19, 3:58 AM – +1 (425) 505-3577: Your imagining things seriously you need to go see a doctor. I was your coach on the openhack and on 18th of December when you start sending me non related work things i made it clear that my bf is not comfortable dont contact me. And you apologized i have proof of that text.

This is Won's number.

Validation by Won herself that I apologized to her on any mis-understanding on **non-intentional events** back in Dec 2018 itself. So there is no question of as if Singh is making advances towards Won.

**Another snippet of June 11ᵗʰ-12ᵗʰ text with Won where Won apologizes for not sending scientific challenges – this is validation by Won herself. Won explicitly not wanting to take the Jan 27ᵗʰ, 2019 profanity bullied upon my family. Won leading and demanding Singh to get his wife to Seattle. No closure has been given till date. Looking back and thinking about all this, $1500 a month from Won and $500 from Ms. Choi as requested in temporary restraining order is fair; I have no issues whether Won and Choi pays it or Microsoft want to take this ownership, I leave it to The Honorable Court to decide.**

6/12/19, 5:04 AM – +1 (425) 505-3577: Ill apologize for delayed solutions to challanges
6/12/19, 5:05 AM – +1 (425) 505-3577: But wont for your fam. Your family deserves an apology from you not me
↳ Explicitly stating she won't apologize to my 2 year old daughter

6/12/19, 5:21 AM – +1 (425) 505-3577: Yes so get your wife

---

1
2
3
4

## APPENDIX AA

**SCOTUS 21-739 Proof Of Service of 'Petition for writ of certiorari'. Microsoft was party to the SCOTUS 21-739 case. That way I don't have to come over and over to court. Court should and must have consolidated cases "sua sponte" and asked Microsoft to collaborate with Intel back then itself as per SCOTUS 21-739 Question #8.**

5

No.

6

In The

## Supreme Court of the United States

7

Mandeep Singh,

8

*Petitioner,*

9

v.

Haerim Won and Microsoft Corporation,

10

*Respondents.*

11

### AFFIDAVIT OF SERVICE

12  I HEREBY CERTIFY that all parties required to be served, have been served, on this
13  17th day of November, 2021, in accordance with U.S. Supreme Court Rule 29.3, three (3) copies of the foregoing **PETITION FOR WRIT OF CERTIORARI** by placing said copies in the U.S. mail, first class postage prepaid, addressed as listed below.

14  *Via First Class Mail and Email*        *Via First Class Mail*

15  Christy Haerim Won        Microsoft Corporation
16  15120 NE 40th Street        One Microsoft Way
   Building 122        Redmond, WA 98052-6399
17  Redmond, WA 98052
   cwon@microsoft.com

18
19        RAYMOND CHARLES CLARK
20        BYRON S. ADAMS, LEGAL & COMMERCIAL PRINTERS
        1615 L Street, NW, Suite 100
        Washington, DC 20036
21        (202) 347-8203

22  District of Columbia

23  Signed and sworn to (or affirmed) before me on 17th day of November, 2021.

24                                        RECEIVED
25                                        NOV 18 2021
                                        OFFICE OF THE CLERK
26                                        SUPREME COURT, U.S.
   KAREN PIERANGELI
27  NOTARY PUBLIC, DISTRICT OF COLUMBIA
   My Commission Expires June 14, 2025.

28

1

## APPENDIX AB

Page #1 of Petition for Rehearing of SCOTUS 21-739 filed Feb 18th, 2022, clearly evidencing I
went for justice for America (in relation to Chip Act) also which is in public interest.
Back then I did not know about the Sherman Act and the Clayton Act. Had I known about these
antitrust laws I would have definitely cited these laws on this situation created by Microsoft.
Additionally, I did not know back then that I can come to US District Court Portland Oregon for
justice, in my view Petition for Rehearing was the last resort and there is nothing that could be
done on my claims or there is nothing that could be done where Microsoft should collaborate
with Intel. I was shattered and still feel shattered.

1

**Mr. Chief Justice and may it please the Court.**

*"We are not final because we are infallible, but we are infallible only because we are final."* - Justice Robert H. Jackson

After going through page 7, 8, 9, 10 of the article[1], I am filing this rehearing petition pursuant to Rule 44.2 to seek justice for America (in relation to Chips Act), my family & me. This petition is in good faith and not for delay.

As far as intervening circumstances is concerned, sure, Microsoft goes unchecked after taking domestic talent from Intel (legally it may be ok but morally?), Ms. Won gets unneeded protection which is result of her lying, and I along with my family is left to suffer from this injustice for rest of our life. It's another around $1100 for printing the petition with no light at end of tunnel to get justice.

Most of the statements below are questions that I request the Court should ask Ms.

---

[1] Vito, Brian De, "When U.S. Supreme Court Decisions Are Not Final: An Examination of the Rehearing Rule and the Court's Application of It in Kennedy v. Louisiana" (2010). *Law School Student Scholarship.* 36. https://scholarship.shu.edu/student_scholarship/36

Snippet of page 11 and page 12 of Petition for Rehearing of SCOTUS 21-739

It is also **extremely disheartening & painful** that The Court failed to serve justice to The United States of America by not even questioning Microsoft on why they cannot use Intel's (Intel Corporation) semiconductor process for their chip

12

design as they took significant talent away from Intel itself. Why they are on the path to empower foreign technology when our own country's technology is on life support from the tax payers' money. Washington State Supreme Court has committed a mistake not taking any action or giving any suggestion to Microsoft but The US Supreme Court is also doing the same mistake. Does The Court need some special explicit cases to be filed to make good decisions for our United States when the information supported with substantial evidence is already there in front of The Court?

1

## APPENDIX AC

2

3    These 2 questions are listed in my list of deposition questions, which are asked to Mr. Gelsinger when I challenged OSHA Secretary's finding on Aug 21ˢᵗ, 2024 through email.

4              Mr. Gelsinger has not answered any of the deposition questions.

5    **9.** Why do you think it worked with Microsoft in creating the Intel foundry partnership while it did not work with other design players in the industry for e.g. Apple, Nvidia, AMD etc?

6    **10.** As of now, do you think Microsoft can still go to TSMC for manufacturing their chips?

7

8    I very much believe that this news below which is from Sept 13ᵗʰ, 2024 is originating from the above deposition questions. Mr. Gelsinger can comment on it.

9              https://www.yahoo.com/news/u-govt-pushes-nvidia-apple-143635824.html

10   # tom's HARDWARE

11

12   # U.S. Govt pushes Nvidia and Apple to

13   # use Intel's foundries — Department of

14   # Commerce Secretary Raimondo makes

15

16   # appeal for US-based chip production

17   **Jowl Morales**

18   Fri, September 13, 2024 at 7:36 AM PDT · 2 min read                    ⬆️    💬 89

19   During a meeting with U.S. Department of Commerce Secretary Gina

20   Raimondo, Intel CEO Pat Gelsinger expressed frustration with America's

21   reliance on TSMC to produce advanced chips. After this, Raimondo (via CNBC)

22   went on private meetings with some public market investors, including

23   shareholders of tech giants Nvidia and Apple, encouraging them to push their

24   companies to use U.S. foundries to produce AI chips.

25

26   Singh have no issues where Intel collaborates with other design players as it is best for America and Intel Corporation and I fought for this cause. Singh should be acknowledged and remedies requested in relief sought should be granted to Singh, with all due respect.

27

28

---

First Amended Complaint                                    Page **125** of **125**